**UNITED STATES BANKRUPTCY COURT**

**District of Connecticut**

In Re: Michael S. Goldberg, L.L.C
    Debtor(s)

Bankruptcy Proceeding No.: 09–23370
Chapter: 7

Social Security No: ,
Employer Tax I.D. No:

**SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

**To the above named debtor:**

A petition under Title 11, United States Code was filed against you on 11/18/09 in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

_____
**Address of the Clerk**

450 Main Street
7th Floor
Hartford, CT 06103
_____

At the same time you must also serve a copy of your motion or answer on the petitioner's attorney.

_____
**Name and Address of Petitioner's Attorney**

Michael J. Pendell
Hinckley Allen & Snyder LLP CityPlace I
185 Asylum Street, 35th Floor
Hartford, CT 06103
_____

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date: 11/19/09

Clerk, U.S. Bankruptcy Court

Case No. 09–23370

**CERTIFICATE OF SERVICE**

I
of**
certify:

    That I am, and at all times hereinafter mentioned was more than 18 years of age;

    That on the _____ day of _____

I served a copy of the within summons, together with the petition filed in this case, on

the debtor in this case by, *[describe here the mode of service]*

the said debtor at

I certify under penalty of perjury that the forgoing is true and correct.

Executed on _____        _____
        *[Date]*              *[Signature]*

_____

**State mailing address.