## UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Michael S. Goldberg, L.L.C

Case No.: 09-23370
Chapter: 7

Debtor(s)
Social Security No.:
Employer Tax I.D. No.:

### ORDER FOR RELIEF IN
### AN INVOLUNTARY CASE

An involuntary petition having been filed on 11/18/09 against the above named debtor, and it appearing that ~~said petition has not been timely con-troverted,~~ *1 an **order for relief under chapter 7** of Title 11 the United States Code **is granted,** pursuant to 11 U.S.C. §303(h). And it is further

**ORDERED** that the debtor file, on or before December 11, 2009, such lists, schedules an d statements as are required by Bankruptcy Rule 1007.

Dated:

*[signed]* Albert S. Dabrowski    11-24-2009
Chief Judge United States Bankrutpcy Judge

*[handwritten]* \*1 the Debtor has consented to the entry of this QSO Order, see Consent of Debtor...to Entry of an Order for Relief, 11, Doc ID/No. 5

Form Order for Relief letter

UNITED STATES BANKRUPTCY COURT

## District of Connecticut

450 Main Street
7th Floor
Hartford, CT 06103

Date: 11/24/09

Michael S. Goldberg, L.L.C
35 Sunrise Terrace
Wethersfield, CT 06109

RE: <u>Michael S. Goldberg, L.L.C Chapter 7, Case No: 09-23370</u>

Dear Michael S. Goldberg, L.L.C :

    You are hereby notified that on November 24, 2009 , an Order for Relief entered in the above captioned involuntary bankruptcy case, a copy of which is enclosed.

    Pursuant to F.R.B.P. 1007, you are required to file in the bankruptcy court an original and two copies of schedules of the assets and liabilities of the debtor, a statement of affairs, and a statement of executory contracts prepared as prescribed by official forms. The Schedule of Liabilities must contain the name and address of each creditor. These documents must be filed within 15 days after the entry of the Order for Relief as set forth above.

    Compliance with these requirements is mandatory.

Very truly yours,

*[signature]*

Albert S. Dabrowski
Chief Judge United States Bankruptcy Judge

Enc.