**UNITED STATES BANKRUPTCY COURT**
## District of Connecticut

In Re: Michael S. Goldberg, L.L.C
      Debtor(s)

Bankruptcy Proceeding No.: 09-23370
Chapter: 7

Social Security No: ,
Employer Tax I.D. No:

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under Title 11, United States Code was filed against you on 11/18/09 in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

**Address of the Clerk**

450 Main Street
7th Floor
Hartford, CT 06103

At the same time you must also serve a copy of your motion or answer on the petitioner's attorney.

**Name and Address of Petitioner's Attorney**

Michael J. Pendell
Hinckley Allen & Snyder LLP CityPlace I
185 Asylum Street, 35th Floor
Hartford, CT 06103

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date: 11/19/09

*Deborah J. Hunt*
Clerk, U.S. Bankruptcy Court

Case 09-23370   Doc 13   Filed 12/01/09   Entered 12/01/09 12:02:44   Desc Main
              Document      Page 2 of 4

Case No. 09-23370

## CERTIFICATE OF SERVICE

I  Amy E. Drega
of**  Hinckley, Allen & Snyder, LLP, 20 Church Street, Hartford, CT  06103
certify:

That I am, and at all times hereinafter mentioned was more than 18 years of age;

That on the     20th          day of  November, 2009

I served a copy of the within summons, together with the petition filed in this case, on

Michael S. Goldberg, L.L.C.

the debtor in this case by, *[describe here the mode of service]*

first class mail postage prepaid

the said debtor at

35 Sunrise Terrace, Wethersfield, CT  06109; and
P.O. Box 290585, Wethersfield, CT  06109; and
c/o Richard R. Brown, Esq., Brown Paindiris & Scott, 100 Pearl Street, Hartford, CT  06103

I certify under penalty of perjury that the forgoing is true and correct.

Executed on  12/1/09
        *[Date]*                *[Signature]*

---

**State mailing address.