# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

IN RE:                                             :CASE NO. 09-23370(ASD)
    MICHAEL S. GOLDBERG, L.L.C.        :CHAPTER 7
    Debtor                             :DECEMBER 1, 2009

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby enters an appearance on behalf of JOHN RADOCCHIA, a creditor in the above-entitled matter, and pursuant to Bankrutpcy Rules 2002 and 9007, and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required be given be served upon the undersigned at the office, address and telephone number set forth below.

    Claudia M. Sklar, Esq.
    O'Connell, Flaherty & Attmore, LLC
    280 Trumbull Street
    Hartford, CT 06103-3598
    (860) 548-1300 (phone)
    (860) 548-0023 (fax)
    csklar@ofalaw.com

Please take further notice that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affect the Debtor or the property of the Debtor.

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
280 TRUMBULL STREET • HARTFORD, CONNECTICUT 06103-3598  (860) 548-1300
JURIS NO. 104083 • FAX NO. (860) 548-0023

19074-1

Dated at Hartford, Connecticut this 1st day of December, 2009.

By _____
Claudia M. Sklar, Esq. of
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103-3598
Fed. Bar No. CT 08246

### CERTIFICATION OF SERVICE

In accordance with Rule 2002 and 9034 of the Federal Rules of Bankruptcy Procedure and Rule 2002-1 of the Local Rules of Bankruptcy Procedure, this is to certify that on the 1st day of December, 2009 copies of the Appearance and Request for Notice was served electronically through the Court's CM/ECF system upon all registered electronic filers.

_____
Claudia M. Sklar

14341-1