UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re | Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG, L.L.C. | Chapter 7 |
| Debtor. | |

**MOTION TO SHORTEN NOTICE WITH RESPECT TO JAAZ, LLC, BRUCE WEINSTEIN, BRUCE AND KATHLEEN WEINSTEIN FAMILY L.P. AND MCGEE BOYNTON BEACH, L.P.'S MOTION FOR AN ORDER CONFIRMING ELECTION OF TRUSTEE**

JAAZ, LLC ("JAAZ") Bruce Weinstein ("Weinstein"), Bruce and Kathleen Weinstein Family L.P. ("Weinstein Family"), and McGee Boynton Beach, L.P. ("McGee") hereby submit this motion to shorten notice (the "Motion to Shorten") with respect to their Motion for an Order Confirming the Election of James Berman, Esquire of Zeisler and Zeisler, P.C., 558 Clinton Avenue, Bridgeport, Connecticut 06605 as Trustee according to the election results of the December 21, 2009 meeting of creditors. In support thereof, JAAZ, Weinstein, Weinstein Family, and McGee represent as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the relief requested herein are section 105 of title 11 of the United States Code, as amended (the "Bankruptcy Code") and Bankruptcy Rules 2002 and 9006.

**BACKGROUND**

41991648.1

3. On November 18, 2009, Weinstein, the Weinstein Family, and McGee filed an involuntary petition with this Court for relief under chapter 7 of the Bankruptcy Code.

4. On November 27, 2009, creditors JAAZ, Weinstein, the Weinstein Family, and McGee made an oral request to the United States Trustee for an election of a trustee in the Debtor's Chapter 7 case and followed up with a written request in a letter dated December 18, 2009. On December 21, 2009, John O'Neil, appointed interim trustee on November 24, 2009, convened the Section 341 Meeting of Creditors (the "Meeting"). The universe of claims based solely on the proofs of claim filed at the time of the election was $23,862,627. JAAZ, Weinstein, Weinstein Family and McGee hold undisputed fixed liquidated unsecured claims comprising eighty-three percent of all unsecured claims filed that are allowable, undisputed fixed and liquidated claims.

5. The Debtor is a limited liability company organized under the laws of the State of Connecticut on September 15, 2005. Michael S. Goldberg ("Goldberg") is a member of the Debtor Company, Michael S. Goldberg, LLC, d/b/a Acquisitions Unlimited Group. Goldberg, the principal member of the Debtor, was arrested on a criminal complaint filed in the District of Connecticut on November 13, 2009, and charged with devising and executing a scheme involving the Debtor to defraud investors of over $20 million dollars.

6. Special Agent Russell Day ("Special Agent Day") of the Federal Bureau of Investigation, the investigating officer assigned to the criminal case, estimated the loss to investors to be $30 million. (the United States Trustee's Report of Chapter 7 Election Controversy at pp. 11-12). According to the United States Trustee's Report of Chapter 7 Election Controversy (the "Report")Report, there may be as many as three hundred (300) investors with an estimated not to exceed loss of $30 million. (Report, p. 11, footnote 8). At the

meeting, a total of eight creditors, representing $23,482,039 of the total known unsecured claims[1], or 98 percent, requested an election. No objections were made to the nomination of James Berman, and no other nominees were named. No attendees objected to proceeding with the election. (Report, p. 13). All creditors voting, comprising thirteen (13) ballots total, were cast in favor of James Berman, and the aggregate of claims voted was $23,705,407. (Report, p. 13).

## RELIEF REQUESTED

7. JAAZ, Weinstein, the Weinstein Family, and McGee seek to shorten the notice period with respect to the Motion for an Order Confirming the Election of James Berman, Esquire of Zeisler and Zeisler, P.C., 558 Clinton Avenue, Bridgeport, Connecticut 06605 as Trustee according to the election results of the December 21, 2009 meeting of creditors and request that the Motion be heard by the Court January 7, 2010, with objections thereto due on the date of the hearing.

## BASIS FOR RELIEF

8. JAAZ, Weinstein, the Weinstein Family, and McGee believe that Confirming the Election of James Berman, Esquire of Zeisler and Zeisler, P.C., 558 Clinton Avenue, Bridgeport, Connecticut 06605 as Trustee according to the election results of the December 21, 2009 meeting of creditors sooner rather than later is important to preserve and timely administer the Debtor's estate.

9. Neither the United States Trustee nor any of the creditors present at the Meeting has raised an objection or disputed the election. Throughout the election process, there was

---

[1] The Debtor has filed no schedules, sought an extension of time to file, and Debtor's counsel has sought to withdraw from the corporate case. In light of the federal prosecution and state investigation, the assertion of the 5th Amendment privilege is a virtual certainty.

41991648.1                            -3-

unanimity of support from the creditors in attendance. None of the creditors present disputed the election of James Berman as Trustee. Elections are important part of the Bankruptcy process, providing for the protection of creditors' rights. An overwhelming majority of the creditors identified to date have voted to confirm a trustee to represent their interests.

10.  Given the significant criminal charges against Goldberg and his company, it is imperative that the final trustee be confirmed by this Court as soon as possible in order to: (1) work with the federal authorities; (2) begin preserving the estate's assets; and (3) otherwise administer this complicated bankruptcy for the benefit of the creditors.

11.  Consequently, JAAZ, Weinstein, the Weinstein Family, and McGee respectfully request that the notice period for the Motion for an Order Confirming the Election of James Berman, Esquire of Zeisler and Zeisler, P.C., 558 Clinton Avenue, Bridgeport, Connecticut 06605 as Trustee according to the election results of the December 21, 2009 meeting of creditors be shortened. JAAZ, Weinstein, the Weinstein Family, and McGee submit that shortening the notice period in this instance is proper and will not prejudice the rights of any parties.

WHEREFORE, JAAZ, Weinstein, the Weinstein Family, and McGee respectfully request that this Court enter an Order shortening the notice period with respect to Confirming the Election of James Berman, Esquire of Zeisler and Zeisler, P.C., 558 Clinton Avenue, Bridgeport, Connecticut 06605 as Trustee according to the election results of the December 21, 2009 meeting of creditors to allow it to be heard on January 7, 2010 at 10:00 a.m., with objections due at 10:00 a.m. on January 7, 2010 and granting such other and further relief as is just and proper.

Dated at Hartford, Connecticut this 29th day of December, 2009.

        JAAZ, LLC

        By    /s/ Douglas R. Van Valkenburg
              James J. Tancredi ct06819
              Douglas R. Van Valkenburg ct26945
              Day Pitney LLP
              242 Trumbull Street
              Hartford, CT 06103-1212
              (860) 275-0331 (PH)
              (860) 275-0462(PH)
              (860) 881-2119 (FAX)
              jjtancredi@daypitney.com
              dvanvalkenburg@daypitney.com

        BRUCE WEINSTEIN
        BRUCE AND KATHLEEN WEINSTEIN
        FAMILY L.P. and
        MCGEE BOYNTON BEACH L.P.

        By    /s/ Michael J. Pendell
              Michael J. Pendell ct27656
              William Fish Jr. ct05349
              Hinckley, Allen & Snyder LLP
              20 Church Street
              Hartford, CT 06103-1221
              (860) 725-6200
              (860) 278-3802 (fax)
              mpendell@haslaw.com
              wfish@haslaw.com

DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | ) | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG, L.L.C. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER

The Court having reviewed the motion, record and arguments of counsel in this matter, upon hearing after due and sufficient notice under the circumstances, it hereby adjudges, decrees fines and orders:

(a) that the Motion to Shorten the notice period with respect to the Motion Directing the Appointment of James Berman, Esquire of Zeisler and Zeisler, P.C., 558 Clinton Avenue, Bridgeport, Connecticut 06605 as Trustee according to the election results of December 21, 2009 meeting of creditors be granted to allow it to be heard on January 7, 2010 at 10:00 a.m., with objections due at 10:00 a.m. on January 7, 2010.

So Ordered

---

The Honorable Albert S. Dabrowski, Chief Judge
United States Bankruptcy Court

41991648 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG, L.L.C. | ) |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

In accordance with Rule 2002 and 9034 of the Federal Rules of Bankruptcy Procedure and Rule 2002-1 of the Local Rules of Bankruptcy Procedure, this is to certify that on the 29th day of December, 2009 copies of the Motion to Shorten Notice were served electronically through the Court's CM/ECF system upon all registered electronic filers and via first-class mail, postage prepaid, to the parties listed on Schedule A attached hereto.

Dated at Hartford, Connecticut, this 29th day of December, 2009.

BRUCE WEINSTEIN and BRUCE
AND KATHLEEN WEINSTEIN FAMILY L.P.
AND MCGEE BOYNTON BEACH L.P.

By    /s/ Michael J. Pendell
Michael J. Pendell, Esq.
William S. Fish, Esq.
Hinckley, Allen & Snyder LLP
20 Church Street
Hartford, CT 06103
mpendell@haslaw.com
Federal Bar No. ct27656

Case 09-23370    Doc 30    Filed 12/29/09    Entered 12/29/09 18:25:43    Desc Main
Document    Page 8 of 8

# SCHEDULE A

Capital Recovery III LLC c/o Recovery
Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

David Ash
31 Peach Tree Road
Glastonbury, CT 06033

Robert Chaderchian
102 Beach Avenue
Madison, CT 06443

Yvonne J. Logan
155 Trolley Road
Guilford, CT 06437

Edward L. Berlin
57 Dream Lake Drive
Madison, CT 06443

Lillian Berlin
57 Dream Lake Drive
Madison, CT 06443

John Radocchia
c/o Claudia M. Sklar, Esq.
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103-3598

Anthony Morris
82 Linwood Street
New Britain, CT 06052

Anita Sienicki
158 Bradford Walk
New Britain, CT 06053

Bruce Weinstein
c/o William S. Fish, Jr.. Esq.
Hinckley, Allen & Snyder LLP
20 Church Street
Hartford, CT 06103

Bruce & Kathleen Weinstein Family LP
c/o William S. Fish, Jr.. Esq.
Hinckley, Allen & Snyder LLP
20 Church Street
Hartford, CT 06103

McGee Boynton Beach LP
c/o William S. Fish, Jr.. Esq.
Hinckley, Allen & Snyder LLP
20 Church Street
Hartford, CT 06103

Lawrence Lipton
235 West 102 Street
New York, NY 10025

Josephine Walsh
996 Meriden Waterbury Turnpike
Unit 3F
Plantsville, CT 06479

Patrice P. Keena
355 North Star Drive
Southington, CT 06489

Zhang Baorui
19 Giovanni Drive
Waterford, CT 06385

Alexander H. Britnell
30 Fawn Run
Glastonbury, CT 06033

David Berlin
41 Thimble Island Road
Branford, CT 06405

41991666 1