UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

|  |  |
|---|---|
| In re | ) Chapter 7 |
|  | ) Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG, L.L.C. | ) |
|  | ) |
| Debtor. | ) |
|  | ) Re: Doc. I.D. No. 29 |

**ORDER RESOLVING ELECTION CONTROVERSY AND
DIRECTING APPOINTMENT OF TRUSTEE**

After notice and a hearing on the <u>Motion to Enter Orders Resolving Chapter 7 Election Controversy and Directing Appointment of a Permanent Trustee</u>, Doc. I. D. No. 29, and the Court having considered, *inter alia*, the <u>United States Trustee's Report of Chapter 7 Election Controversy</u>, Doc. I, D. No. 23, and upon consideration of the record and arguments of counsel in this matter, it hereby adjudges, decrees finds and orders:

(a) that the election of Attorney James Berman as permanent Chapter 7 trustee is hereby deemed certified and the U.S. Trustee is directed to duly appoint him;

(b) that upon the "record" of claimants (deemed reasonably reliable by this Court), the election request was made by qualified creditors holding at least 20 percent in amount of claims in conformity with 11 U.S.C. § 702(a) & (b);

(c) that Attorney Berman received the requisite majority of votes, as required by 11 U.S.C. § 702(c)(2), for his election as trustee; and

(d) that consistent with 11 U.S.C. § 105, the entry of this order is necessary and appropriate to carry out the provisions of the Bankruptcy Code to minimize the costs, losses and

delays inherent in further process.

Dated: January 11, 2010                                        BY THE COURT

*[signature]*
Albert S. Dabrowski
Chief United States Bankruptcy Judge