**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

|  |  |
|---|---|
| In re: | Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG, L.L.C. | Chapter 7 |
| Debtor. | |

## NOTICE OF APPOINTMENT OF PERMANENT CHAPTER 7 TRUSTEE

Diana G. Adams, United States Trustee for Region 2, hereby appoints Attorney James Berman as permanent Chapter 7 trustee in the above captioned case pursuant to the Order Resolving Election Controversy and Directing Appointment of Trustee, ECF Doc. I. D. No. 37.

Dated: New Haven, Connecticut
January 12, 2010

Respectfully submitted,

DIANA G. ADAMS
UNITED STATES TRUSTEE FOR REGION 2

/s/ Kim L. McCabe
Kim L. McCabe/ct 23661
Assistant United States Trustee
150 Court Street, Room 302
New Haven, Connecticut 06510
Telephone: 203.773.2210
Facsimile: 203.773.2217
E-mail: Kim.McCabe@usdoj.gov