*Granted-per the record on 1-21-10*

*Albert S. Dabrowski 1-21-2010*
**ALBERT S. DABROWSKI**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| MICHAEL S. GOLDBERG, LLC | : | CASE NO. 09-23370 asd |
| Debtor | : | December 23, 2009 |

## MOTION TO WITHDRAW APPEARANCE FOR THE DEBTOR

Attorney Gregory F. Arcaro ("Movant") hereby moves the Court for permission to withdraw his appearance on behalf of the Debtor in the above captioned matter. In support thereof, the Movant respectfully represents the following:

1. On November 18, 2009, an involuntary petition was commenced against the Debtor. By consent of the Debtor, an Order for Relief entered on November 24.

2. The Movant entered his appearance on behalf of the Debtor on November 25, 2009. The Movant also entered his appearance on behalf of Michael S. Goldberg ("Goldberg"), individually, within case number 09-23371.

3. The Movant's firm, Brown, Paindiris & Scott, LLP, represented Goldberg prior to the commencement of the involuntary cases commenced against the Debtor and Goldberg. In doing so, the Movant has an obligation pursuant to Rule 1.6 of the Rules of Professional Conduct and common law attorney-client privilege not to reveal any of Goldberg's confidential information to any third party.