**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MICHAEL S. GOLDBERG, L.L.C. | ) Case No. 09-23370 (ASD) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, James Berman, hereby certify that on the 14th day of January, 2010, copies of Notice of Appearance and Demand for Service of Papers (Doc. No. 42) were served electronically on all appearing parties listed on Exhibit "A", attached hereto, via the Court's CM/ECF system; and on the 20th day of January 2010, additional copies were served via first-class, prepaid postage United States Mail upon the parties listed on Exhibit "A", attached hereto.

Dated this 21st day of January, 2010 at Bridgeport, Connecticut.


By:   /s/ Jed Horwitt
      Jed Horwitt, Esq. (ct04778)
      Zeisler & Zeisler, P. C.
      558 Clinton Avenue
      P. O. Box 3186
      Bridgeport, CT  06605-0186
      Tel: (203) 368-4234
      Fax: (203) 367-9678
      Email: jhorwitt@zeislaw.com

# Exhibit "A"

## Parties Receiving Notice via CM/ECF

Gregory F. Arcaro on behalf of Debtor Michael Goldberg
garcaro@bpslawyers.com

Steven P. Ciardiello on behalf of Creditor Kevin Fournier
ciardiello.law@snet.net

Joseph G. Fortner on behalf of Creditor Anthony Pasqualone
fortner@halloran-sage.com

Kim L. McCabe on behalf of U.S. Trustee U. S. Trustee
kim.mccabe@usdoj.gov

Michael J. Pendell on behalf of Petitioning Creditor Bruce & Kathleen Weinstein Family LP
mpendell@haslaw.com

George M. Purtill on behalf of Creditor Alex Britnell
george.m.purtill@snet.net

Claudia M. Sklar on behalf of Creditor John Radocchia
csklar@ofalaw.com, vrakoczy@ofalaw.com;lyoung@ofalaw.com

James J. Tancredi on behalf of Creditor JAAZ, LLC
jjtancredi@daypitney.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Douglas R. Van Valkenburg on behalf of Creditor JAAZ, LLC
dvanvalkenburg@daypitney.com

Michael S. Wrona on behalf of Creditor Anthony Pasqualone
wrona@halloran-sage.com, watson@halloran-sage.com

Debtor

Michael S. Goldberg, L.L.C
35 Sunrise Terrace
Wethersfield, CT 06109

Debtor

Michael Goldberg
35 Sunrise Terrace
Wethersfield, CT 06109

Counsel to Debtor

Gregory F. Arcaro
Brown, Paindiris & Scott, LLP
2252 Main Street
Glastonbury, CT 06033

Office of the United States Trustee
Kim L. McCabe, Esq.
Steven E. Mackey, Esq.
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Petitioning Creditor

Bruce Weinstein
562 Tepi Drive
Southbury, CT 06488

Counsel to Petitioning Creditors Bruce Weinstein,
McGee Boynton Beach L.P. and Bruce and Kathleen
Weinstein Familly LP
Michael J. Pendell , Esq.
Hinckley Allen & Snyder LLP
CityPlace I., 185 Asylum Street , 35th Floor
Hartford, CT 06103

Petitioning Creditor

McGee Boynton Beach L.P
5 Davison lane West
West Islip, NY 11795

Petitioning Creditor

Bruce & Kathleen Weinstein Family LP
562 Tepi Drive
Southbury, CT 06488

**NOTICES OF APPEARANCE**

Counsel to Creditor  JAAZ, LLC

James J. Tancredi, Esq.
Day Pitney LLP
242 Trumbell St.
Hartford, CT 0613-1212

Counsel to Creditor  JAAZ, LLC

Douglas R. Van Valkenburg, Esq.
Day Pitney LLP
242 Trumbell St.
Hartford, CT 0613-1212

Counsel to Creditor Kevin Fournier, Raymond Faltinsky
and Peter Reilly

Steven P. Ciardiello, Esq.
Law Offices of Steven P. Ciardiello
2840 Whitney Ave.
Hamden, CT 06518

Counsel to Creditor John Radocchia

Claudia M. Sklar, Esq.
O'Connell, Flaherty & Attmore, LLC
280 Trumbull St.
Hartford, CT 06103-3598

Counsel to Creditor John Radocchia

Jeffrey R. Martin, Esq.
O'Connell, Flaherty & Attmore, LLC
280 Trumbull St.
Hartford, CT 06103-3598

Counsel to Creditor Anthony Pasqualone

Michael S. Wrona, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum St.
Hartford, CT 06103

Creditor

Capital Recovery III LLC
c/o Recovery management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605