### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### HARTFORD DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| MICHAEL S. GOLDBERG, L.L.C. | ) Case No. 09-23370 (ASD) |
| | ) |
| Debtor. | ) Re: Doc. I.D. NO. 43 |
| | ) |

### ORDER AUTHORIZING APPOINTMENT OF COUNSEL

Upon the Application of the James Berman, Chapter 7 trustee (the "Trustee") of the estate of Michael S. Goldberg, L.L.C. dated January 14, 2010, praying for authority to employ and appoint Zeisler & Zeisler, P.C., under a general retainer to represent the Chapter 7 Trustee, and upon the Affidavit of James Berman dated January 14, 2010, and it appearing that Zeisler & Zeisler, P.C. are attorneys duly admitted to practice in this Court, and the Court being satisfied that Zeisler & Zeisler, P.C. represents no interest adverse to said the Debtor's Chapter 7 estate, and are disinterested persons in the matters upon which it is to be engaged, and its employment is necessary and would be in the best interest of the estate, it is hereby

ORDERED, that the Trustee, be and is hereby authorized to employ Zeisler & Zeisler, P.C. to represent the Trustee under a general retainer; and it is further

ORDERED that the effective date of this Order shall be the January 7, 2010; and it is further

ORDERED, that Zeisler & Zeisler, P.C. is directed to apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of Bankruptcy Procedure.

Dated: January 22, 2010            BY THE COURT



Albert S. Dabrowski
Chief United States Bankruptcy Judge

U.S.T.'s Statement of No Objection Doc. I.D. No. 45