**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| ------------------------------------------------- X | | |
| In re: | : | Chapter 7 |
| | : | |
| MICHAEL S. GOLDBERG, L.L.C. | : | Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG | : | Case No. 09-23371 (ASD) |
| | : | |
| Debtors | : | (Jointly Administered Under |
| | : |   Case No. 09-23370) |
| ------------------------------------------------- | | Re: ECF No. 190 |

## ORDER ON MOTION TO APPROVE SETTLEMENT AGREEMENT REGARDING PREFERENCE AND FRAUDULENT CONVEYANCE CLAIMS AGAINST RICHARD AND DIANA MUSCATELLO

The Chapter 7 Trustee's Motion to Approve Settlement Agreement Regarding Preference and Fraudulent Conveyance Claims Against Richard and Diana Muscatello (the "Motion") having come before the Court, the Court having reviewed the Motion, and there being due and sufficient notice and cause to grant the relief sought therein, it is therefore

ORDERED that the Motion be, and it hereby is GRANTED; and it is further

ORDERED that the Settlement Agreement executed by the Chapter 7 Trustee and Richard and Diane Muscatello and attached to the Motion is hereby approved and binding upon all parties thereto.

Dated: August 19, 2010                                        BY THE COURT


Albert S. Dabrowski
United States Bankruptcy Judge