UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| MICHAEL S. GOLDBERG, LLC | ) Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG | )         09-23371 (ASD) |
| Debtors. | ) Jointly Administered Under |
| | ) Case No. 09-23370 |
| JAMES BERMAN, Chapter 7 Trustee for | ) |
| | ) |
| MICHAEL S. GOLDBERG, LLC, and | ) |
| MICHAEL S. GOLDBERG | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adv. Pro. No. 10-02098 |
| v. | ) |
| ROBERT BILELLA, CAROL BILELLA, | ) |
| MICHAEL S. GOLDBERG and MICHAEL S. | ) |
| GOLDBERG, LLC | ) |

**CERTIFICATE OF SERVICE**

I, Jeffrey Hellman, hereby certify that on the 7th day of October, 2010, I served a copy of:

1. **Doc. No. 272 and Doc. 269 in the Lead Case** – Motion to Approve Settlement Agreement with attached Exhibits against Robert Bilella.

by mailing the same via regular mail, to parties listed on the attached Service List (Exhibit A).

Dated at Bridgeport, Connecticut this 7th day of October, 2010.

        JAMES BERMAN, CHAPTER 7 TRUSTEE
        FOR THE ESTATES OF
        MICHAEL S. GOLDBERG AND
        MICHAEL S. GOLDBERG, LLC

By  /s/Jeffrey Hellman
       Jeffrey Hellman (ct04102)
       ZEISLER & ZEISLER, P.C.
       558 Clinton Avenue
       Bridgeport, Connecticut 06605
       (203) 368-4234
       (203) 367-9678 (fax)
       jhellman@zeislaw.com

# EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0205-2<br>Case 09-23370<br>District of Connecticut<br>Hartford<br>Wed Oct  6 11:20:07 EDT 2010 | Bruce & Kathleen Weinstein Family LP<br>562 Tepi Drive<br>Southbury, CT 06488-1027 | Capital Recovery III LLC c/o Recovery Manage<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| McGee Boynton Beach L.P<br>5 Davison lane West<br>West Islip, NY 11795-5203 | Michael S. Goldberg, L.L.C<br>35 Sunrise Terrace<br>Wethersfield, CT 06109-2620 | Zeisler & Zeisler,  P.C.<br>558 Clinton Avenue<br>Bridgeport, CT 06605-1701 |
| Hartford<br>450 Main Street<br>7th Floor<br>Hartford, CT 06103-3022 | 641 Hermitage Circle<br>Palm Beach Gardens, FL 33410-1612 | Adam & Kristin Baker<br>88 Knollwood Rd<br>Farmington, CT 06032-1029 |
| Adam Gartside<br>19 Winding Brooke Tr<br>Vernon, CT 06066-4126 | Alan  Berman<br>111 Roberts St.<br>East Hartford, CT 06108-3694 | Alana Gregoire<br>61 Wellington Hgts Rd<br>Avon, CT 06001-3603 |
| Alex Britnell<br>30 Fawn Run<br>Glastonbury, CT 06033-4167 | Alexander H. Britnell<br>30 Fawn Run<br>Glastonbury, CT 06033-4167 | Allen Comeau<br>118 Holland Lane<br>East Hartford, CT 06118-1727 |
| Allen Picard<br>48 Stony Mill Lane<br>East Berlin, CT 06023-1033 | Amy Halstead<br>20 Skyview Drive<br>Coventry, CT 06238-1193 | Amy Spafford<br>29 Chester Dr<br>Manchester, CT 06040-2624 |
| Andrea  Ciraldo<br>128 Lancaster Terrace #2<br>Brookline, MA 02446-2237 | Andrea & Kyle Bagnall<br>187 Lakeview Drive<br>Coventry, CT 06238-2824 | Andrew Bennett<br>162 Ridge Rd<br>Glastonbury, CT 06033-1926 |
| Andrew  Halstead<br>20 Skyview Drive<br>Coventry, CT 06238-1193 | Angela & Peter Brooks<br>7 Spring Hill ln<br>Bloomfield, CT 06002-1696 | Angela Bilella<br>311 East 75th St.<br>Apt. 3J<br>New York, NY 10021-3034 |
| Anita  Sienicki<br>158 Bradford Walk<br>New Britain, CT 06053-1073 | Anthony Defilice<br>19 Florence Drive<br>Tolland, CT 06084-2260 | Anthony Dentamaro<br>124 S 54th St Apt 37<br>Mesa, AZ 85206-1403 |
| Anthony  Morris<br>82 Linwood Street<br>New Britain, CT 06052-1710 | Anthony Pasqualone<br>306 Briton Park Court<br>Duluth, GA 30097-5984 | Anthony Sardo<br>10149 Reagan Dairy Trail<br>Bradenton, FL 34212-2612 |

Anthony Pasqualone
c/o Joseph G. Fortner, Jr.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-1503

Anthony Pasqualone
c/o Michael S. Wrona
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-1503

April Taylor
355 Clinton Ave
Apt. 4E
Brooklyn, NY 11238-1124

Ashley Halstead / Harris
3 Brookview Circle
Manchester, CT 06040-6853

Audrey Quinlan
90 Candlelight Drive
Glastonbury, CT 06033-2539

Bambi Donahue
171 Hale Rd
Glastonbury, CT 06033-3319

Baorui (Christine) Zhang
19 Giovanni Dr
Waterford, CT 06385-1724

Baorui Zhang
19 Giovanni Drive
Waterford, CT 06385-1724

Barabara Szaparkowski
Panther Properties
182 Batterson Park Rd.
Farmington, CT 06032-2528

Barbara & James Menditto
155 Gehring Rd
Tolland, CT 06084-3737

Barbara Parker
156 Farmstead Lane
Glastonbury, CT 06033-3214

Barry & Norma Veden
507 Dunland Beach Dr
Michigan City, IN 46360-1819

Barry Gorsun
333 N Ocean Blvd.
Apt. 1810M
Deerfield Beach, FL 33441-3853

Baruti & Scola
286 Main St
Danielson, CT 06239-2825

Baty Houston
2817 Loch Haven Dr
Plano, TX 75023-5405

Beatice Desper
74 Victoria Lane
Mandeville, LA 70471-7259

Beth DeGeer
70 Hillcrest Avenue
Middletown, CT 06457-5322

Betsy Ann Pitt
47 Clinton St
Manchester, CT 06040-6129

Bob Chaderchian
102 Beach Ave
Madison, CT 06443-2853

Bob & Carolann Bilella
102 Tepi Dr
Southbury, CT 06488-1026

Bonnie C. Mangan, Trustee
1050 Sullivan Avenue, Suite A3
South Windsor, CT 06074-2043

Bonnie C. Mangan, Trustee of the Bankruptcy
of Kenneth and Debbi Grabow
1050 Sullivan Avenue, Suite A3
South Windsor, CT 06074-2000

Bonny O'Brien
40 Riverwalk Dr
Simsbury, CT 06089-9612

Brendan & Christine Kelly
299 Tolland Stage Rd
Tolland, CT 06084-2920

Brian Sullivan
20 Tree Hill Road
Berlin, CT 06037-3009

Brian Ciraldo
75 Homestead Dr.
S. Glastonbury, CT 06073-2806

Brian Gleason
59 Benedict Dr
South Windsor, CT 06074-3243

Brian Iwinski
54902 Walnut Drive
New Hudson, MI 48165-9398

Brooke Donohue
171 Hale Rd
Glastonbury, CT 06033-3319

Bruce & Kathleen Weinstein Family LP
c/o William S. Fish, Jr.. Esq.
Hinckley, Allen & Snyder LLP
20 Church Street
Hartford, CT 06103-1221

| | | |
|---|---|---|
| Bruce Kuczenski<br>135 Southshire Dr<br>Southington, CT 06489-4224 | Bruce Sullivan<br>2008 New London Turnpike<br>Glastonbury, CT 06033-3822 | Bruce Weinstein<br>641 Hermitage Circle<br>Palm Bch Grdns, FL 33410-1612 |
| Bruce Weinstein<br>c/o William S. Fish, Jr.. Esq.<br>Hinckley, Allen & Snyder LLP<br>20 Church Street<br>Hartford, CT 06103-1221 | CE Sweeten<br>2817 Loch Haven Drive<br>Plano, TX 75023-5405 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Carl & Babara Crowley<br>61 Fairway Drive<br>Colchester, CT 06415-1023 | Carl Santangelo & Associates<br>Attn: Pres, GP or Mng. Mbr.<br>3000 North Federal Highway<br>Suite 200<br>Fort Lauderdale, FL 33306-1416 | Charles Burdick Jr.<br>82 Nott St<br>Wethersfield, CT 06109-1828 |
| Cheryl Ciraldo<br>282 Cypres Terrace<br>Royal Palm Beach, FL 33411-4748 | Cheryl Dexter<br>44 Starwood Trail<br>Colchester, CT 06415-1868 | Christie Spafford<br>125 Hucklberry Rd<br>East Hartford, CT 06118-3546 |
| Christina Aiken<br>Attila Kovacs)<br>7149 Bay Dr.<br>Apt. 11<br>Miami Beach, FL 33141-5418 | Christina Clinton<br>121 Buckingham Drive<br>Glastonbury, CT 06033-2734 | Christine Woods<br>131 Saw Mill River Rd<br>Yonkers, NY 10701-6608 |
| Christine Young<br>5241 SW 196th Ave<br>Dunnellon, FL 34431-4629 | Christine Prado<br>11069 Upton St<br>Spring Hill, FL 34608-2861 | Cindy Marino (Kyle)<br>25 Highgate Rd<br>Apt. 2C<br>Newington, CT 06111-5218 |
| Conrad & Marie Anne Quinlan<br>333 East St<br>Hebron, CT 06248-1102 | Conrado Bennett<br>131 Wadhams Road<br>Bloomfield, CT 06002-1251 | Corey Krohn<br>539 Jerusalem Rd<br>Windham, CT 06280-1513 |
| Craig Hart<br>241 W. 108th St<br>Apt. 5B<br>NY, NY 10025-2917 | Craig Marquis<br>65 Paden Rd<br>Coventry, CT 06238-2320 | Cruise Vacations<br>11 Andrews Road<br>Essex, CT 06426-1311 |
| Cruise Vacations<br>Attn: John Ash<br>18 N. Main St.<br>Essex, CT 06426-1030 | Daniel Gregor<br>377 Simsbury Rd<br>Bloomfield, CT 06002-2215 | Darren Carbone<br>44 Overbrook Rd<br>West Hartford, CT 06107-3424 |
| David Gluck<br>7693 Sicilia CT<br>Naples, FL 34114-2679 | David Howe<br>3374 N. Creekview Dr<br>Lawrencville, GA 30044-4141 | David Ash<br>31 Peach Tree Road<br>Glastonbury, CT 06033-3636 |

| | | |
|---|---|---|
| David Ash<br>31 Peech Tree Rd<br>Glastonbury, CT 06033-3636 | David Berlin<br>41 Thimble Island Rd<br>Branford, CT 06405-5720 | David Chaput<br>132 Chimmney Swp Hill<br>Glastonbury, CT 06033-3904 |
| David Chaput<br>24 Nelkin Dr<br>Colchester, CT 06415-1816 | David E. White<br>20 Barry Place<br>Suffield, CT 06078-2249 | David Oellerich<br>569 Gardner St<br>Manchester, CT 06040-6606 |
| David Reid<br>c/o Richard N. Freeth, Esq<br>One Atlantic Street, Suite 302<br>Stamford, CT 06901-2429 | Dawn Hittle<br>14 Leffingwell Rd<br>Clinton, CT 06413-2022 | Dawn & Mark St. Cyr<br>829 SW Big Tree Road<br>Dunnellon, FL 34431-2309 |
| Dawn E. Morris<br>785 Corbin Avenue<br>New Britain, CT 06052-1668 | Dawn Morris<br>785 Corbin Avenue<br>New Britain, CT 06052-1668 | Debbie & Wally Batista<br>86 Crooked Brook Lane<br>Berlin, CT 06037-3561 |
| Debby Tanasi<br>1398 Kensington Rd<br>Kensington, CT 06037-3516 | Debra Lafleche<br>10 Brooke Hill Rd<br>East Haddam, CT 06423-1385 | Dennis Strimike<br>82 Florence St<br>Manchester, CT 06040-5406 |
| Dennis Zavada<br>27 Jefferson Trl<br>Hopatcong, NJ 07843-1282 | Denny Riga<br>18 Castle Bridge Ct<br>Hilton Head Isl, SC 29928-3362 | Dina Varano<br>27 Main St<br>Chester, CT 06412-1311 |
| Dorota Marcyck<br>67 Wood Haven Rd<br>Glastonbury, CT 06033-1840 | Dorthy Gail<br>4251 Albemarle St NW<br>Washington, DC 20016 | Edna Coughlin<br>530 Maple St<br>Wethersfield, CT 06109-3733 |
| Edward Berlin<br>20 Aylesbury Circle<br>Madison, CT 06443-3434 | Edward Berlin<br>57 Dream Lake Rd<br>Madison, CT 06443-1600 | Edward L. Berlin<br>57 Dream Lake Drive<br>Madison, CT 06443-1600 |
| Edward Malley<br>92 School Street<br>Manchester, CT 06040 | Elizabeth Sandri<br>38 Foxboro Pt<br>Essex, CT 06426-1003 | Filomena Morrongiello<br>7428 Riveer Country Av<br>Weeki Wachee, FL 34607-2047 |
| Frank Federici<br>143 Hoyt St Unit 5H<br>Stamford, CT 06905-5747 | Frank Hacker<br>332 Monaco Lane<br>Glastonbury, CT 06033-2351 | Gary Spelucin<br>10 Grace Lane<br>Portland, CT 06480-1049 |

Gary Slayton
108 Britton Street
Chicopee, MA 01020-4075

Gerard Supino
32 White Birch Rd
East Hampton, CT 06424-1330

Girolima Bonadonna
1538 76th St
Brooklyn, NY 11228-2504

Greg Fennell
240 East 78th St Apt D
NY, NY 10075-2033

Greg Young
146 Barnsbee Lane
Coventry, CT 06238-1680

Gregg Ciraldo
405 Wall St
Hebron, CT 06248-1327

Hank Ross
One Half Moon Lane
Sands Point, NY 11050-1210

Harold Margison Jr
164 Vernon Ave Apt 20
Vernon, CT 06066-4340

Harry & Toni Stevenson
839 Jolanda Cir
Venice, FL 34285-4441

Heather Amara
23 Lakeview Avenue
Chester, CT 06412-1007

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Isadora Bonadonna
134 Madison Avenue
Island Park, NY 11558-1819

JAAZ, LLC
c/o James J. Tancredi, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1213

Jack Banks
35 Still Meadow Lane
Berlin, CT 06037-3572

Jacqueline Flynn
43 A Robbins Lane
Rocky Hill, CT 06067-1460

Jacqueline Sonidis
325 Cedar Ridge Terrace
Glastonbury, CT 06033-1817

James Crete
17 Burt Dr
Middlefield, CT 06455-1107

James Kaiser
254 Pine Orchard Road
Branford, CT 06405-5516

James Quinlan
47 Clinton St
Manchester, CT 06040-6129

James Wiley
45 Chapman Drive
Glastonbury, CT 06033-2729

Jane Goldberg
94 Monte Cresta Ave Apt D
Oakland, CA 94611-4887

Jason Bianca
1398 Kensington Rd
Kensington, CT 06037-3516

Jason Pierce
12 Chatam Woods Court
Cheshire, CT 06410-3803

Jason Pierce
20 Wildwood Road
Old Saybrook, CT 06475-2759

Jason Ross
12 Bonnie Brook Rd
Westport, CT 06880-1506

Jeffrey Ahlquist
54 Stony Mill Lane
East Berlin, CT 06023-1033

Jeffrey Stein
71 Belmont ave
Haverill, MA 01830-6601

Jennifer & Steven Gruenstrass
23 Windsor Ln
Cos Cob, CT 06807-1817

Jennifer Degrandi (Geldolf)
122 Westview Terrace
Berlin, CT 06037-3158

Jeremy Groll
72 Carson Ave
Wethersfield, CT 06109-1506

| | | |
|---|---|---|
| Jerrilynne Purdy<br>5128 Woodmire Lane<br>Alexandra, VA 22311-1317 | Jerry Bonadonna<br>10016 Rockaway Beach Blvd<br>Rockaway Park, NY 11694-2840 | Jessica Andreoletti<br>20 Aylesbury Circle<br>Madison, CT 06443-3434 |
| Jessica Andreoletti<br>57 Dream Lake Rd<br>Madison, CT 06443-1600 | John Deluca<br>236 W Quasset Rd<br>Woodstock, CT 06281-3234 | John Owens<br>2529 Cedar Swamp Rd<br>Brookville, NY 11545-3112 |
| John & Karen Lasek<br>27 Mercier Ave<br>Bristol, CT 06010-4438 | John Ash<br>Cruise Vacations<br>30 S. Main Street<br>Essex, CT 06426-1130 | John Candella<br>678A Heritage Village<br>Southbury, CT 06488-1542 |
| John Hrbrosky<br>c/o Julie Roehm<br>4061 Caerleon Circle<br>Bentonville, AR 72712-7651 | John Mcniff<br>26 Mill Plain Road<br>Danbury, CT 06811-5186 | John Radocchia<br>112 Fall View Drive<br>Glastonbury, CT 06033-4196 |
| John Radocchia<br>c/o Claudia M. Sklar, Esq.<br>O'Connell, Flaherty & Attmore, LLC<br>280 Trumbull Street<br>Hartford, CT 06103-3598 | Jolene Wilson<br>32 Meadow Gate<br>Wethersfield, CT 06109-3738 | Joseph Fulliero<br>6 Little Loch Way<br>Windsor, CT 06095-1557 |
| Joseph Gaudiana<br>78 Augusta Dr<br>Newington, CT 06111-2501 | Joseph Ruszczyk<br>10 Meeker Rd<br>Southington, CT 06489-2233 | Josephine Dziarkowski<br>4369 Puritan Lane<br>SpringHill, FL 34608-2646 |
| Josephine Walsh<br>996 Meriden Waterbury Tpk.<br>Unit 3F<br>Plantsville, CT 06479-2029 | Josephine Walsh<br>996 Meriden Waterbury Turnpike<br>Unit 3F<br>Plantsville, CT 06479-2029 | Judith Malley<br>141 Boulster Rd<br>Wethersfield, CT 06109-3706 |
| Judith Gluck<br>1 Montpelier Ct<br>Setauket, NY 11733-1204 | Judith Heppe<br>4320 Kalamazoo Ave SE<br>Apt. 500<br>Grand Rapids, MI 49508-3609 | Justin Bianca<br>1398 Kensington Rd<br>Kensington, CT 06037-3516 |
| Kablick & Leary PC<br>675 Berlin Turnpike<br>Berlin, CT 06037-2441 | Karen Midura<br>52 Rosewood Dr<br>Glastonbury, CT 06033-1647 | Karol Steckowski<br>547 East St<br>New Britain, CT 06051-2454 |
| Kathleen & Raymond Fontaine<br>21 Overdale Rd<br>Wolcott, CT 06716-2320 | Keith Wilcox<br>20 Johnson Rd<br>P.O. Box 264<br>Pomfret Center, CT 06259-0264 | Kelly Kirkpatrick<br>33 Oceanview Drive<br>Southampton, NY 11968-4215 |

| | | |
|---|---|---|
| Kelly and Daniel Kiefer<br>2051 S. Logan St<br>Denver, CO 80210-4029 | Kenneth Crandall<br>8012 Southwest Rd<br>Bellevue, OH 44811-9649 | Kenneth Grabow<br>53 Lyness St<br>Manchester, CT 06040-4819 |
| Kenneth M. Quagliata<br>68-21 61st Road<br>Middle Village, NY 11379-1115 | Kenneth Ruszczyk<br>702 North Easy St<br>Payson, AZ 85541-4005 | Kent Billings<br>57 Shipman Dr<br>Glastonbury, CT 06033-4136 |
| Kevin Ahlquist<br>134 Patrick Drive<br>Berlin, CT 06037-4057 | Kevin Fournier<br>6684 E Cactus Wren Rd<br>Paradise Valley, AZ 85253-4357 | Kevin Fournier<br>c/o Liam S. Burke<br>175 Powder Forest Drive<br>Suite 301<br>Simsbury, CT 06089-7902 |
| Kevin Fournier<br>c/o Steven P. Ciardiello, Esq.<br>Law Offices of Steven P. Ciardiello, Esq<br>2840 Whitney Avenue<br>Hamden, CT 06518-2554 | Kevin Fournier<br>c/o Thomas J. Finn<br>175 Powder Forest Drive<br>Suite 301<br>Simsbury, CT 06089-7902 | Kevin Hecht<br>220 South Main St<br>Cheshire, CT 06410-3112 |
| Kim Oshana<br>18 Overlook Ave<br>Middletown, CT 06457-5326 | Kirk Pearson<br>8227 E Cambelback Rd<br>Scottsdale, AZ 85251-1713 | Konstantinos Antonaras<br>150 Indiana St<br>Bristol, CT 06010-9138 |
| Laura Clinton<br>121 Buckingham Drive<br>Glastonbury, CT 06033-2734 | Lawrence & Margaret Cohen<br>91 Peck Hill Road<br>Woodbridge, CT 06525-1306 | Lawrence Lipton<br>235 West 102 Street<br>New York, NY 10025-8400 |
| Lawrence Lipton<br>235 West 102nd Street<br>New York, NY 10025-8400 | Lee Hermann<br>1214 Birch Lane<br>Cody, WY 82414-5212 | Leighton Aiken<br>700 N Pearl St Ste 1600<br>Dallas TX 75201-4148 |
| Leighton Aiken<br>c/o William S. Fish, Jr.<br>Hinckley, Allen & Snyder LLP<br>20 Church Street<br>Hartford, CT 06103-1221 | Lew Lassow<br>74 Chapman Dr<br>Glastonbury, CT 06033-2728 | Lewis & Joyce Slayton<br>40 Regent Ct<br>Stamford, CT 06907-1423 |
| Lillian Berlin<br>20 Aylesbury Circle<br>Madison, CT 06443-3434 | Lillian Berlin<br>57 Dream Lake Drive<br>Madison, CT 06443-1600 | Linda Ahlstrand<br>48 Holly CT<br>Berlin, CT 06037-3635 |
| Lisa Adams<br>331 Farm Hill Rd<br>Middletown, CT 06457-4226 | Liza Davis<br>82 Flynn Lane Apt R<br>Middletown, CT 06457-1942 | Lorraine Tomlinson<br>1477 Farridon Circle<br>Lake Mary, FL 32746-4365 |

| | | |
|---|---|---|
| Louis Prado<br>219 Fairlane Drive<br>Wethersfield, CT 06109-4123 | Luann Donnelly (Marquis)<br>15 Ramsen<br>Nyack, NY 10960-3263 | Lucy Tardette<br>14 Giddings St<br>Hartford, CT 06106-3905 |
| Lucy Gaurdiana-Tine<br>100 Wells Road<br>Weathersfield, CT 06109-3044 | Luis Demelo<br>11205 Westerly dr<br>SpringHill, FL 34609-9642 | Luke & Tara Hermann<br>144 W 86th<br>Apt. 12 C<br>New York, NY 10024-4028 |
| Luke Taffuri<br>11033 E Ironwood Dr<br>Scottsdale, AZ 85259-4869 | Luke Taffuri<br>c/o Steven P. Ciardiello, Esq.<br>Law Offices of Steven P. Ciardiello, Esq<br>2840 Whitney Avenue<br>Hamden, CT 06518-2554 | M & A Consulting<br>Attn: Michael H. Clinton<br>and Alexander Britnell<br>426 Olde Stage Road<br>Glastonbury, CT 06033 |
| Margaret Paolucci<br>35 Overvale Rd<br>Wolcott, CT 06716-2320 | Marilyn Trent<br>2293 Hardyke CT<br>Ann Arbor, MI 48108-2518 | Marilyn Zavada<br>14 Purple Martin Drive<br>Hackettstown, NJ 07840-3113 |
| Marisol Orth<br>31 Lansdowne Ave<br>Hamden, CT 06517-1911 | Mark Magyar<br>5206 Skyline Blvd<br>Cape Coral, FL 33914-6536 | Mark Magyar<br>805 Treasur Island Rd<br>Webster, MA 01570-1573 |
| Mary Costa<br>5 Edward Circle<br>Montville, NJ 07045-9709 | Matthew Listro<br>330 Roberts St<br>Suite 402<br>East Hartford, CT 06108-3654 | Matthew Pace<br>31 Susan Dr<br>Tolland, CT 06084-2538 |
| Matthew Tansey<br>777 NE 62nd St PH8<br>Miami, FL 33138-6264 | McGee Boynton Beach LP<br>c/o William S. Fish, Jr.. Esq.<br>Hinckley, Allen & Snyder LLP<br>20 Church Street<br>Hartford, CT 06103-1221 | Megan Midura<br>52 Rosewood Dr<br>Glastonbury, CT 06033-1647 |
| Michael Humen<br>35 Rockledge Court<br>Kensington, CT 06037-2055 | Michael & Kristen Sardo<br>14 Drewery Lane<br>Tappan, NY 10983-1106 | Michael & Mary Donnelly<br>346 Gayhill Rd<br>Bethel, VT 05032-9440 |
| Michael Clinton<br>121 Buckingham Drive<br>Glastonbury, CT 06033-2734 | Michael Gneiting<br>25 Wilcox Ave<br>East Berlin, CT 06023-1012 | Michael H. Clinton<br>c/o Denise R. Polivy<br>Putnam Park, Suite 100<br>100 Great Meadow Road<br>Wethersfield, CT 06109-2355 |
| Michael Malley<br>82 Flynn Lane<br>Middletown, CT 06457-1942 | Michael Mcgee Boyton Beach LLP<br>5 Davidson Lane West<br>West Islip, NY 11795-5203 | Michael Pace<br>3154 Whitney Ave<br>Hamden, CT 06518-2321 |

| | | |
|---|---|---|
| Michael Presta<br>334 Woodhaven Rd<br>Glastonbury, CT 06033-1922 | Michael Stein<br>4720 Rosedale Ave Apt 319<br>Bethesda, MD 20814-3756 | Michelle Boulais<br>41 Danay Trail<br>Vernon, CT 06066-5957 |
| Michelle Bright<br>1009 Leithgow St<br>Philadelphia, PA 19123-1420 | Michelle Chiotakis<br>32615 N North Valley Pkwy<br>Apt. 213<br>Phoenix, AZ 85085-4211 | Michelle Gleason<br>59 Benedict Dr<br>South Windsor, CT 06074-3243 |
| Monica Fuchs<br>501 S Bay Ave Apt 3<br>Beach Haven, NJ 08008-1677 | Nancy Begg<br>3 Brookview Circle<br>Manchester, CT 06040-6853 | Nathan Dymond<br>4760 Mistwood Ave<br>Portage, MI 49024-8157 |
| Norman & Christine Beliveau<br>52 Harding Ave<br>Johnston, RI 02919-5044 | Patrice Keena<br>355 North Star Dr<br>Southington, CT 06489-3851 | Patrice P. Keena<br>355 North Star Drive<br>Southington, CT 06489-3851 |
| Patrick Tansey<br>402 Beach 131th St<br>Belle Harbor, NY 11694-1537 | Paul Maracina<br>231 Warren St<br>Jersey City, NJ 07302-4426 | Paul Slayton<br>59 Carpi-B<br>Delray Beach, FL 33484 |
| Paul St. Cyr<br>19886 SW Eagle Drive<br>Dunnellon, FL 34431-3651 | Paul & Cathy Tanasi<br>580 Lovely St<br>Avon, CT 06001-2982 | Paul & Judith Lombardo<br>39 Shelburne Road<br>Wethersfield, CT 06109-2923 |
| Paul & Patricia Lombardo<br>85 Grandview Terrace<br>Wethersfield, CT 06109-3240 | Pearl Davis<br>69 Mcnamara Rd<br>Spring Valley, NY 10977-1434 | Peter Ciotto<br>139 Burrows Hill<br>Amston, CT 06231-1227 |
| Peter Moser<br>52 Rosewood Dr<br>Glastonbury, CT 06033-1647 | Peter Reilly<br>11221 N. 54 Place<br>Scottsdale, AZ 85254-4768 | Peter Reilly<br>c/o Steven P. Ciardiello, Esq.<br>Law Offices of Steven P. Ciardiello, Esq<br>2840 Whitney Avenue<br>Hamden, CT 06518-2554 |
| Phil Bennett<br>45 Lexington Lane<br>Uxbridge, MA 01569-3131 | Raeh Ward<br>6841 Madison Ridge Way<br>Apt. 208<br>Raleigh, NC 27613-7306 | Raymond & Barbara Preisseer<br>16 Glen Hollow Drive<br>Unionville, CT 06085-1061 |
| Raymond Faltinsky<br>6424 La Valle Plateada<br>Ranch Santa Fe, CA 92067 | Raymond Faltinsky<br>c/o Steven P. Ciardiello, Esq.<br>Law Offices of Steven P. Ciardiello, Esq<br>2840 Whitney Avenue<br>Hamden, CT 06518-2554 | Raymond Tardette<br>46 Back Lane<br>Wethersfield, CT 06109-3507 |

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Reginald Levesque
150 Indiana St
Bristol, CT 06010-9138

Richard & Diana Muscatello
30 Conner Drive
Middletown, CT 06457-4172

Richard & Nancy Comeau
35 Overdale Rd
Wolcott, CT 06716-2320

Richard Quinlan
90 Candlelight Drive
Glastonbury, CT 06033-2539

Richard Tardette
10 Providence St
Weathersfield, CT 06109-1320

Richard Zlatkus
94 Warner CT
Glastonbury, CT 06033-5010

Rick Hudes
11115 Hidden Trail Dr
Ownings Mills, MD 21117-2345

Robert Delgiorno
18 Lawrence Place
Rockville Ctr., NY 11570-2209

Robert Fazzone
90 Walden Ct
Berlin, CT 06037-3236

Robert Kossewig
25 Terra Rd
Plainville, CT 06062-3030

Robert Stein
5550 N Ocean Dr
Apt. 20 B
Singer Island, FL 33404-2523

Robert Wright
1 Dave St
Plainville, CT 06062-1105

Robert & Carolyn Fiondella
29 Summerberry
Bristol, CT 06010-2957

Robert & Maria Trapp
100 Wheeling Road
Andover, CT 06232-1113

Robert Bilella
57 Rowayton Woods Drive
Norwalk, CT 06854-3907

Robert Chaderchian
102 Beach Avenue
Madison, CT 06443-2853

Robert Matterazzo
14 Casper Ave
Middletown, CT 06457-2213

Robert O'Neil
88 Katherine Dr
Agawam, MA 01001-3356

Robert P. and Lee R. Matterzzo
P.O. Box 356
Middletown, CT 06457-0356

Robert Resch
1118 Wellshire Dr
Katy, TX 77494-6180

Robert Stein
30 Blood Road
Andover, MA 01810-4722

Roger Ahlquist
27 Summit Woods Rr
Norwich, CT 06360-5614

Romeo & Mary Anna Santangelo
44 Old Colchester Road
Amston, CT 06231-1319

Ronald & Yvette Zirino
1512 Dawley CT
Brandon, FL 33511-1856

Rosemary Freistat
37 Grove St
Southwick, MA 01077-9602

Ryan Donohue
171 Hale Rd
Glastonbury, CT 06033-3319

Salvatore Indemenico
Connecticut Mason)
33 Vexation Hill Road
Rocky Hill, CT 06067-4235

Sebby Mazzarella
261 Wolcott Hill Rd
Wethersfield, CT 06109-2031

Shaun & Lori Brown
1488 Diamond Head
Decatur, GA 30033-2304

| | | |
|---|---|---|
| Shelly Pollack<br>8 Old Line Lane<br>Canton, CT 06019-2455 | State of CT<br>Dept of Revenue Services<br>C&E Div, Bankruptcy Section<br>25 Sigourney St.<br>Hartford, CT 06106-5041 | Stephanie Paauwe<br>4410 W 13 Mile Rd<br>Royal Oak, MI 48073-6515 |
| Stephen Alt<br>2859 Fox Woods Court<br>Clear Water, FL 33761-2819 | Stephen Harrington<br>12 Greenswood Place<br>S. Glastonbury, CT 06073-2900 | Stephen K. Alt<br>2859 Foxwood Ct<br>Clearwater, FL 33761-2819 |
| Steve Rozema<br>Cactus Concrete Construction<br>4271 W. Gatekeeper Drive<br>Tucson, AZ 85741-4084 | Steven Hall<br>195 Turkey Hill Road<br>E. Granby, CT 06026-9402 | Steven Kurtzman<br>2264 Oakdale Rd<br>Hillsborough, CA 94010-6139 |
| Steven Lipman<br>29 Paddock Lane<br>S. Glastonbury, CT 06073-2825 | Steven Susanin<br>5 Bermuda Rd<br>Wethersfield, CT 06109-2902 | Tammy Antonares<br>28 Bannon Ln<br>Berlin, CT 06037-4098 |
| Terry Adoff<br>173 Grand Oaks Way Apt 106<br>Naples, FL 34110-9210 | Theresa Lombardo<br>365 Woodford Ave<br>Unit A4<br>Plainville, CT 06062-2452 | Thomas Abbenante<br>43 Ramblewood Dr<br>Branford, CT 06405-2722 |
| Thomas Marino<br>24 Stowe St<br>Middlefield, CT 06455-1226 | Thomas Quinlan<br>387 Woodhaven<br>Glastonbury, CT 06033-1921 | Tim Quinlan<br>333 East St<br>Hebron, CT 06248-1102 |
| Timothy Murphy<br>22 Eastview Terrace<br>Tolland, CT 06084-2551 | Todd Mckiernan<br>3 Elizabeth St<br>Branford, CT 06405-5504 | Tonya Smay<br>417 Beach 68St<br>Averne, NY 11692-1406 |
| Tracey & Tyler Malley<br>92 North School St<br>Manchester, CT 06042-2013 | Troy Mendes<br>84 Mercer Ave<br>East Hartford, CT 06118-1516 | U. S. Trustee<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510-2022 |
| Vince Amato<br>27 Scott Hollow<br>Holyoke, MA 01040-1874 | Vincent Gianni<br>52 Homestead Dr<br>S. Glastonbury, CT 06073-2804 | Wesley Jackson<br>70 Robin Lane<br>Guilford, CT 06437-1841 |
| William Bennett<br>27 Stowe St<br>Middlefield, CT 06455-1206 | William Bodin<br>64 Alexander<br>Milford, CT 06461-2241 | Yvonne J. Logan<br>155 Trolley Road<br>Guilford, CT 06437-3111 |

| | | |
|---|---|---|
| Yvonne Logan<br>155 Trolley Rd<br>Guilford, CT 06437-3111 | Allen J. Rosowsky<br>85 Willoughby Road<br>Shelton, CT 06484-5946 | Anthony G. Pasqualone<br>306 Briton Park Court<br>Duluth, GA 30097-5984 |
| Bruce Weinstein<br>562 Tepi Drive<br>Southbury, CT 06488-1027 | Danny J. Bellman<br>86 Carriage Drive<br>Glastonbury, CT 06033-3228 | Gregory F. Arcaro<br>Brown,Paindiris & Scott,LLP<br>2252 Main Street<br>Glastonbury, CT 06033-2209 |
| James Berman<br>Zeisler and Zeisler<br>558 Clinton Avenue<br>P.O. Box 3186<br>Bridgeport, CT 06605-0186 | John Radocchia<br>C/o O'Connell, Flaherty & Attmore,<br>280 Trumbull Street<br>Hartford, CT 06103-3509 | Kevin Fournier<br>c/o Steven P. Ciardiello, Esq.<br>2840 Whitney Avenue<br>Hamden, CT 06518-2554 |
| Luke Taffuri<br>c/o Steven P. Ciardiello, Esq.<br>2840 Whitney Avenue<br>Hamden, CT 06518-2554 | Michael H. Clinton<br>2510 Main Street<br>Suite 1<br>Glastonbury, CT 06033-2092 | Peter Reilly<br>c/o Steven P. Ciardiello, Esq.<br>2840 Whitney Avenue<br>Hamden, CT 06518-2554 |
| Raymond Faltinsky<br>c/o Steven P. Ciardiello, Esq.<br>2840 Whitney Avenue<br>Hamden, CT 06518-2554 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Services
Department of the Treasury
11601 Roosevelt Blvd.
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JAAZ, LLC | (u)700 North Pearl Street, Suite 1600, Dallas | (u)Agnes Goldberg<br>Address Unknown at Present |
| (u)Alexander Patrick<br>Address Unknown at Present | (d)Andrew Bennett<br>162 Ridge Road<br>Glastonbury, CT 06033-1926 | (d)Anita Sienicki<br>158 Bradford Walk<br>New Britain, CT 06053-1073 |

(d) Anthony Morris  
82 Linwood Street  
New Britain, CT 06052-1710

(u) Antonio Torres  
Address Unknown at Present

(u) Brian Murray  
Address Unknown at Present

(d) Brooke Donohue  
171 Hale Rd  
Glastonbury, CT 06033-3319

(u) Carol Cauley  
Address Unknown at Present

(u) Chris Fiorillo  
Address Unknown at Present

(u) Clara Trent  
Address Unknown at Present

(d) Corey Krohn  
539 Jerusalem Road  
Windham, CT 06280-1513

(u) Damiano Bonadonna  
Address Unknown at Present

(d) David Berlin  
41 Thimble Island Road  
Branford, CT 06405-5720

(u) David White  
Address Unknown at Present

(u) Dreaux Namoun  
Address Unknown at Present

(u) Eric Boucher  
Address Unknown at Present

(u) Gerald Wright  
Address Unknown at Present

(u) Goldberg  
Address Unknown at Present

(u) Henry Pace  
Address Unknown at Present

(u) Houston Living Trust  
Address Unknown at Present

(u) Irene Kaiser  
Address Unknown at Present

(d) JAAZ, LLC  
c/o James J. Tancredi, Esq.  
Day Pitney LLP  
242 Trumbull Street  
Hartford, CT 06103-1213

(u) Jacqueline Tansey  
Address Unknown at Present

(u) Jeff Starkey  
Vision Design Jersey City  
Address Unknown at Present

(u) Jeff Bell  
Address Unknown at Present

(u) John Muirhead  
Address Unknown at Present

(u) John Leary (Trustee)  
Address Unknown at Present

(u) John Phelan  
Address Unknown at Present

(u) Joselma Toledo  
Address Unknown at Present

(d) Joseph Fulliero  
6 Little Loch Way  
Windsor, CT 06095-1557

(u) Joseph Mccormack  
Address Unknown at Present

(u) Joseph Raite  
Address Unknown at Present

(u) Justin Giorlando  
Address Unknown at Present

(u)Leslie Murphy
Address Unknown at Present

(u)Lucy Tine
Address Unknown at Present

(u)Marc Pace
Address Unknown at Present

(u)Margo Wright
Address Unknown at Present

(u)Maria Varisco
Address Unknown at Present

(u)Marmer Family
Address Unknown at Present

(u)Maryann Hubbard
Address Unknown at Present

(u)Michael Bishop
Address Unknown at Present

(u)Michael Davidson
Address Unknown at Present

(u)Moshe Davis
Address Unknown at Present

(u)Nancy St. Cyr
Address Unknown at Present

(u)Nicholas Palermo Jr.
Address Unknown at Present

(u)Nicholas Palermo Sr.
Address Unknown at Present

(u)Paul Lombardo Jr
Address Unknown at Present

(u)Peter Kolb
Address Unknown at Present

(u)Peter Stebbins
Address Unknown at Present

(u)Phil Taylor
Address Unknown at Present

(u)Raymond Stevenson
Address Unknown at Present

(u)Richard & Teresa Grenier
Address Unknown at Present

(u)Rivka Goldberg
Address Unknown at Present

(u)Robert Halstead
Address Unknown at Present

(u)Roman Zannako
Address Unknown at Present

(u)Sagvar Lallier
Address Unknown at Present

(u)Scott Blair
Address Unknown at Present

(u)Sean Mchugh
Address Unknown at Present

(u)Stacey Resch
Address Unknown at Present

(u)Stafani Marmer
Address Unknown at Present

(u)Stephen Pazdar
Address Unknown at Present

(u)Steve Bennett
Address Unknown at Present

(u)Sylvia Clinton
Address Unknown at Present

| | | |
|---|---|---|
| (u)Talya Schlisser<br>Address Unknown at Present | (u)Thomas Parazino<br>Address Unknown at Present | (u)Tracy Molloy<br>Address Unknown at Present |
| (u)William Harris<br>Address Unknown at Present | (d)Alex Britnell<br>30 Fawn Run<br>Glastonbury, CT 06033-4167 | (u)Edward Berlin |
| (u)Jessica Andreoletti | (u)Lillian Berlin | End of Label Matrix<br>Mailable recipients   342<br>Bypassed recipients    74<br>Total                 416 |