UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------------X
In re:                                                                         :        Chapter 7
                                                                                    :
MICHAEL S. GOLDBERG, L.L.C.                              :        Case No. 09-23370 (ASD)
MICHAEL S. GOLDBERG                                        :        Case No. 09-23371 (ASD)
                                                                                    :
          Debtors                                                          :        (Jointly Administered Under
                                                                                    :           Case No. 09-23370)
------------------------------------------------------X        Re: ECF No. 301

**ORDER AUTHORIZING THE FIRST INTERIM FEE APPLICATION OF ZEISLER & ZEISLER, P.C., COUNSEL TO THE CHAPTER 7 TRUSTEE, SEEKING COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE <u>PERIOD JANUARY 7, 2010 THROUGH AUGUST 30, 2010</u>**

**THIS MATTER** came before the Court on December 16, 2010, the Court having reviewed the first interim application of Zeisler & Zeisler, P.C., (the "Applicant"), and there being due and sufficient notice and the court being otherwise duly advised, it is

**ORDERED AND ADJUDGED**, that the First Interim Fee Application of Zeisler & Zeisler, P.C., Counsel to the chapter 7 Trustee, Seeking Compensation and Reimbursement of Disbursements for the period January 7, 2010 through August 30, 2010 is **GRANTED** in the following amounts: $597,346.00 of fees together with reimbursement necessary and actual out-of-pocket expenses incurred by Applicant in the amount of $22,433.77 for a total of $619,779.77. The Trustee is authorized to pay the foregoing amounts to Applicant subject to adjustment and disgorgement in accordance with 11 U.S.C. § 330.

Dated: December 16, 2010                                                                    BY THE COURT

                                                                                                            Albert S. Dabrowski
                                                                                                            United States Bankruptcy Judge

U.S.T.'s Statement of No Objection ECF No. 332