**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 )  |
| MICHAEL S. GOLDBERG, L.L.C. | ) Case No. 09-23370 (ASD) ) ) |
| Debtor. | ) ) |

## MOTION TO WITHDRAW APPEARANCE

Attorney Robert Reed ("Movant") hereby moves this Court for permission to withdraw his appearance on behalf of James Berman, Chapter 7 Trustee ("Trustee"), filed November 30, 2010, in the above-captioned matter (Doc. 317). In support thereof, the Movant represents that: (i) Movant's appearance and receipt of notice for the Trustee in this case is no longer necessary; and (ii) the firm Zeisler & Zeisler, P.C. has already appeared and will continue its representation of the Trustee.

WHEREFORE the Movant respectfully requests that the Court enter an order consistent with the relief requested herein.

Dated this 28th day of February 2011, at Hartford, Connecticut.

                                              /s/ Robert N. Reed
                                              Robert N. Reed (ct28150)
                                              c/o ZEISLER & ZEISLER, P.C.
                                              558 Clinton Avenue
                                              Bridgeport, Connecticut 06605
                                              Tel. :(203) 368-4234
                                              Fax :(203) 367-9687
                                              Email: rreed@zeislaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 7 |
|  | ) |
| MICHAEL S. GOLDBERG, L.L.C. | ) Case No. 09-23370 (ASD) |
|  | ) |
| Debtor. | ) |
|  | ) |

**ORDER ON MOTION TO WITHDRAW APPEARANCE**

On consideration of the Motion to Withdraw Appearance filed by Attorney Robert Reed, and after hearing on notice, it is hereby:

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the appearance of Robert N. Reed filed on November 30, 2010 (Doc. 317) shall be considered withdrawn.

Date: _____           BY THE COURT

                                                                 _____
                                                                 United States Bankruptcy Judge