# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Kevin H. Coyle and Theresa A. Coyle
Debtor(s)

Chapter: 7
Case No.: 10–24016
Adv. Proc. No.: 10–02404
Judge: Albert S. Dabrowski

Blumer USA, Inc.
Plaintiff(s)

v.

Kevin H. Coyle
Defendant(s)

## NOTICE OF HEARING

**The Plaintiff has filed papers with the court.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you have one in this bankruptcy case. If you do not have any attorney, you may wish to consult one.**

PLEASE TAKE NOTICE that a hearing will be held at

450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103

on 4/7/11 at 10:00 AM

to consider and act upon the following:

20 – Motion to Approve Settlement Agreement Filed by Michael J. Pendell on behalf of Blumer USA, Inc., Plaintiff . (Attachments: # (1) Exhibit A – Settlement Agreement) (Pendell, Michael)

NOTICE IS FURTHER GIVEN that said hearing may be continued or adjourned from time to time without further notice other than an order in open court.

This notice and the accompanying motion or application shall be served on the parties in interest.

All hearings on motions in an adversary proceeding are scheduled as non–evidentiary unless ordered otherwise.

**If you want the court to consider your views on the above mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date.**

**If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Date of Issuance by the Clerk: 3/10/11

*Deborah S. Hunt*

Clerk, U.S. Bankruptcy Court