# ZEISLER & ZEISLER, P.C.

KELLIANNE T. BARANOWSKY[2]
MATTHEW K. BEATMAN
JAMES BERMAN
ELANA BLOOM[5]
LAWRENCE S. GROSSMAN
JEFFREY R. HELLMAN[3]
JED HORWITT[2]
COLEEN HURLIE-DUNN

———

[1] ALSO ADMITTED NEW YORK AND FLORIDA
[2] ALSO ADMITTED NEW YORK
[3] ALSO ADMITTED PENN. & MASS.
[4] ALSO ADMITTED VERMONT
[5] ONLY ADMITTED NEW YORK AND NEW JERSEY

**ATTORNEYS AT LAW**

**558 CLINTON AVENUE**

**P.O. BOX 3186**

**BRIDGEPORT, CONNECTICUT 06605-0186**

———

(203) 368 - 4234
FACSIMILE (203) 367 - 9678
E-MAIL: email@zeislaw.com
www.zeislaw.com

STEPHEN M. KINDSETH
CRAIG I. LIFLAND[1]
JOHNPATRICK C. O'BRIEN
ROBERT N. REED[4]
AARON A. ROMNEY[2]
JEFFREY M. SKLARZ
JAMES G. VERRILLO
RICHARD D. ZEISLER

———

ROBERT M. ZEISLER*

* RETIRED

May 27, 2011

Clerk
United States Bankruptcy Court
450 West Main Street
Hartford, CT 06103

Re:    James Berman, Chapter 7 Trustee vs. Craig Hart, et al. (Adversary Proceeding 10-2119)

Dear Sir/Madam:

We are writing in response to the 7041 Notice received from the Court on May 6, 2011, apparently obtained a Default on Mr. Hart for failure to plead on October 29, 2010. In attempting to proceed to Default judgment, we recently discovered that Mr. Hart may be in the United States Navy. We will attempt to confirm with the United States Navy whether in fact this is the case. If it is, we will seek appointment of an attorney to represent Mr. Hart pursuant to the Soldiers and Sailors Relief Act.

Jeffrey Hellman
Federal Bar No. ct04102
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(p) 203-368-4234
(f) 203-367-9678
jhellman@zeislaw.com