# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
In re:                                           :    Chapter 7
                                                 :
MICHAEL S. GOLDBERG, L.L.C.                      :    Case No. 09-23370 (ASD)
MICHAEL S. GOLDBERG                              :    Case No. 09-23371 (ASD)
                                                 :
        Debtors                                  :    (Jointly Administered Under
                                                 :       Case No. 09-23370)
-------------------------------------------------x    Re: ECF No. 618
```

## ORDER AUTHORIZING THE SECOND INTERIM FEE APPLICATION OF ZEISLER & ZEISLER, P.C., COUNSEL TO THE CHAPTER 7 TRUSTEE, SEEKING COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD SEPTEMBER 1, 2010 THROUGH JULY 31, 2011

**THIS MATTER** came before the Court on December 8, 2011, the Court having reviewed the Second Interim Fee Application of Zeisler & Zeisler, P.C., (the "Applicant"), and there being due and sufficient notice and the court being otherwise duly advised, it is

**ORDERED**, that the Second Interim Fee Application of Zeisler & Zeisler, P.C., Counsel to the chapter 7 Trustee, Seeking Compensation and Reimbursement of Disbursements for the period September 1, 2010 through July 31, 2011 is **GRANTED** in the following amounts: $2,042,276.00 of fees together with reimbursement necessary and actual out-of-pocket expenses incurred by Applicant in the amount of $113,604.17. The Trustee is authorized to pay the foregoing amounts to Applicant minus a hold back on the fee portion of ten percent(10%) equaling $204,227.60 on Applicant's Second Interim Fee Application and a retroactive hold back of 10% ($59,734.60) on Applicant's First Interim Fee Application, for a total current hold back of $263,962.20, which amounts are approved but shall be withheld by the Trustee subject to further order of this Court.

All of the foregoing payments are subject to adjustment and disgorgement pursuant to a final fee application in accordance with 11 U.S.C. § 330.

Dated: December 12, 2011                                                                BY THE COURT

*Albert S. Dabrowski*
United States Bankruptcy Judge

U.S. Trustee Statement of no objection, ECF No. 684