# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

---------------------------------------------------- X
|  | : | Chapter 7 |
| --- | --- | --- |
| In re: | : |  |
|  | : | Substantively Consolidated |
| MICHAEL S. GOLDBERG, LLC | : | CASE No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG | : | RE: EC No. 1045 |
|  | : |  |
| Debtors. | : |  |
|  | : |  |

----------------------------------------------------X

**ORDER AUTHORIZING THE INTERIM FEE APPLICATION OF ZEISLER & ZEISLER, P.C., COUNSEL TO THE CHAPTER 7 TRUSTEE, SEEKING COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD AUGUST 1, 2011 THROUGH JULY 31, 2012**

**THIS MATTER** came before the Court on December 6, 2012, the Court having reviewed the Interim Fee Application of Zeisler & Zeisler, P.C., (the "Applicant"), and there being due and sufficient notice and the court being otherwise duly advised, it is

**ORDERED AND ADJUDGED**, that the Interim Fee Application of Zeisler & Zeisler, P.C., Counsel to the chapter 7 Trustee, Seeking Compensation and Reimbursement of Disbursements for the period August 1, 2011 through July 31, 2012 is **APPROVED AND GRANTED** in the following amounts: $2,062,172.23 of fees together with reimbursement necessary and actual out-of-pocket expenses incurred by Applicant in the amount of $42,665.46. The Trustee is authorized to pay the foregoing amounts to Applicant minus a hold back on the fee portion of ten percent(10%) equaling $206,217.23 which amounts are approved but shall be withheld by the Trustee subject to further order of this Court. All of the foregoing payments are subject to adjustment and disgorgement pursuant to a final fee application in accordance with 11 U.S.C. § 330.

Dated: December 6, 2012                                                      BY THE COURT

Albert S. Dabrowski
United States Bankruptcy Judge