**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------X
:   Chapter 7
In re: :
 : Substantively Consolidated
MICHAEL S. GOLDBERG, LLC : LEAD CASE No. 09-23370
MICHAEL S. GOLDBERG : MEMBER CASE No. 09-23371
 :
 Debtors. :
 :
---------------------------------------------------X

**ORDER AUTHORIZING THE INTERIM FEE APPLICATION OF ZEISLER & ZEISLER, P.C., COUNSEL TO JAMES BERMAN, THE CHAPTER 7 TRUSTEE, SEEKING COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD JANUARY 1, 2014 THROUGH AUGUST 31, 2015**

**THIS MATTER** came before the Court on November 3, 2015, the Court having reviewed the Interim Fee Application of Zeisler & Zeisler, P.C., (the "Applicant"), and there being due and sufficient notice and the court being otherwise duly advised, it is

**ORDERED AND ADJUDGED**, that the Interim Fee Application of Zeisler & Zeisler, P.C., Counsel to the Chapter 7 Trustee, Seeking Compensation and Reimbursement of Disbursements for the period January 1, 2014 through August 31, 2015 is **GRANTED** in the following amounts: $1,266,075.00 of fees together with reimbursement necessary and actual out-of-pocket expenses incurred by Applicant in the amount of $26,602.41.  The Trustee is authorized to

pay the foregoing amounts to Applicant minus a hold back on the fee portion of ten percent (10%) equaling $126,607.50 which amounts are approved but shall be withheld by the Trustee subject to further order of this Court. All of the foregoing payments are subject to adjustment and disgorgement pursuant to a final fee application in accordance with 11 U.S.C. § 330; and it is further

**ORDERED,** that the objection filed by the United States Trustee [Doc. I.D. No. 1387] is overruled.

Dated this 12th of November, 2015 in Bridgeport, Connecticut.

By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
**United States Bankruptcy Judge**