UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------------X
In re:                                                 :   Chapter 7
                                                       :
MICHAEL S. GOLDBERG, LLC                               :   Substantively Consolidated
MICHAEL S. GOLDBERG                                    :   LEAD CASE No. 09-23370 (JAM)
                                                       :   MEMBER CASE No. 09-23371 (JAM)
           Debtors.                                    :
                                                       :   Re: ECF 1482
                                                       :
------------------------------------------------------X

## ORDER APPROVING THE SIXTH INTERIM FEE APPLICATION OF ZEISLER & ZEISLER, P.C., COUNSEL TO JAMES BERMAN, THE CHAPTER 7 TRUSTEE, SEEKING COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD SEPTEMBER 1, 2015 THROUGH AUGUST 31, 2017

**THIS MATTER** came before the Court on December 12 2017, the Court having reviewed the Sixth Interim Fee Application of Zeisler & Zeisler, P.C., Counsel to James Berman, the Chapter 7 Trustee, Seeking Compensation and Reimbursement of Disbursements for the Period September 1, 2015 through August 31, 2017 (the "Application"), and there being due and sufficient notice, and the Court being otherwise duly advised, it is

**ORDERED AND ADJUDGED**, that the Application is **GRANTED** in the following amounts: $1,016,423.05 of fees, together with reimbursement necessary and actual out-of-pocket expenses incurred by Applicant in the amount of $14,281.39. The Trustee is authorized and ordered to pay the foregoing amounts to Applicant minus a hold back on the fee portion of ten percent (10%) equaling $101,642.31, which hold back amount is approved but shall be withheld by the Trustee subject to further order of this Court. All of the foregoing payments are subject to adjustment and disgorgement pursuant to a final fee application in accordance with 11 U.S.C. § 330.

Dated at Bridgeport, Connecticut this 13th day of December, 2017.



*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut