**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL S. GOLDBERG, L.L.C. AND | : | CASE NO. 09-23370 (JAM)(LEAD) |
| MICHAEL S. GOLDBERG, | : | CASE NO. 09-23371 |
| | : | JOINTLY ADMINISTERED |
| | : | |
| DEBTORS. | : | MAY 20, 2019 |
| | : | |

## MOTION TO WITHDRAW AS ATTORNEY

PLEASE TAKE NOTICE, that Lawrence S. Grossman, hereby moves to withdraw his appearance on behalf of James Berman, Chapter 7 Trustee for the Michael S. Goldberg, LLC and Michael S. Goldberg (the "Trustee"). I have not been affiliated with Zeisler & Zeisler P.C. ("Zeisler"), counsel for the Trustee since April 11, 2014. I have not represented the Trustee since that time. The appearance of the undersigned should have been withdrawn earlier and failure to do so was an oversight. Various other attorneys represent the Trustee. Accordingly, this motion should be granted.

Dated at New Haven, Connecticut, this 20th day of May, 2019

By:    /s/ Lawrence S. Grossman
       Lawrence S. Grossman, Esq. [ct15790]
       GREEN & SKLARZ LLC
       700 State Street, Suite 100
       New Haven, CT 06511
       Tel: 203-285-8545
       Fax: 203-306-3391
       LGrossman@gs-lawfirm.com

{00120059.1 }

## CERTIFICATION OF SERVICE

I hereby certify that on May 20, 2019, a copy of the foregoing Motion to Withdraw as Attorney was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated at New Haven, Connecticut, this 20th day of May, 2019

/s/ Lawrence S. Grossman
Lawrence S. Grossman, Esq.