UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---------------------------------------------------------X
                                    :    Chapter 7
In re:                              :
                                    :    Substantively Consolidated
MICHAEL S. GOLDBERG, LLC            :    LEAD CASE No. 09-23370 (JAM)
MICHAEL S. GOLDBERG                 :
                                    :
          Debtors.                  :
                                    :
---------------------------------------------------------X

**ORDER GRANTING TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. SECTIONS 327, 328 AND 105 TO AMEND ZEISLER & ZEISLER, P.C.'S GENERAL COUNSEL RETENTION TO INCLUDE PROSECUTING A RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ("RICO") CIVIL ACTION AGAINST VARIOUS DEFENDANTS ON A SPECIAL "LESSER OF" CONTINGENCY FEE ARRANGEMENT WITH A POTENTIAL ADDITIONAL SUCCESS FEE WITH ALL SUCH COMPENSATION SUBJECT TO FINAL COURT APPROVAL <u>UNDER 11 U.S.C. 330 NOTWITHSTANDING SECTION 328 (a)</u>**

Upon the Motion (the "Motion") of James Berman, Chapter 7 Trustee (the "Trustee"), in the above-referenced substantively consolidated bankruptcy estate of Michael S. Goldberg and Michael S. Goldberg, L.L.C., pursuant to 11 U.S.C. §§ 327, 328, and 105 to amend the retention of Zeisler & Zeisler, P.C. (the "Applicant"), the Trustee's general counsel, and upon good cause shown and due and after proper notice and a hearing thereon:

IT IS ORDERED THAT:

1. The Motion is GRANTED;

2. The Trustee is hereby authorized to prosecute the RICO Action subject to the following terms and conditions;[1]

---

[1] All capitalized terms herein shall have the same meaning as in the Motion, unless otherwise indicated.

a. The Trustee irrevocably waives any and all compensation in the form of commissions under 11 U.S.C. § 326 on any distributions made in this case except as described in the "Success Fee" below;

b. As directed by the Trustee, Z&Z will zealously prosecute the RICO Action (and potentially related claims) against the Putative RICO Defendants (and any other defendants the Trustee deems culpable) to recover damages under any and all applicable law, including 18 U.S.C. § 1961, *et seq.*;

c. The Trustee will pay the expenses of the RICO Action from the Estate's general fund, subject to the prior approval thereof by this Court. If the Estate does not have sufficient funds to pay for any court-approved expenses of the RICO Action, Z&Z will advance such expenses for the Estate, or make satisfactory arrangements with undisclosed experts, disclosed experts, and/or other professionals and litigation-related administrative creditors retained to assist the Trustee, all subject to the ultimate approval of this Court;

d. Z&Z will be compensated on a modified contingency fee basis for its prosecution of the RICO Action (and any associated) actions at the trial and appellate level, receiving as compensation one-third (1/3) of the net recovery obtained from such actions, or one and one-half (1½) times Z&Z's normal hourly rates, *whichever is less* (the "Lesser Of Fee Structure") subject to the following potential Success Fee as hereafter defined:

   i. In the event that the Trustee distributes, after appropriate order of this Court, sufficient funds to pay one hundred percent (100%) on allowed claims, Z&Z shall be entitled to a "Success Fee" as follows: (1) the

       difference between the Lesser Of Fee Structure and thirty-three percent (33%) of the net recovery from the RICO Action; and (2) if there remain funds after the payment in (1) above, the Trustee will be entitled to receive the maximum allowable commission permissible under 11 U.S.C. § 326 on all distributions made in this case, *excluding from such commission calculation distributions to Z&Z.*

e. If funds remain in the Estate after payment Success Fee, after notice and a hearing, Creditor/Victims will receive a special distribution of interest from the Petition Date on their allowed claims, determined at an appropriate rate set by this Court;

f. Z&Z's pending Seventh Interim Fee Application is approved, without any hold-backs, to an extent satisfactory to Z&Z in its sole discretion and Z&Z has received full payment of all such court-approved fees and reimbursement of expenses as set forth in the Seventh Interim Fee Application;

g. The Trustee shall be entitled, from time to time, to pay Z&Z portions of its existing Hold Back up to its full amount of $825,255.46, from funds received from any source into the Estate upon thirty (30) days' notice to the Court, the United States Trustee, and all parties in interest, and no objection having been filed thereto. In the event such objection is filed, the Court will determine whether grounds other than the historical policy for hold-backs generally exist in determining whether or not to allow such payment, the gravamen for such payment being that Z&Z would otherwise be seeking such Hold Back now in

return for, *inter alia*, handling the RICO Action on a lesser-of contingency fee basis but for the illiquidity imposed on Estate by the Putative RICO Defendants;

h. Any recoveries from the RICO Action shall be distributed as follows, and in the following order, after notice, hearing, and approval of this Court:

　　i. Any unreimbursed administrative expenses of the RICO Action other than Z&Z expenses, if any;

　　ii. Reimbursement of unreimbursed administrative expenses advanced by Z&Z in connection with the prosecution of the RICO Action, if any;

　　iii. Payment of the remainder of the Hold Back, if any;

　　iv. Z&Z's professional fees as described above including the Success Fee, if any; and,

　　v. The remainder to the Estate for distribution to Creditor/Victims as order by this Court.

i. Nothing herein shall affect or alter the terms of Z&Z's retention as general counsel as previously ordered by this Court in connection with all matters not within the ambit of the RICO Action; and,

j. Unless and except as otherwise provided above, all compensation paid to professionals shall continue to be subject to this Court's oversight and approval.