**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| MICHAEL S. GOLDBERG, LLC ) | Lead Case No. 09-23370 (JAM) |
| MICHAEL S. GOLDBERG ) | Substantively Consolidated |
| Debtors. ) | |
| ) | |

**ORDER SHORTENING NOTICE AND**
**SCHEDULING A HEARING TO CONSIDER THE TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. SECTIONS 327, 328 AND 105 TO AMEND ZEISLER & ZEISLER, P.C.'S GENERAL COUNSEL RETENTION TO INCLUDE PROSECUTING A RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ("RICO") CIVIL ACTION AGAINST VARIOUS DEFENDANTS ON A SPECIAL "LESSER OF" CONTINGENCY FEE ARRANGEMENT WITH A POTENTIAL ADDITIONAL SUCCESS FEE WITH ALL SUCH COMPENSATION SUBJECT TO FINAL COURT APPROVAL UNDER 11 U.S.C. 330 NOTWITHSTANDING SECTION 328 (a)**

The Ex Parte Motion (the "Ex Parte Motion") to Shorten Notice and Schedule a Hearing to Consider the Trustee's Motion Pursuant to 11 U.S.C. Sections 327, 328, and 105 to Amend Zeisler & Zeisler, P.C.'s General Counsel Retention to Include Prosecuting a Racketeer Influence and Corrupt Organization ("RICO") Civil Action Against Various Defendants on a Special "Lesser Of" Contingency Fee Arrangement with a Potential Additional Success Fee with All Such Compensation Subject to Final Court Approval Under 11 U.S.C. Section 330 Notwithstanding Section 328(a) (the "Motion to Amend") (Doc. No. 1732), filed July 22, 2019, by James Berman, Chapter 7 Trustee (the "Trustee") for the Estate of Michael S. Goldberg, LLC and Michael S. Goldberg, having been considered, and there appearing due and sufficient cause to grant the relief sought therein, it is hereby

**ORDERED** that the Ex Parte Motion is GRANTED; and it is further

**ORDERED** that the hearing to consider the Motion to Amend is hereby scheduled for **Tuesday, July 30, 2019, at 1:00 p.m.**, at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604; and it is finally

**ORDERED** that the Trustee shall forthwith serve a copy of this Order to all parties entitled to notice on or before July __, 2019, by electronic transmission, facsimile transmission, or first class U.S. Mail, postage prepaid, as appropriate.