**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

------------------------------------------------------X
                                                      :    Chapter 7
In re:                                                :
                                                      :    Substantively Consolidated LEAD
MICHAEL S. GOLDBERG, LLC                              :    CASE No. 09-23370 (JAM)
MICHAEL S. GOLDBERG                                   :
                                                      :    Re: ECF 1710
            Debtors.                                  :
                                                      :
------------------------------------------------------X

**ORDER APPROVING THE SEVENTH INTERIM FEE APPLICATION OF ZEISLER & ZEISLER, P.C., COUNSEL TO JAMES BERMAN, THE CHAPTER 7 TRUSTEE, SEEKING COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD SEPTEMBER 1, 2017 THROUGH JUNE 30, 2019**

Upon the application of James Berman, Chapter 7 Trustee (the "Trustee"), in the above-referenced substantively consolidated bankruptcy estate of Michael S. Goldberg and Michael S. Goldberg, L.L.C., pursuant to 11 U.S.C. §§ 330 and 331 seeking compensation and reimbursement of disbursements (the "Application"), on behalf of Zeisler & Zeisler, P.C. (the "Applicant"), and upon good cause shown and due and proper notice and a hearing held July 30, 2019 thereon:

IT IS ORDERED THAT:

1.    The Application is GRANTED;

2.    The Trustee is authorized to pay the Applicant approved compensation for the Fee Period (as that term is defined in the Application) in the amount of $1,696,875.44, which is comprised of $1,646,930.50 in professional fees and $49,945.39 for the reimbursement of expenses;

3.    Said compensation is approved on an interim basis and is subject to disgorgement or adjustment in accordance with 11 U.S.C. §§ 330 and 331; and

4. The Applicant may apply for further interim and/or final compensation as is appropriate and justified in accordance with 11 U.S.C. §§ 330 and 331.

Dated at Bridgeport, Connecticut this 31st day of July, 2019.

*Julie A. Manning*
*Chief United States Bankruptcy Judge*
*District of Connecticut*