**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x

In re:                                                          Chapter 7
Michael S. Goldberg, LLC and                    Case Nos. 09-23370-JAM
Michael S. Goldberg,                                            09-23371-JAM
Debtors.
------------------------------------------------------------x     May 12, 2020

### STATEMENT OF REPRESENTATION RE:  ROBERT A. LANDINO; CENTERPLAN CRANSTON, LLC; CENTERPLAN NORTH HAVEN, LLC; CENTERPLAN SMITHFIELD, LLC; CENTERPLAN MIDDLETOWN, LLC; ACQUISITION HOLDINGS, LLC; SIEBAR MIDDLETOWN, LLC; CENTERPLAN COLLEGE SQUARE, LLC; COLLEGE SQUARE LLC; AND CENTERPLAN NB, LLC

In accordance with the directive of the Court (Manning, CJ) at a hearing held in this matter on May 12, 2020, the undersigned provides the following information, regarding the parties whom he represents:

1.  **Robert A. Landino:** appearance filed in the main case on May 11, 2016 (see ECF #1429); the undersigned also appears on behalf of Robert A. Landino in Adversary Proceeding 16-02040, which has since been consolidated with Adversary Proceeding 16-02042.

2.  **Centerplan NB, LLC:** appearance filed in the main case on May 11, 2016 (see ECF #1430); the undersigned also appears on behalf of Centerplan NB, LLC in Adversary Proceeding 16-02040, which has since been consolidated with Adversary Proceeding 16-02042.

3.  **Centerplan Smithfield, LLC:** appearance filed in the main case on May 11, 2016 (see ECF #1431); the undersigned also appears on behalf of Centerplan Smithfield, LLC in Adversary Proceeding 16-02040, which has since been consolidated with Adversary Proceeding 16-02042.

{N5684330}

4. **Centerplan North Haven, LLC:** appearance filed in the main case on May 11, 2016 (see ECF #1432); the undersigned also appears on behalf of Centerplan North Haven, LLC in Adversary Proceeding 16-02040, which has since been consolidated with Adversary Proceeding 16-02042.

5. **Centerplan Middletown, LLC:** appearance filed in the main case on May 11, 2016 (see ECF #1433); the undersigned also appears on behalf of Centerplan Middletown, LLC in Adversary Proceeding 16-02040, which has since been consolidated with Adversary Proceeding 16-02042.

6. **Centerplan Cranston, LLC:** appearance filed in the main case on May 11, 2016 (see ECF #1434); the undersigned also appears on behalf of Centerplan Cranston, LLC in Adversary Proceeding 16-02040, which has since been consolidated with Adversary Proceeding 16-02042.

7. **Acquisition Holdings, LLC:** appearance filed in the main case on May 11, 2016 (see ECF #1435); the undersigned also appears on behalf of Acquisition Holdings, LLC in Adversary Proceeding 16-02040, which has since been consolidated with Adversary Proceeding 16-02042.

8. **Centerplan College Square, LLC:** appearance filed in the main case on March 30, 2020 (see ECF #1819); the undersigned also appears on behalf of Centerplan College Square, LLC in Adversary Proceeding 16-02042.

9. **College Square, LLC:** appearance filed in the main case on March 30, 2020 (see ECF #1820); the undersigned also appears on behalf of College Square, LLC in Adversary Proceeding 16-02042.

10. **Siebar Middletown, LLC:** appearance filed in the main case on March 30, 2020 (see

ECF #1821); the undersigned also appears on behalf of Siebar Middletown, LLC in Adversary

Proceeding 16-02042.

ROBERT A. LANDINO; CENTERPLAN
CRANSTON, LLC; CENTERPLAN
NORTH HAVEN, LLC; CENTERPLAN
SMITHFIELD, LLC; CENTERPLAN
MIDDLETOWN, LLC; ACQUISITION
HOLDINGS, LLC; SIEBAR
MIDDLETOWN, LLC; CENTERPLAN
COLLEGE SQUARE, LLC; COLLEGE
SQUARE LLC; and CENTERPLAN NB,
LLC

By:     /s/ Thomas J. Sansone
          Thomas J. Sansone, Esq.
          Federal Bar No. ct00671
          Carmody, Torrance, Sandak &
          Hennessey LLP
          195 Church Street, 18th Floor
          P.O. Box 1950
          New Haven, CT 06509-1950
          Tel. No.:  203-777-5501
          Fax No.:  203-784-3199
          tsansone@carmodylaw.com

{N5684330}                                    3