**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | Chapter 7 |
| | ) | |
| **Michael S. Goldberg, LLC and,** | ) | Substantively Consolidated |
| | ) | Lead Case No. 09-23370 (JAM) |
| **Michael S. Goldberg,** | ) | Member Case No. 09-23371 (JAM) |
| | ) | |
| | ) | |
| | ) | Re: ECF # 1812 |
| | ) | |
| **Debtors.** | ) | May 12, 2020 |
| | ) | |

**STATEMENT BY DAVID M. S. SHAIKEN, ESQ. RE REPRESENTATION**

TO THE HONORABLE JULIE A MANNING, CHIEF UNITED STATES BANKRUPTCY JUDGE:

Pursuant to the Court's order announced in open court on May 12, 2020, the undersigned hereby makes the following statement identifying whom he represents concerning James Berman, Chapter 7 Trustee's Motion for Authority to Move to Dismiss Fraudulent Transfer Actions (ECF # 1812):

1. In the civil action entitled *James Berman, Chapter 7 Trustee v. Sally A. LaBonte, Trustee Of The Scott A. LaBonte Dynasty Trust, et al.*, pending in the United States District Court for the District of Connecticut, Civil Action No. 3:15-cv-1687 (AWT), the undersigned represents Scott A. LaBonte; Sally A. LaBonte, Trustee Of The Scott A. LaBonte Dynasty Trust; Roland G. LaBonte, Trustee Of The Scott A. LaBonte Dynasty Trust; Sally A. LaBonte; Devcon Enterprises, Inc.; Marketplace Port St. Lucie, LP; RCZS LLC; Cakemaker LLC; Scott A. LaBonte, Trustee Of The Scott A. LaBonte Revocable Trust; and Sally A. LaBonte, Trustee Of The Scott A. LaBonte Revocable Trust.

2. In the adversary proceeding entitled *James Berman, Chapter 7 Trustee v. Robert A. Landino, et al.*, pending in the United States Bankruptcy Court for the District of Connecticut, Adversary Proceeding No. 16-02042 (JAM), the undersigned represents Scott A. LaBonte; SAL Cranston, LLC; SAL North Haven, LLC; SAL NH Investments, LLC; SAL Smithfield, LLC; and SAL Middletown, LLC.

3. In a civil action entitled *James Berman, Chapter 7 Trustee v. Scott A. LaBonte, et al.*, Civil Action No. 3:19-cv-01533 (VLB) (the "RICO Case"), pending in the United States District Court for the District of Connecticut, the undersigned represents Scott A. LaBonte; Sally A. LaBonte; Scott A. LaBonte Trustee of the Scott A. LaBonte Revocable Trust; Sally A. LaBonte Trustee of the Scott A. LaBonte Revocable Trust; and Sally A. LaBonte Trustee of the Scott A. LaBonte Dynasty Trust.

Dated at Amston, Connecticut, this 12th day of May, 2020.

        SCOTT A. LABONTE; SAL CRANSTON, LLC; SAL NORTH HAVEN, LLC; SAL NH INVESTMENTS, LLC; SAL SMITHFIELD, LLC; SAL MIDDLETOWN, LLC; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; SALLY A. LABONTE; DEVCON ENTERPRISES, INC.; MARKETPLACE PORT ST. LUCIE, LP; RCZS LLC; CAKEMAKER LLC; SCOTT A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; AND SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST

By: /s/ David M. S. Shaiken
David M. S. Shaiken, Esq.
Shipman, Shaiken & Schwefel, LLC
Their Attorneys
433 South Main Street, Suite 319
West Hartford, CT 06110
(860) 606-1703
Fax: (866) 431-3248
E-mail: david@shipmanlawct.com
Fed. Bar No. ct02297

**Certification of Service**

The undersigned hereby certifies that on the 12th day of May, 2020, the foregoing STATEMENT BY DAVID M. S. SHAIKEN, ESQ. RE REPRESENTATION was electronically filed. Notice of this filing will be sent electronically to all registered e-filers in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ David M. S. Shaiken
David M. S. Shaiken