United States Bankruptcy Court
District of Connecticut

In re:
Michael S. Goldberg, L.L.C
Michael S. Goldberg
    Debtors

Case No. 09-23370-jam
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 26
Date Rcvd: Dec 06, 2021      Form ID: 112      Total Noticed: 418

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael S. Goldberg, L.L.C, Inmate #17906-014, c/o FMC Devens, Satellite Camp, P.O. Box 879 Ayer, MA 01432-0879 |
| aty | + | Amy E. Markim, Hinckley Allen & Snyder LLP, 20 Church Street, Hartford, CT 06103-1254 |
| aty | + | Craig I. Lifland, 37 Donald Road, Essex, CT 06426-1358 |
| aty | + | Denise R. Polivy, OSullivan McCormack Jensen & Bliss PC, Putnam Park, Suite 100, 100 Great Meadow Road, Wethersfield, CT 06109-2355 |
| aty | + | Derek V. Oatis, Lobo & Associates LLC, 280 Adams Street, Manchester, CT 06042-1975 |
| aty | + | Douglas R. Van Valkenburg, Day Pitney LLP, 242 Trumbull Street, Hartford, CT 06103-1212 |
| aty | + | Elana C. Bloom, Zeisler & Zeisler, 558 Clinton Avenue, Bridgeport, CT 06605-1701 |
| aty | + | Jo-Ann Lambert, McCabe Wasberg & Conway PC, 30 Baxton Farm Road, Suite 100, Stamford, CT 06905-1206 |
| aty | + | Katherine E. Abel, Krasow Garlick & Hadley LLC, One Financial Plaza, Hartford, CT 06103-2608 |
| aty | + | Richard P. Weinstein, Weinstein & Wisser, P.C., 29 South Main Street, West Hartford, CT 06107-2472 |
| aty | + | Robert N Reed, Zeisler & Zeisler PC, 558 Clinton Avenue, Bridgeport, CT 06605-1701 |
| aty | + | Shirin Heidary, Zeisler & Zeisler PC, 10 Middle Street, 15th Floor, Bridgeport, CT 06604-4299 |
| intp | + | Acquisition Holdings, LLC, Carmody Torrance Sandak & Hennessey, LLP, Thomas J. Sansone, 195 Church Street, P O Box 1950 New Haven, CT 06509-1950 |
| acc | + | Allen J Kosowsky, 85 Willoughby Road, Shelton, CT 06484-5946 |
| cr | + | Anthony G. Pasqualone, 306 Briton Park Court, Duluth, GA 30097-5984 |
| br | + | Betsy Anderson, Pitt Sotheby's International Realty, Shoreline Regional Office, 670 Boston Post Road, Madison, CT 06443-3058 |
| ptcrd | + | Bruce & Kathleen Weinstein Family LP, 562 Tepi Drive, Southbury, CT 06488-1027 |
| ptcrd | + | Bruce Weinstein, 562 Tepi Drive, Southbury, CT 06488-1027 |
| intp | + | Centerplan College Square, LLC, 10B Main Street, Middletown, CT 06457-3407 |
| intp | + | Centerplan Cranston, LLC, Carmody Torrance Sandak & Hennessey, LLP, Thomas J. Sansone, 195 Church Street, P O Box 1950 New Haven, CT 06509-1950 |
| intp | + | Centerplan Middletown, LLC, Carmody Torrance Sandak & Hennessey, LLP, Thomas J. Sansone, 195 Church Street, P O Box 1950 New Haven, CT 06509-1950 |
| intp | + | Centerplan North Haven, LLC, Carmody Torrance Sandak & Hennessey, LLP, Thomas J. Sansone, 195 Church Street, P O Box 1950 New Haven, CT 06509-1950 |
| intp | + | Centerplan Smithfield, LLC, Carmody Torrance Sandak & Hennessey, LLP, Thomas J. Sansone, 195 Church Street, P O Box 1950 New Haven, CT 06509-1950 |
| intp | + | Centerplan, NB, LLC, Carmody Torrance Sandak & Hennessey, LLP, Thomas J. Sansone, 195 Church Street, P O Box 1950 New Haven, CT 06509-1950 |
| intp | + | College Square LLC, 250 Sackett Point Road, North Haven, CT 06473-3160 |
| c | + | Cruise Vacations, 11 Andrews Road, Essex, CT 06426-1311 |
| intp | + | Danny J. Bellman, 86 Carriage Drive, Glastonbury, CT 06033-3228 |
| op | + | Denison Yacht Sales, c-o Patrick Hopkins, Liberty Landing Marina, 84 Audrey Zapp, Jersey City, NJ 07305-4962 |
| surv | + | EBCS Marine Survey, LLC, 128 Church Pond Drive, Tiverton, RI 02878-4453 |
| br | + | Gene Felder, Vermont Country Properties, Sotheby's International Realty, 57 Pond Street, Okemo Marketplace, Ludlow, VT 05149-1083 |
| dbaty | + | Gregory F. Arcaro, Brown,Paindiris & Scott,LLP, 2252 Main Street, Glastonbury, CT 06033-2209 |
| cr | + | John Radocchia, C/o O'Connell, Flaherty & Attmore, LLC, 280 Trumbull Street, Hartford, CT 06103-3509 |
| cr | + | Joseph Fulliero, 3 Plantation House Drive, Bluffton, SC 29910-4774 |
| inv | + | Joseph W. Sparveri, Jr., c/o Shipman Stokesbury & Fingold, LLC, 20 Batterson Park Road, Farmington, Ct 06032-4502 |

District/off: 0205-2 | User: admin | Page 2 of 26
Date Rcvd: Dec 06, 2021 | Form ID: 112 | Total Noticed: 418

| | | |
|---|---|---|
| cr | + | Kevin Fournier, c/o Steven P. Ciardiello, Esq., 2840 Whitney Avenue, Hamden, CT 06518-2554 |
| app | | Kloss Appraisal Services, LLC, c/o Walter Kloss, 185 Sandy Hill Road, Middlebury, CT 06762-3611 |
| br | + | Levey Miller & Maretz, 1768 Litchfield Turnpike, Woodbridge, CT 06525-2354 |
| cr | + | Liquidity Solutions Inc, One University Plaza, Ste 312, Hackensack, NJ 07601-6205 |
| cr | + | Luke Taffuri, c/o Steven P. Ciardiello, Esq., 2840 Whitney Avenue, Hamden, CT 06518-2554 |
| ptcrd | | McGee Boynton Beach L.P, 5 Davison lane West, West Islip, NY 11795-5203 |
| cr | + | Michael H. Clinton, 2510 Main Street, Suite 1, Glastonbury, CT 06033-2092 |
| blank | + | Paul Bianca, 382 East Street, New Britain, CT 06051-2720 |
| cr | + | Peter Reilly, c/o Steven P. Ciardiello, Esq., 2840 Whitney Avenue, Hamden, CT 06518-2554 |
| cr | + | Raymond Faltinsky, c/o Steven P. Ciardiello, Esq., 2840 Whitney Avenue, Hamden, CT 06518-2554 |
| intp | + | Robert A. Landino, Carmody Torrance Sandak & Hennessey, LLP, Thomas J. Sansone, 195 Church Street, P O Box 1950 New Haven, CT 06509-1950 |
| cr | + | Robert Bilella, 57 Rowayton Woods Drive, Norwalk, CT 06854-3907 |
| acc | + | Robert Glasser, AON Global Risk Consulting, 199 Water Street, New York, NY 10038-3526 |
| cr | + | Ronald Zirino, 8131 Jolly Harbour Ct, Wellington, FL 33414-3439 |
| sp | + | Rosen, Kantrow & Dillon, PLLC, 38 New Street, Huntington, NY 11743-3463 |
| inv | + | Sally Labonte, Trustee, Scott A. Labonte Dynasty T, c/o Shipman Stokesbury & Fingold, LLC, 20 Batterson Park Road, Farmington, Ct 06032-4502 |
| inv | + | Sally Labonte, as Trustee of the Scott A. Labonte, c/o Shipman Stokesbury & Fingold, LLC, 20 Batterson Park Road, Farmington, Ct 06032-4502 |
| inv | + | Scott Labonte, as Trustee of the Scott A. Labonte, c/o Shipman Stokesbury & Fingold, LLC, 20 Batterson Park Road, Farmington, ct 06032-4502 |
| traty | #+ | Shechtman Halperin Savage, LLP, 1080 Main Street, Pawtucket, RI 02860-4847 |
| cr | + | Tracy Molloy, 2790 Main Street, Glastonbury, CT 06033-4607 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PA, 10700 ABBOTTS BRIDGE RD, SUITE 170, DULUTH, GA 30097-8461 |
| op | | Webster Bank N.A. Garnishee, c/o Griffin, Griffin & Mayo PC, P.O. Box 2184, Waterbury, CT 06722-2184 |
| cr | + | Yvette Zirino, 1512 Dawley Ct., Brandon, FL 33511-1856 |
| traty | + | Zeisler & Zeisler, P.C., 558 Clinton Avenue, Bridgeport, CT 06605-1701 |
| 7192089 | + | 641 Hermitage Circle, Palm Beach Gardens, FL 33410-1612 |
| 7259030 | + | Adam & Kristin Baker, 88 Knollwood Rd, Farmington, CT 06032-1029 |
| 7259031 | #+ | Adam Gartside, 19 Winding Brooke Tr, Vernon, CT 06066-4126 |
| 7259033 | + | Alan Berman, 111 Roberts St., East Hartford, CT 06108-3666 |
| 7259034 | + | Alana Gregoire, 61 Wellington Hgts Rd, Avon, CT 06001-3603 |
| 7259035 | + | Alex Britnell, 30 Fawn Run, Glastonbury, CT 06033-4167 |
| 7864681 | + | Alexander H. Britnell, 30 Fawn Run, Glastonbury, CT 06033-4167 |
| 7194856 | + | Alexander H. Britnell, c/o George M. Purtill, Esq., 19 Water Street, Box 50, South Glastonbury, CT 06073-2225 |
| 7978101 | + | Alicia Zarabozo, 632 North Colony Street, Meriden, CT 06450-2258 |
| 7259037 | + | Allen Comeau, 118 Holland Lane, East Hartford, CT 06118-1727 |
| 7259038 | + | Allen Picard, 48 Stony Mill Lane, East Berlin, CT 06023-1033 |
| 7259039 | + | Amy Halstead, 20 Skyview Drive, Coventry, CT 06238-1193 |
| 7259040 | + | Amy Spafford, 29 Chester Dr, Manchester, CT 06040-2624 |
| 7259042 | + | Andrea & Kyle Bagnall, 187 Lakeview Drive, Coventry, CT 06238-2824 |
| 7259044 | + | Andrew Halstead, 20 Skyview Drive, Coventry, CT 06238-1193 |
| 7206655 | + | Andrew Bennett, 162 Ridge Road, Glastonbury, CT 06033-1926 |
| 7259046 | | Angela Bilella, 117 Cliffwood Road, Chester, NJ 07930-3103 |
| 7978102 | + | Angela Bilella, 311 East 75th St., Apt. 3J, New York, NY 10021-3034 |
| 7189840 | + | Anita Sienicki, 158 Bradford Walk, New Britain, CT 06053-1073 |
| 7259048 | + | Anthony Defilice, 19 Florence Drive, Tolland, CT 06084-2260 |
| 7259049 | + | Anthony Dentamaro, 124 S 54th St Apt 37, Mesa, AZ 85206-1403 |
| 7259051 | + | Anthony Pasqualone, 306 Briton Park Court, Duluth, GA 30097-5984 |
| 7259052 | + | Anthony Sardo, 10149 Reagan Dairy Trail, Bradenton, FL 34212-2612 |
| 7211003 | + | Anthony Pasqualone, c/o Joseph G. Fortner, Jr., Halloran & Sage LLP, 225 Asylum Street, Hartford, CT 06103-1503 |
| 7195427 | + | Anthony Pasqualone, c/o Michael S. Wrona, Halloran & Sage LLP, 225 Asylum Street, Hartford, CT 06103-1503 |
| 7978110 | + | April Taylor, 355 Clinton Ave, Apt. 4E, Brooklyn, NY 11238-1124 |
| 7259054 | + | April Taylor, 286 Flushing Ave., No. 2, Brooklyn, NY 11205-1212 |
| 7259055 | + | Ashley Halstead / Harris, 3 Brookview Circle, Manchester, CT 06040-6853 |
| 7259056 | + | Audrey Quinlan, 90 Candlelight Drive, Glastonbury, CT 06033-2539 |
| 7259057 | + | Bambi Donahue, 171 Hale Rd, Glastonbury, CT 06033-3319 |
| 7530575 | + | Bank of America, c/o Linda Clifford Hadley, Esq., Krasow, Garlick & Hadley, LLC, One Financial Plaza, Hartford, CT 06103-2608 |
| 7530580 | + | Bank of America, N.A., c/o Katherine E. Abel, Esq., Krasow, Garlick & Hadley, LLC, One Financial Plaza, Hartford, CT 06103-2608 |
| 7530577 | + | Bank of America, N.A., c/o Gerald L. Garlick, Esq., Krasow, Garlick & Hadley, LLC, One Financial Plaza, Hartford, CT 06103-2608 |
| 7259058 | + | Baorui (Christine) Zhang, 19 Giovanni Dr, Waterford, CT 06385-1724 |
| 7194853 | + | Baorui Zhang, 19 Giovanni Drive, Waterford, CT 06385-1724 |

| 7259059 | + | Barabara Szaparkowski, Panther Properties, 182 Batterson Park Rd., Farmington, CT 06032-2528 |
|---|---|---|
| 7259060 | + | Barbara & James Menditto, 155 Gehring Rd, Tolland, CT 06084-3737 |
| 7259061 | + | Barbara Parker, 156 Farmstead Lane, Glastonbury, CT 06033-3214 |
| 7259062 | + | Barry & Norma Veden, 507 Dunland Beach Dr, Michigan City, IN 46360-1819 |
| 7259063 | + | Barry Gorsun, 333 N Ocean Blvd., Apt. 1810M, Deerfield Beach, FL 33441-3853 |
| 7259064 | + | Baruti & Scola, 286 Main St, Danielson, CT 06239-2825 |
| 7259065 | #+ | Baty Houston, 2817 Loch Haven Dr, Plano, TX 75023-5405 |
| 7259066 | + | Beatice Desper, 74 Victoria Lane, Mandeville, LA 70471-7259 |
| 7259067 | + | Beth DeGeer, 70 Hillcrest Avenue, Middletown, CT 06457-5322 |
| 7259068 | + | Betsy Ann Pitt, 47 Clinton St, Manchester, CT 06040-6129 |
| 7978104 | + | Bill Bodin, 64 Alexander Road, Milford, CT 06461-2241 |
| 7259069 | + | Bob Chaderchian, 102 Beach Ave, Madison, CT 06443-2853 |
| 7259070 | + | Bob & Carolann Bilella, 102 Tepi Dr, Southbury, CT 06488-1026 |
| 7369395 | + | Bonnie C. Mangan, Trustee, 1050 Sullivan Avenue, Suite A3, South Windsor, CT 06074-2043 |
| 7368707 | + | Bonnie C. Mangan, Trustee of the Bankruptcy Estate, of Kenneth and Debbi Grabow, 1050 Sullivan Avenue, Suite A3, South Windsor, CT 06074-2000 |
| 7259071 | + | Bonny O'Brien, 40 Riverwalk Dr, Simsbury, CT 06089-9612 |
| 7259073 | #+ | Brian Sullivan, 20 Tree Hill Road, Berlin, CT 06037-3009 |
| 7259074 | + | Brian Ciraldo, 75 Homestead Dr., S. Glastonbury, CT 06073-2806 |
| 7259075 | + | Brian Gleason, 59 Benedict Dr, South Windsor, CT 06074-3243 |
| 7259078 | + | Brooke Donohue, 171 Hale Rd, Glastonbury, CT 06033-3319 |
| 7192091 | + | Bruce & Kathleen Weinstein Family LP, c/o William S. Fish, Jr.. Esq., Hinckley, Allen & Snyder LLP, 20 Church Street, Hartford, CT 06103-1254 |
| 7259080 | + | Bruce Kuczenski, 135 Southshire Dr, Southington, CT 06489-4224 |
| 7259081 | + | Bruce Sullivan, 2008 New London Turnpike, Glastonbury, CT 06033-3822 |
| 7192090 | + | Bruce Weinstein, c/o William S. Fish, Jr.. Esq., Hinckley, Allen & Snyder LLP, 20 Church Street, Hartford, CT 06103-1254 |
| 9196005 | + | Bruce Weinstein, c-o William S. Fish, Jr., Esq., Hinckley, Allen & Snyder LLP, 20 Church Street, 18th Floor, Hartford, CT 06103-1246 |
| 7259082 | #+ | Bruce Weinstein, 641 Hermitage Circle, Palm Bch Grdns, FL 33410-1612 |
| 7259086 | + | CE Sweeten, 2817 Loch Haven Drive, Plano, TX 75023-5405 |
| 7259083 | | Carl & Babara Crowley, 3105 17th Ave. W, Bradenton, FL 34205-3103 |
| 7259084 | + | Carl Santangelo & Associates, Attn: Pres, GP or Mng. Mbr., 3000 North Federal Highway, Suite 200, Fort Lauderdale, FL 33306-1416 |
| 9180398 | | Centerplan College Square, LLC, c-o Thomas J. Sansone, Carmody Torrance Sandak & Hennessey LLP, 195 Church Street, P.O. Box 1950 New Haven, CT 06509-1950 |
| 7259088 | + | Cheryl Ciraldo, 282 Cypres Terrace, Royal Palm Beach, FL 33411-4748 |
| 7259089 | + | Cheryl Dexter, 44 Starwood Trail, Colchester, CT 06415-1868 |
| 7259092 | + | Christina Aiken, Attila Kovacs), 7149 Bay Dr., Apt. 11, Miami Beach, FL 33141-5418 |
| 7259093 | + | Christina Clinton, 121 Buckingham Drive, Glastonbury, CT 06033-2734 |
| 7259094 | + | Christine Woods, 131 Saw Mill River Rd, Yonkers, NY 10701-6608 |
| 7259095 | + | Christine Young, 5241 SW 196th Ave, Dunnellon, FL 34431-4629 |
| 7259072 | + | Christine Kelly, 299 Tolland Stage Rd, Tolland, CT 06084-2920 |
| 7259096 | + | Christine Prado, 11069 Upton St, Spring Hill, FL 34608-2861 |
| 7259097 | + | Cindy Marino (Kyle), 25 Highgate Rd, Apt. 2C, Newington, CT 06111-5218 |
| 9180402 | + | College Square, LLC, c-o Thomas J. Sansone, Carmody Torrance Sandak & Hennessey LLP, 195 Church Street, P.O. Box 1950 New Haven, CT 06509-1950 |
| 7259100 | + | Conrado Bennett, 131 Wadhams Road, Bloomfield, CT 06002-1251 |
| 7243573 | + | Corey Krohn, 539 Jerusalem Road, Windham, CT 06280-1513 |
| 7259102 | + | Craig Hart, 241 W. 108th St, Apt. 5B, NY, NY 10025-2917 |
| 7259103 | #+ | Craig Marquis, 65 Paden Rd, Coventry, CT 06238-2320 |
| 7875329 | | Cruise Vacations, c/o Derek V. Oatis, Esq., Lobo & Novak, LLP, 280 Adams Street, Manchester, CT 06042-1975 |
| 9180315 | + | DEI Property Management, LLC, c-o Mark H. Dean, Mark H. Dean, P.C., 241 Main Street, Hartford, CT 06106-1862 |
| 7259106 | + | Daniel Gregor, 377 Simsbury Rd, Bloomfield, CT 06002-2215 |
| 7259107 | + | Darren Carbone, 44 Overbrook Rd, West Hartford, CT 06107-3424 |
| 7259109 | + | David Howe, 3374 N. Creekview Dr, Lawrenceville, GA 30044-4141 |
| 7183324 | + | David Ash, 31 Peach Tree Road, Glastonbury, CT 06033-3636 |
| 7259110 | + | David Ash, 31 Peech Tree Rd, Glastonbury, CT 06033-3636 |
| 7196063 | + | David Berlin, 41 Thimble Island Road, Branford, CT 06405-5720 |
| 7259112 | + | David Chaput, 24 Nelkin Dr, Colchester, CT 06415-1816 |
| 7383568 | + | David E. White, 20 Barry Place, Suffield, CT 06078-2249 |
| 7259114 | + | David Oellerich, 569 Gardner St, Manchester, CT 06040-6606 |
| 7215641 | + | David Reid, c/o Richard N. Freeth, Esq, One Atlantic Street, Suite 302, Stamford, CT 06901-2429 |
| 7259116 | + | Dawn Hittle, 14 Leffingwell Rd, Clinton, CT 06413-2022 |
| 7259117 | + | Dawn & Mark St. Cyr, 829 SW Big Tree Road, Dunnellon, FL 34431-2309 |
| 7199923 | + | Dawn E. Morris, 785 Corbin Avenue, New Britain, CT 06052-1668 |
| 7259118 | + | Dawn Morris, 785 Corbin Avenue, New Britain, CT 06052-1668 |

| | | |
|---|---|---|
| 7259119 | + | Debbie & Wally Batista, 86 Crooked Brook Lane, Berlin, CT 06037-3561 |
| 7259120 | + | Debby Tanasi, 1398 Kensington Rd, Kensington, CT 06037-3516 |
| 7978106 | + | Deborah Vacca, 12912 Tar Flower Road, Tampa, FL 33626-2354 |
| 7259121 | + | Debra Lafleche, 10 Brooke Hill Rd, East Haddam, CT 06423-1385 |
| 7978107 | | Dennis J. Riga, 1328 Sandstone Coop S, Westerville, OH 43081-4583 |
| 7259122 | + | Dennis Strimike, 82 Florence St, Manchester, CT 06040-5406 |
| 7259123 | + | Dennis Zavada, 27 Jefferson Trl, Hopatcong, NJ 07843-1282 |
| 7259124 | + | Denny Riga, 1328 Sandstone Loop S, Westerville, OH 43081-4583 |
| 7259125 | + | Dina Varano, 27 Main St, Chester, CT 06412-1311 |
| 7259126 | + | Dorota Marcyck, 67 Wood Haven Rd, Glastonbury, CT 06033-1840 |
| 7259127 | + | Dorothy Berlin Gail, 4521 Albermarle Street, NW, Washington, DC 20016-2015 |
| 7259129 | + | Edna Coughlin, 530 Maple St, Wethersfield, CT 06109-3733 |
| 7438783 | + | Edward Berlin, 57 Dream Lake Rd, Madison, CT 06443-1600 |
| 7259130 | + | Edward Berlin, 20 Aylesbury Circle, Madison, CT 06443-3434 |
| 7185712 | + | Edward L. Berlin, 57 Dream Lake Drive, Madison, CT 06443-1600 |
| 7259131 | | Edward Malley, 92 School Street, Manchester, CT 06040 |
| 7259132 | + | Elizabeth Sandri, 38 Foxboro Pt, Essex, CT 06426-1003 |
| 7259134 | + | Filomena Morrongiello, 7428 Riveer Country Av, Weeki Wachee, FL 34607-2047 |
| 7259135 | + | Frank Federici, 143 Hoyt St Unit 5H, Stamford, CT 06905-5747 |
| 7259136 | + | Frank Hacker, 332 Monaco Lane, Glastonbury, CT 06033-2351 |
| 7259137 | + | Gary Spelucin, 4154 Druids Glen Drive, Leland, NC 28451-3409 |
| 7978108 | + | Gary Rawson, 3 Logee Road, Thompson, CT 06277-2508 |
| 7585902 | + | Gary Slayton, 108 Britton Street, Chicopee, MA 01020-4075 |
| 7259138 | + | Gary Slayton, 82 Outer Drive, Chicopee, MA 01022-2154 |
| 7259140 | + | Gerard Supino, 32 White Birch Rd, East Hampton, CT 06424-1330 |
| 7978109 | + | Gerard Supino and Leslie Murphy, 32 White Birch Rd, East Hampton, CT 06424-1330 |
| 7259141 | + | Girolima Bonadonna, 1538 76th St, Brooklyn, NY 11228-2504 |
| 7259143 | | Greg Fennell, 240 East 78th St Apt D, NY, NY 10021 |
| 7259144 | + | Greg Young, 229 Hannah Lane, Coventry, CT 06238-1284 |
| 7259145 | + | Gregg Ciraldo, 405 Wall St, Hebron, CT 06248-1327 |
| 7978110 | + | Gregory F. Arcaro, Kroll, McNamara, Evans & Delehanty, LLP, 65 Memorial Road, Suite 300, West Hartford, CT 06107-4216 |
| 7259146 | + | Hank Ross, One Half Moon Lane, Sands Point, NY 11050-1210 |
| 7259147 | + | Harold Margison Jr, 17 Denison Road, Somers, CT 06071-2204 |
| 7259148 | + | Harry & Toni Stevenson, 839 Jolanda Cir, Venice, FL 34285-4441 |
| 7259149 | + | Heather Amara, 23 Lakeview Avenue, Chester, CT 06412-1007 |
| 7259153 | + | Isadora Bonadonna, 134 Madison Avenue, Island Park, NY 11558-1819 |
| 9196006 | + | JAAZ, LLC, c-o William S. Fish, Jr., Esq., Hinckley, Allen & Snyder LLP, 20 Church Street, 18th Floor, Hartford, CT 06103-1246 |
| 7259306 | + | JAAZ, LLC, c/o Richard Zlatkus, 2174 Main Street, Glastonbury, CT 06033-2206 |
| 7259154 | + | Jack Banks, 35 Still Meadow Lane, Berlin, CT 06037-3572 |
| 7259155 | + | Jacqueline Flynn, 43 A Robbins Lane, Rocky Hill, CT 06067-1460 |
| 7259156 | + | Jacqueline Sonidis, 325 Cedar Ridge Terrace, Glastonbury, CT 06033-1817 |
| 7259158 | + | James Crete, 17 Burt Dr, Middlefield, CT 06455-1107 |
| 7259159 | + | James Kaiser, 254 Pine Orchard Road, Branford, CT 06405-5516 |
| 7259160 | + | James Quinlan, 47 Clinton St, Manchester, CT 06040-6129 |
| 7259161 | + | James Wiley, 45 Chapman Drive, Glastonbury, CT 06033-2729 |
| 7259162 | + | Jane Goldberg, 361 Timberline Lane, Auburn, CA 95603-5430 |
| 7259163 | + | Jason Bianca, 1398 Kensington Rd, Kensington, CT 06037-3516 |
| 7340707 | + | Jason Pierce, 20 Wildwood Road, Old Saybrook, CT 06475-2759 |
| 7259164 | + | Jason Pierce, 12 Chatam Woods Court, Cheshire, CT 06410-3803 |
| 7259165 | + | Jason Ross, 12 Bonnie Brook Rd, Westport, CT 06880-1506 |
| 7259168 | + | Jeffrey Ahlquist, 54 Stony Mill Lane, East Berlin, CT 06023-1033 |
| 7259169 | + | Jeffrey Stein, 71 Belmont ave, Haverill, MA 01830-6601 |
| 7259170 | + | Jennifer & Steven Gruenstrass, 23 Windsor Ln, Cos Cob, CT 06807-1817 |
| 7259171 | + | Jennifer Degrandi (Geldolf), 122 Westview Terrace, Berlin, CT 06037-3158 |
| 7496458 | + | Jenny Angelillo and the Vito A. Angelillo Trust, c/o Ilan Markus, Esq., LeClairRyan, 545 Long Wharf Drive, Ninth Floor, New Haven, CT 06511-5950 |
| 7259172 | + | Jeremy Groll, 72 Carson Ave, Wethersfield, CT 06109-1506 |
| 7530914 | + | Jeremy Groll, c/o Alan B. Silver, Esq., Levy & Droney, P.C., 74 Batterson Park Road, Farmington, CT 06032-2565 |
| 7259173 | + | Jerrilynne Purdy, 5128 Woodmire Lane, Alexandria, VA 22311-1317 |
| 7259174 | + | Jerry Bonadonna, 10016 Rockaway Beach Blvd, Rockaway Park, NY 11694-2840 |
| 7438782 | | Jessica Andreoletti, 57 Dream Lake Rd, Madison, CT 06443-1600 |
| 7259175 | + | Jessica Andreoletti, 20 Aylesbury Circle, Madison, CT 06443-3434 |
| 7978112 | + | Jill Marquardt-Scola, Summertime Properties, LLC, 189 Watch Hill Road, Westerly, RI 02891-5031 |

| | | |
|---|---|---|
| 7259176 | + | John Deluca, 236 W Quasset Rd, Woodstock, CT 06281-3234 |
| 7259178 | + | John Owens, 2529 Cedar Swamp Rd, Brookville, NY 11545-3112 |
| 7259179 | + | John & Karen Lasek, 27 Mercier Ave, Bristol, CT 06010-4438 |
| 7259181 | + | John Candella, 102 Tepi Drive, Southbury, CT 06488-1026 |
| 7259182 | + | John Hrbrosky, c/o Julie Roehm, 4061 Caerleon Circle, Bentonville, AR 72713-7651 |
| 7259184 | + | John Mcniff, 26 Mill Plain Road, Danbury, CT 06811-5186 |
| 7259186 | + | John Radocchia, 112 Fall View Drive, Glastonbury, CT 06033-4196 |
| 7179373 | + | John Radocchia, c/o Jeffrey R. Martin, Esq., O'Connell, Flaherty & Attmore, LLC, 280 Trumbull Street, Hartford, CT 06103-3502 |
| 9013939 | + | John Radocchia, c/o Mark T. Miller, O'Connell, Attmore& Morris, LLC, 280 Trumbull Street, Hartford, CT 06103-3509 |
| 7259187 | + | Jolene Wilson, 32 Meadow Gate, Wethersfield, CT 06109-3738 |
| 7344985 | + | Joseph Fulliero, 3 Plantaion House Drive, Bluffton, SC 29910-4774 |
| 7259190 | + | Joseph Gaudiana, 78 Augusta Dr, Newington, CT 06111-2501 |
| 7978113 | + | Joseph Luzzi, 9 Potter Hill Road, Westerly, RI 02891-1135 |
| 7259193 | + | Joseph Ruszczyk, 10 Meeker Rd, Southington, CT 06489-2233 |
| 7978114 | + | Joseph V. Fuliero, c/o Robert E. Kaelin, Esq., Murtha Cullina LLP, CityPlace 1, 185 Asylum Avenue Hartford, CT 06103-3408 |
| 8149012 | + | Joseph W. Sparveri, Jr., c/o Ross G. Fingold, Shipman, Stokesbury & Fingold, LLC, 20 Batterson Park Road, Suite 120, Farmington, CT 06032-4500 |
| 7259194 | + | Josephine Dziarkowski, 4369 Puritan Lane, SpringHill, FL 34608-2646 |
| 7259195 | + | Josephine Walsh, 996 Meriden Waterbury Tpk., Unit 3F, Plantsville, CT 06479-2029 |
| 7194849 | + | Josephine Walsh, 996 Meriden Waterbury Turnpike, Unit 3F, Plantsville, CT 06479-2029 |
| 7259196 | + | Judith Malley, 141 Boulster Rd, Wethersfield, CT 06109-3706 |
| 7259197 | + | Judith Gluck, 1 Montpelier Ct, Setauket, NY 11733-1204 |
| 7259198 | + | Judith Heppe, 4320 Kalamazoo Ave SE, Apt. 500, Grand Rapids, MI 49508-5571 |
| 7259199 | + | Justin Bianca, 1398 Kensington Rd, Kensington, CT 06037-3516 |
| 7259201 | + | Kablick & Leary PC, 675 Berlin Turnpike, Berlin, CT 06037-2441 |
| 7259202 | + | Karen Midura, 52 Rosewood Dr, Glastonbury, CT 06033-1647 |
| 7259203 | + | Karol Steckowski, 547 East St, New Britain, CT 06051-2470 |
| 7259204 | + | Kathleen & Raymond Fontaine, 21 Overdale Rd, Wolcott, CT 06716-2320 |
| 7259205 | + | Keith Wilcox, 20 Johnson Rd, P.O. Box 264, Pomfret Center, CT 06259-0264 |
| 7259207 | + | Kelly Kirkpatrick, 33 Oceanview Drive, Southhampton, NY 11968-4215 |
| 7259206 | + | Kelly and Daniel Kiefer, 2051 S. Logan St, Denver, CO 80210-4029 |
| 7259208 | + | Kenneth Crandall, 8012 Southwest Rd, Bellevue, OH 44811-9649 |
| 7259209 | + | Kenneth Grabow, 53 Lyness St, Manchester, CT 06040-4819 |
| 7336029 | + | Kenneth M. Quagliata, 68-21 61st Road, Middle Village, NY 11379-1115 |
| 7259210 | + | Kenneth Ruszczyk, 702 North Easy St, Payson, AZ 85541-4005 |
| 7259211 | ## | Kent Billings, 57 Shipman Dr, Glastonbury, CT 06033-4136 |
| 7259212 | + | Kevin Ahlquist, 134 Patrick Drive, Berlin, CT 06037-4057 |
| 7191459 | + | Kevin Fournier, c/o Steven P. Ciardiello, Esq., Law Offices of Steven P. Ciardiello, Esq, 2840 Whitney Avenue, Hamden, CT 06518-2554 |
| 7365591 | + | Kevin Fournier, c/o Thomas J. Finn, McCarter & English LLP, 185 Asylum Street, 36th Floor, Hartford, CT 06103-3461 |
| 7259213 | + | Kevin Fournier, 6684 E Cactus Wren Rd, Paradise Valley, AZ 85253-4357 |
| 7401857 | + | Kevin Fournier, c/o Liam S. Burke, McCarter & English LLP, 185 Asylum Street, 36th Floor, Hartford, CT 06103-3461 |
| 7259214 | + | Kevin Hecht, 220 South Main St, Cheshire, CT 06410-6301 |
| 7259215 | + | Kim Oshana, 18 Overlook Ave, Middletown, CT 06457-5326 |
| 7259216 | + | Kirk Pearson, 8227 E Cambelback Rd, Scottsdale, AZ 85251-1713 |
| 7259217 | + | Konstantinos Antonaras, 150 Indiana St, Bristol, CT 06010-9138 |
| 7259218 | + | Laura Clinton, 121 Buckingham Drive, Glastonbury, CT 06033-2734 |
| 7259219 | + | Lawrence & Margaret Cohen, 91 Peck Hill Road, Woodbridge, CT 06525-1306 |
| 7193286 | + | Lawrence Lipton, 235 West 102 Street, New York, NY 10025-8400 |
| 7259220 | + | Lawrence Lipton, 235 West 102nd Street, New York, NY 10025-8400 |
| 7259221 | + | Lee Hermann, 1214 Birch Lane, Cody, WY 82414-5212 |
| 7254642 | + | Leighton Aiken, c/o William S. Fish, Jr., Hinckley, Allen & Snyder LLP, 20 Church Street, Hartford, CT 06103-1254 |
| 7255627 | + | Leighton Aiken, 700 N Pearl St Ste 1600, Dallas TX 75201-4148 |
| 7259223 | + | Lew Lassow, 4R Pine Tree Lane, Glastonbury, CT 06033-3620 |
| 7259224 | + | Lewis & Joyce Slayton, 40 Regent Ct, Stamford, CT 06907-1423 |
| 7185767 | + | Lillian Berlin, 57 Dream Lake Drive, Madison, CT 06443-1600 |
| 7259225 | + | Lillian Berlin, 20 Aylesbury Circle, Madison, CT 06443-3434 |
| 7259226 | + | Linda Ahlstrand, 48 Holly CT, Berlin, CT 06037-3635 |
| 8693325 | + | Liquidity Solutions, Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205 |
| 9196008 | + | Liquidity Solutions, Inc., c-o William S. Fish, Jr., Esq., Hinckley, Allen & Snyder LLP, 20 Church Street, 18th Floor, Hartford, CT 06103-1246 |
| 7259227 | + | Lisa Adams, 331 Farm Hill Rd, Middletown, CT 06457-4226 |
| 7259228 | + | Liza Davis, 82 Flynn Lane Apt R, Middletown, CT 06457-1942 |
| 7530578 | + | Lori Slack, c/o Gerlad L. Garlick, Esq., Krasow, Garlick & Hadley, LLC, One Financial Plaza, Hartford, CT 06103-2608 |

| | | |
|---|---|---|
| 7530581 | + | Lori Slack, c/o Katherine E. Abel, Esq., Krasow, Garlick & Hadley, LLC, One Financial Plaza, Hartford, CT 06103-2608 |
| 7530576 | + | Lori Slack, c/o Linda Clifford Hadley, Esq., Krasow, Garlick & Hadley, LLC, One Financial Plaza, Hartford, CT 06103-2608 |
| 7259229 | + | Lorraine Tomlinson, 1477 Farridon Circle, Lake Mary, FL 32746-4365 |
| 7259230 | | Louis Prado, 219 Fairlane Drive, Wethersfield, CT 06109-4123 |
| 7259231 | + | Luann Donnelly (Marquis), 15 Ramsen, Nyack, NY 10960-3263 |
| 7259234 | + | Lucy Gaurdiana-Tine, 100 Wells Road, Weathersfield, CT 06109-3044 |
| 7259235 | + | Luis Demelo, 11205 Westerly dr, SpringHill, FL 34609-9642 |
| 7259236 | + | Luke & Tara Hermann, 144 W 86th, Apt. 12 C, New York, NY 10024-4028 |
| 7191462 | + | Luke Taffuri, c/o Steven P. Ciardiello, Esq., Law Offices of Steven P. Ciardiello, Esq, 2840 Whitney Avenue, Hamden, CT 06518-2554 |
| 7259237 | + | Luke Taffuri, 11033 E Ironwood Dr, Scottsdale, AZ 85259-4869 |
| 7259238 | | M & A Consulting, Attn: Michael H. Clinton, and Alexander Britnell, 426 Olde Stage Road, Glastonbury, CT 06033 |
| 7259243 | + | Marilyn Trent, 2293 Hardyke CT, Ann Arbor, MI 48108-2518 |
| 9180319 | + | Marilyn P. LaBonte, Trustee of the Marilyn P. LaBo, c-o Mark H. Dean, Mark H. Dean, P.C., 241 Main Street, Hartford, CT 06106-1862 |
| 9180316 | + | Marilyn P.LaBonte, c-o Mark H. Dean, Mark H. Dean, P.C., 241 Main Street, Hartford, CT 06106-1862 |
| 7259245 | + | Marisol Orth, 31 Lansdowne Ave, Hamden, CT 06517-1911 |
| 7259246 | + | Mark Magyar, 805 Treasur Island Rd, Webster, MA 01570-1573 |
| 7336030 | + | Mark Magyar, 5206 Skyline Blvd, Cape Coral, FL 33914-6536 |
| 7259250 | + | Matthew Listro, 330 Roberts St, Suite 402, East Hartford, CT 06108-3654 |
| 7259251 | + | Matthew Pace, 31 Susan Dr, Tolland, CT 06084-2538 |
| 7259252 | + | Matthew Tansey, 777 NE 62nd St PH8, Miami, FL 33138-6264 |
| 7192092 | + | McGee Boynton Beach LP, c/o William S. Fish, Jr.. Esq., Hinckley, Allen & Snyder LLP, 20 Church Street, Hartford, CT 06103-1254 |
| 9196009 | + | McGee Boynton Beach, L.P., c-o William S. Fish, Jr., Esq., Hinckley, Allen & Snyder LLP, 20 Church Street, 18th Floor, Hartford, CT 06103-1246 |
| 7259253 | + | Megan Midura, 52 Rosewood Dr, Glastonbury, CT 06033-1647 |
| 7259254 | + | Michael Humen, 35 Rockledge Court, Kensington, CT 06037-2055 |
| 7259255 | + | Michael & Kristen Sardo, 14 Drewery Lane, Tappan, NY 10983-1106 |
| 7259256 | + | Michael & Mary Donahue, 346 Gayhill Rd, Bethel, VT 05032-9440 |
| 7259258 | + | Michael Clinton, 121 Buckingham Drive, Glastonbury, CT 06033-2734 |
| 7259260 | + | Michael Gneiting, 25 Wilcox Ave, East Berlin, CT 06023-1012 |
| 7727711 | + | Michael H. Clinton, 212A New London Turnpike, Glastonbury, CT 06033-4202 |
| 7339789 | | Michael H. Clinton, c/o Denise R. Polivy, Putnam Park, Suite 100, 100 Great Meadow Road, Wethersfield, CT 06109-2371 |
| 7978115 | + | Michael Hartling, 1A Baker Hill Road, Columbia, CT 06237-1228 |
| 7259261 | + | Michael Malley, 82 Flynn Lane, Middletown, CT 06457-1942 |
| 7259262 | + | Michael Mcgee Boyton Beach LLP, 5 Davidson Lane West, West Islip, NY 11795-5203 |
| 7259263 | + | Michael Pace, 3154 Whitney Ave, Hamden, CT 06518-2321 |
| 7259264 | + | Michael Presta, 334 Woodhaven Rd, Glastonbury, CT 06033-1922 |
| 7259265 | + | Michael Stein, 4720 Rosedale Ave Apt 319, Bethesda, MD 20814-3756 |
| 7259266 | + | Michelle Boulais, 41 Danay Trail, Vernon, CT 06066-5957 |
| 7259267 | + | Michelle Bright, 1009 Leithgow St, Philadelphia, PA 19123-1420 |
| 7259268 | + | Michelle Chiotakis, 32615 N North Valley Pkwy, Apt. 213, Phoenix, AZ 85085-4211 |
| 7259269 | + | Michelle Gleason, 59 Benedict Dr, South Windsor, CT 06074-3243 |
| 7259270 | + | Monica Fuchs, 601 S Bay Ave Apt 3, Beach Haven, NJ 08008-1677 |
| 7259272 | + | Nancy Begg, 3 Brookview Circle, Manchester, CT 06040-6853 |
| 7259274 | + | Nathan Dymond, 4760 Mistwood Ave, Portage, MI 49024-8157 |
| 7259277 | + | Norman & Christine Beliveau, 62 Harding Ave, Johnston, RI 02919-5044 |
| 7978116 | + | Palm Tree Properties, LLC, c/o Joseph Luzzi, Manager, 9 Potter Hill Road, Westerly, RI 02891-1135 |
| 7259278 | + | Patrice Keena, 355 North Star Dr, Southington, CT 06489-3851 |
| 7194851 | + | Patrice P. Keena, 355 North Star Drive, Southington, CT 06489-3851 |
| 7259279 | + | Patrick Tansey, 402 Beach 131th St, Belle Harbor, NY 11694-1537 |
| 7259281 | + | Paul Maracina, 231 Warren St, Jersey City, NJ 07302-3770 |
| 7259282 | | Paul Slayton, 59 Carpi-B, Delray Beach, FL 33484 |
| 7259283 | + | Paul St. Cyr, 19886 SW Eagle Drive, Dunnellon, FL 34431-3651 |
| 7259284 | + | Paul & Cathy Tanasi, 580 Lovely St, Avon, CT 06001-2982 |
| 7259285 | + | Paul & Judith Lombardo, 39 Shelburne Road, Wethersfield, CT 06109-2923 |
| 7259286 | + | Paul & Patricia Lombardo, 35 Grandview Terrace, Wethersfield, CT 06109-3240 |
| 7259287 | + | Pearl Davis, 69 Mcnamara Rd, Spring Valley, NY 10977-1434 |
| 7259288 | + | Peter Ciotto, 139 Burrows Hill, Amston, CT 06231-1227 |
| 7259290 | + | Peter Moser, 52 Rosewood Dr, Glastonbury, CT 06033-1647 |
| 7259291 | + | Peter Reilly, 11221 N. 54 Place, Scottsdale, AZ 85254-4768 |
| 8137714 | + | Peter Kolb and Jeffrey Maguire, 225 Oakland Road, South Windsor, CT 06074-2866 |
| 7191461 | + | Peter Reilly, c/o Steven P. Ciardiello, Esq., Law Offices of Steven P. Ciardiello, Esq, 2840 Whitney Avenue, Hamden, CT 06518-2554 |
| 7259293 | + | Phil Bennett, 45 Lexington Lane, Uxbridge, MA 01569-3131 |
| 7259295 | + | Raeh Ward, 6841 Madison Ridge Way, Apt. 208, Raleigh, NC 27613-7306 |

District/off: 0205-2 | User: admin | Page 7 of 26
Date Rcvd: Dec 06, 2021 | Form ID: 112 | Total Noticed: 418

| | | |
|---|---|---|
| 9196007 | + | Ray Faltinsky, c-o William S. Fish, Jr., Esq., Hinckley, Allen & Snyder LLP, 20 Church Street, 18th Floor, Hartford, CT 06103-1246 |
| 7259296 | + | Raymond & Barbara Preisseer, 16 Glen Hollow Drive, Unionville, CT 06085-1061 |
| 7191460 | + | Raymond Faltinsky, c/o Steven P. Ciardiello, Esq., Law Offices of Steven P. Ciardiello, Esq, 2840 Whitney Avenue, Hamden, CT 06518-2554 |
| 7259297 | | Raymond Faltinsky, 6424 La Valle Plateada, Ranch Santa Fe, CA 92067 |
| 7259299 | + | Raymond Tardette, 46 Back Lane, Wethersfield, CT 06109-3507 |
| 7259300 | + | Reginald Levesque, 150 Indiana St, Bristol, CT 06010-9138 |
| 7259301 | + | Richard & Diana Muscatello, 30 Conner Drive, Middletown, CT 06457-4172 |
| 7259304 | + | Richard Quinlan, 90 Candlelight Drive, Glastonbury, CT 06033-2539 |
| 7259305 | + | Richard Tardette, 10 Providence St, Weathersfield, CT 06109-1320 |
| 7259307 | + | Rick Hudes, 11115 Hidden Trail Dr, Ownings Mills, MD 21117-2345 |
| 7259309 | + | Robert Delgiorno, 18 Lawrence Place, Rockville Ctr., NY 11570-2209 |
| 7259311 | + | Robert Kossewiz, 25 Terra Rd, Plainville, CT 06062-3030 |
| 7259312 | + | Robert Stein, 5550 N Ocean Dr, Apt. 20 B, Singer Island, FL 33404-2523 |
| 7259313 | + | Robert Wright, 1 Dave St, Plainville, CT 06062-1105 |
| 7259314 | + | Robert & Carolyn Fiondella, 29 Summerberry, Bristol, CT 06010-2957 |
| 7259315 | + | Robert & Maria Trapp, 100 Wheeling Road, Andover, CT 06232-1113 |
| 7183357 | + | Robert Chaderchian, 102 Beach Avenue, Madison, CT 06443-2853 |
| 7259316 | + | Robert John Bilella, 649 W Market Street, 2nd Floor, Long Beach, NY 11561-1718 |
| 7259318 | + | Robert Matterazzo, 14 Casper Ave, Middletown, CT 06457-2213 |
| 7259319 | + | Robert O'Neil, 88 Katherine Dr, Agawam, MA 01001-3356 |
| 7877592 | + | Robert P. Matterazzo, 14 Seminole Road, Middlefield, CT 06455-1046 |
| 7329785 | + | Robert P. and Lee R. Matterzzo, P.O. Box 356, Middletown, CT 06457-0356 |
| 7259320 | + | Robert Resch, 1118 Wellshire Dr, Katy, TX 77494-6180 |
| 7259321 | + | Robert Stein, 30 Blood Road, Andover, MA 01810-4722 |
| 7259322 | + | Roger Ahlquist, 27 Summit Woods Rr, Norwich, CT 06360-5614 |
| 9180317 | + | Roland G. LaBonte, c-o Mark H. Dean, Mark H. Dean, P.C., 241 Main Street, Hartford, CT 06106-1862 |
| 9180321 | + | Roland G.LaBonte, Trustee of the Roland G. LaBonte, c-o Mark H. Dean, Mark H. Dean, P.C., 241 Main Street, Hartford, CT 06106-1862 |
| 7978117 | + | Roman Zaharko, 632 North Colony Street, Meriden, CT 06450-2258 |
| 7259324 | + | Romeo & Mary Anna Santangelo, 5 Brighton Lane, Columbia, CT 06237-1436 |
| 7259326 | + | Rosemary Freistat, 37 Grove St, Southwick, MA 01077-9602 |
| 9031015 | + | Rushmore Loan Management Services in its capacity, c-o Jo-Ann T. Lambert, LEOPOLD & ASSOCIATES, PLLC, 80 Business Park Drive, Suite 110, Armonk, New York 10504-1704 |
| 7259327 | + | Ryan Donohue, 171 Hale Rd, Glastonbury, CT 06033-3319 |
| 8149015 | + | Sally Labonte, Trustee of the, Scott A. Labonte Dynasty Trust, c/o Ross G. Fingold, 20 Batterson Park Road, Suite 120, Farmington, CT 06032-4500 |
| 8149013 | + | Sally Labonte, as Trustee of the, Scott A. Labonte Revocable Trust, c/o Ross G. Fingold, 20 Batterson Park Road, Suite 120, Farmington, CT 06032-4500 |
| 7259329 | + | Salvatore Indemenico, Connecticut Mason), 33 Vexation Hill Road, Rocky Hill, CT 06067-4235 |
| 9180318 | + | Scott A. LaBonte, c-o Mark H. Dean, Mark H. Dean, P.C., 241 Main Street, Hartford, CT 06106-1862 |
| 8149014 | + | Scott A. Labonte, Trustee of the, Scott A. Labonte Revocable Trust, c/o Ross G. Fingold, 20 Batterson Park Road, Suite 120, Farmington, CT 06032-4500 |
| 7259332 | + | Sebby Mazzarella, 261 Wolcott Hill Rd, Wethersfield, CT 06109-2031 |
| 7259333 | + | Shaun & Lori Brown, 1488 Diamond Head, Decatur, GA 30033-2304 |
| 7259334 | + | Shelly Pollack, 8 Old Line Lane, Canton, CT 06019-2455 |
| 9180403 | | Siebar Middletown, LLC, c-o Thomas J. Sansone, Carmody Torrance Sandak & Hennessey LLP, 195 Church Street, P.O. Box 1950 New Haven, CT 06509-1950 |
| 7259029 | | State of Connecticut, Department of Revenue Services, C&E Division, Bankruptcy Unit, 25 Sigourney Street, Hartford CT 06106-5032 |
| 7259337 | + | Stephanie Paauwe, 4410 W 13 Mile Rd, Royal Oak, MI 48073-6515 |
| 7259338 | + | Stephen Alt, 2859 Fox Woods Court, Clear Water, FL 33761-2819 |
| 7259339 | + | Stephen Harrington, 12 Greenswood Place, S. Glastonbury, CT 06073-2900 |
| 7241986 | + | Stephen K. Alt, 2859 Foxwood Ct, Clearwater, FL 33761-2819 |
| 7259342 | + | Steve Rozema, Cactus Concrete Construction, 4271 W. Gatekeeper Drive, Tucson, AZ 85741-4084 |
| 7259343 | + | Steven Hall, 195 Turkey Hill Road, E. Granby, CT 06026-9402 |
| 7259344 | + | Steven Kurtzman, 2264 Oakdale Rd, Hillsborough, CA 94010-6139 |
| 7259345 | + | Steven Lipman, 29 Paddock Lane, S. Glastonbury, CT 06073-2825 |
| 7259346 | + | Steven Susanin, 5 Bermuda Rd, Wethersfield, CT 06109-2902 |
| 7259349 | + | Tammy Antonares, 28 Bannon Ln, Berlin, CT 06037-4098 |
| 7259350 | + | Terry Adoff, 173 Grand Oaks Way Apt 106, Naples, FL 34110-9210 |
| 7259351 | + | Theresa Lombardo, 365 Woodford Ave, Unit A4, Plainville, CT 06062-2452 |
| 7259352 | + | Thomas Abbenante, 43 Ramblewood Dr, Branford, CT 06405-2722 |
| 7259353 | + | Thomas Marino, 24 Stowe St, Middlefield, CT 06455-1226 |
| 7259355 | + | Thomas Quinlan, 387 Woodhaven, Glastonbury, CT 06033-1921 |
| 7259357 | + | Timothy Murphy, 22 Eastview Terrace, Tolland, CT 06084-2551 |

| | | |
|---|---|---|
| 7259358 | + | Todd Mckiernan, 3 Elizabeth St, Branford, CT 06405-5504 |
| 7259359 | + | Tonya Smay, 417 Beach 68St, Averne, NY 11692-1406 |
| 7761041 | + | Tracy Molloy, c/o Patrick W. Boatman, 111 Founders Plaza, Suite 1000, East Hartford, CT 06108-8311 |
| 7259362 | + | Troy Mendes, 84 Mercer Ave, East Hartford, CT 06118-1516 |
| 7259363 | #+ | Vince Amato, 27 Scott Hollow, Holyoke, MA 01040-1874 |
| 7259364 | + | Vincent Gianni, 52 Homestead Dr, S. Glastonbury, CT 06073-2804 |
| 7528940 | + | Webster Bank, N.A., c/o Linda N. Mayo, Griffin, Griffin & Mayo, P.C., P.O. Box 2184, Waterbury, CT 06722-2184 |
| 7259365 | + | Wesley Jackson, 70 Robin Lane, Guilford, CT 06437-1841 |
| 7259366 | + | William Bennett, 27 Stowe St, Middlefield, CT 06455-1206 |
| 7259367 | + | William Bodin, 1619 Parish Way, Myrtle Beach, SC 29577-1718 |
| 9269519 | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c-o Robertson, Anschutz, Schneid, Crane, Partners, PLLC, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 9298071 | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c-o John P. Fahey, Esquire, Korde & Associates, P.C., 5 Shaws Cove, Suite 201, New London, CT 06320-4974 |
| 7184536 | + | Yvonne J. Logan, 155 Trolley Road, Guilford, CT 06437-3111 |
| 7259369 | + | Yvonne Logan, 155 Trolley Rd, Guilford, CT 06437-3111 |

TOTAL: 410

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| traty | | Email/Text: jatchison@darroweverett.com | Dec 06 2021 18:23:00 | Darroweverett, LLP, One Turks Head Place, Suite 1200, Providence, RI 02903 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 06 2021 18:23:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PA, 10700 ABBOTTS BRIDGE RD, SUITE 170, DULUTH, GA 30097-8461 |
| 7199752 | | Email/PDF: rmscedi@recoverycorp.com | Dec 06 2021 18:26:57 | Capital Recovery III LLC, c/o Recovery Management Systems Corp., Attn: Ramesh Singh, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 7229569 | + | Email/Text: stargazer051638@hotmail.com | Dec 06 2021 18:23:00 | Cruise Vacations, c/o John Ash, 3 Lake Louise Drive, Westbrook, CT 06498-3562 |
| 7978111 | + | Email/Text: bnc@bass-associates.com | Dec 06 2021 18:23:00 | HSBC Bank Nevada, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 7259028 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 06 2021 18:23:00 | Internal Revenue Services, Department of the Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7176756 | + | Email/Text: dsanginari@daypitney.com | Dec 06 2021 18:23:00 | JAAZ, LLC, c/o Day Pitney LLP, 242 Trumbull Street, Hartford, CT 06103-1213 |
| 7259180 | + | Email/Text: stargazer051638@hotmail.com | Dec 06 2021 18:23:00 | John Ash, Cruise Vacations, 3 Lake Louise Drive, Westbrook, CT 06498-3562 |
| 7198952 | | Email/PDF: rmscedi@recoverycorp.com | Dec 06 2021 18:26:57 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 9269519 | + | Email/Text: RASEBN@raslg.com | Dec 06 2021 18:23:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c-o Robertson, Anschutz, Schneid, Crane, Partners, PLLC, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | | Bank of America, N.A. |
| cr | | Carl Crowley |

| | | |
|---|---|---|
| intp | | DEI Property Management, LLC |
| cr | | Denny Riga |
| cr | | Edward Berlin |
| op | | FTI Consulting, Inc. |
| cr | | JAAZ, LLC |
| cr | | JPMorgan Chase & Co. |
| cr | +++ | Jane Goldberg |
| cr | | Jessica Andreoletti |
| intp | | Jon C. Leary |
| app | | KDR Appraisal Services, LLC |
| mpp | | Lawrence J. Marks, Trustee |
| cr | | Leighton Aiken |
| cr | | Lillian Berlin |
| op | | Lori Slack |
| intp | | Marilyn P. LaBonte |
| intp | | Marilyn P. LaBonte, Trustee of the Marilyn P. LaBo |
| intp | | Marilyn P. LaBonte, Trustee of the Marilyn P. LaBo |
| sp | | Neligan LLP |
| traty | | Robert Reed |
| intp | | Roland G. LaBonte |
| intp | | Roland G. LaBonte, Trustee of the Roland G. LaBont |
| cr | | Romeo & Mary Ann Santangelo |
| cr | | Rushmore Loan Management Services, LLC in its capa |
| intp | | Scott A. LaBonte |
| intp | | Siebar Middletown LLC |
| op | | Webster Bank, N.A. |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 7254558 | | 700 North Pearl Street, Suite 1600, Dallas, TX 752 |
| 7259032 | | Agnes Goldberg, Address Unknown at Present |
| 7259036 | | Alexander Patrick, Address Unknown at Present |
| 7259053 | | Antonio Torres, Address Unknown at Present |
| 7259077 | | Brian Murray, Address Unknown at Present |
| 7259085 | | Carol Cauley, Address Unknown at Present |
| 7259090 | | Chris Fiorillo, Address Unknown at Present |
| 7259098 | | Clara Trent, Address Unknown at Present |
| 7259105 | | Damiano Bonadonna, Address Unknown at Present |
| 7259115 | | David White, Address Unknown at Present |
| 7259128 | | Dreaux Namoun, Address Unknown at Present |
| 7259133 | | Eric Boucher, Address Unknown at Present |
| 7259139 | | Gerald Wright, Address Unknown at Present |
| 7259142 | | Goldberg, Address Unknown at Present |
| 7259150 | | Henry Pace, Address Unknown at Present |
| 7259151 | | Houston Living Trust, Address Unknown at Present |
| 7259152 | | Irene Kaiser, Address Unknown at Present |
| 7259157 | | Jacqueline Tansey, Address Unknown at Present |
| 7259166 | | Jeff Starkey, Vision Design Jersey City, Address Unknown at Present |
| 7259167 | | Jeff Bell, Address Unknown at Present |
| 7259177 | | John Muirhead, Address Unknown at Present |
| 7259183 | | John Leary (Trustee), Address Unknown at Present |
| 7259185 | | John Phelan, Address Unknown at Present |
| 7259188 | | Joselma Toledo, Address Unknown at Present |
| 7259191 | | Joseph Mccormack, Address Unknown at Present |
| 7259192 | | Joseph Raite, Address Unknown at Present |
| 7259200 | | Justin Giorlando, Address Unknown at Present |
| 7259222 | | Leslie Murphy, Address Unknown at Present |
| 7259233 | | Lucy Tine, Address Unknown at Present |
| 7259239 | | Marc Pace, Address Unknown at Present |
| 7259241 | | Margo Wright, Address Unknown at Present |
| 7259242 | | Maria Varisco, Address Unknown at Present |
| 7259247 | | Marmer Family, Address Unknown at Present |
| 7259249 | | Maryann Hubbard, Address Unknown at Present |
| 7259257 | | Michael Bishop, Address Unknown at Present |

| | | |
|---|---|---|
| 7259259 | | Michael Davidson, Address Unknown at Present |
| 7259271 | | Moshe Davis, Address Unknown at Present |
| 7259273 | | Nancy St. Cyr, Address Unknown at Present |
| 7259275 | | Nicholas Palermo Jr., Address Unknown at Present |
| 7259276 | | Nicholas Palermo Sr., Address Unknown at Present |
| 7439826 | | Paul Lombardo Jr, Address Unknown at Present |
| 7259289 | | Peter Kolb, Address Unknown at Present |
| 7259292 | | Peter Stebbins, Address Unknown at Present |
| 7259294 | | Phil Taylor, Address Unknown at Present |
| 7259298 | | Raymond Stevenson, Address Unknown at Present |
| 7259303 | | Richard & Teresa Grenier, Address Unknown at Present |
| 7259308 | | Rivka Goldberg, Address Unknown at Present |
| 7259317 | | Robert Halstead, Address Unknown at Present |
| 7259323 | | Roman Zannako, Address Unknown at Present |
| 7259328 | | Sagvar Lallier, Address Unknown at Present |
| 7259330 | | Scott Blair, Address Unknown at Present |
| 7259331 | | Sean Mchugh, Address Unknown at Present |
| 7259335 | | Stacey Resch, Address Unknown at Present |
| 7259336 | | Stafani Marmer, Address Unknown at Present |
| 7259340 | | Stephen Pazdar, Address Unknown at Present |
| 7259341 | | Steve Bennett, Address Unknown at Present |
| 7259347 | | Sylvia Clinton, Address Unknown at Present |
| 7259348 | | Talya Schlisser, Address Unknown at Present |
| 7259354 | | Thomas Parazino, Address Unknown at Present |
| 7259361 | | Tracy Molloy, Address Unknown at Present |
| 7259368 | | William Harris, Address Unknown at Present |
| db | *+ | Michael S. Goldberg, Inmate #17906-014, c/o FMC Devens, Satellite Camp, P.O. Box 879, Ayer, MA 01432-0879 |
| cr | *+ | Alex Britnell, 30 Fawn Run, Glastonbury, CT 06033-4167 |
| cr | * | Capital Recovery III LLC, c/o Recovery Management Systems Corp., Attn: Ramesh Singh, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | *+ | David E. White, 20 Barry Place, Suffield, CT 06078-2249 |
| cr | *+ | Dennis J. Riga, 1328 Sandstone Coop S, Westerville, OH 43081-4583 |
| cr | *+ | Gary Spelucin, 4154 Druids Glen Drive, Leland, NC 28451-3409 |
| cr | *+ | Gerard Supino, 32 White Birch Road, East Hampton, CT 06424-1330 |
| intp | *+ | Jenny Angelillo and the Vito A. Angelillo Trust, c/o Ilan Markus, Esq., LeClairRyan, 545 Long Wharf Drive, Ninth Floor, New Haven, CT 06511-5950 |
| cr | *+ | Jeremy Groll, 72 Carson Avenue, Wethersfield, CT 06109-1506 |
| cr | *+ | John Candella, 102 Tepi Drive, Southbury, CT 06488-1026 |
| cr | *P+++ | William Bodin, 1619 Parish Way, Myrtle Beach, SC 29577-1718 |
| 7259043 | *+ | Andrew Bennett, 162 Ridge Rd, Glastonbury, CT 06033-1926 |
| 7259047 | *+ | Anita Sienicki, 158 Bradford Walk, New Britain, CT 06053-1073 |
| 7259050 | *+ | Anthony Morris, 82 Linwood Street, New Britain, CT 06052-1710 |
| 7259079 | *+ | Brooke Donohue, 171 Hale Rd, Glastonbury, CT 06033-3319 |
| 7259101 | *+ | Corey Krohn, 539 Jerusalem Rd, Windham, CT 06280-1513 |
| 7259111 | *+ | David Berlin, 41 Thimble Island Rd, Branford, CT 06405-5720 |
| 8925607 | *+ | Liquidity Solutions, Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205 |
| 9180320 | *+ | Marilyn P. LaBonte, Trustee of the Marilyn P. LaBo, c-o Mark H. Dean, Mark H. Dean, P.C., 241 Main Street, Hartford, CT 06106-1862 |
| 7259041 | ##+ | Andrea Ciraldo, 2818 Fitzooth Dr., Winter Park, FL 32792-4817 |
| 7259045 | ##+ | Angela & Peter Brooks, 7 Spring Hill ln, Bloomfield, CT 06002-1696 |
| 7189798 | ##+ | Anthony Morris, 82 Linwood Street, New Britain, CT 06052-1710 |
| 7259076 | ##+ | Brian Iwinski, 54902 Walnut Drive, New Hudson, MI 48165-9398 |
| 7259087 | ## | Charles Burdick Jr., 82 Nott St, Wethersfield, CT 06109-1828 |
| 7259091 | ##+ | Christie Spafford, 125 Hucklberry Rd, East Hartford, CT 06118-3546 |
| 7259099 | ## | Conrad & Marie Anne Quinlan, 333 East St, Hebron, CT 06248-1102 |
| 7259108 | ##+ | David Gluck, 7693 Sicilia CT, Naples, FL 34114-2679 |
| 7259113 | ##+ | David Chaput, 132 Chimmney Swp Hill, Glastonbury, CT 06033-3904 |
| 7259232 | ##+ | Lucy Tardette, 14 Giddings St, Hartford, CT 06106-3905 |
| 7259240 | ##+ | Margaret Paolucci, 35 Overvale Rd, Wolcott, CT 06716-2320 |
| 7259244 | ##+ | Marilyn Zavada, 14 Purple Martin Drive, Hackettstown, NJ 07840-3113 |
| 7259248 | ##+ | Mary Costa, 5 Edward Circle, Montville, NJ 07045-9709 |
| 7259302 | ##+ | Richard & Nancy Comeau, 35 Overdale Rd, Wolcott, CT 06716-2320 |
| 7259310 | ##+ | Robert Fazzone, 90 Walden Ct, Berlin, CT 06037-3236 |

| | | |
|---|---|---|
| 7259325 | ##+ | Ronald & Yvette Zirino, 6093 Whalton Street, West Palm Beach, FL 33411-6495 |
| 7259356 | ##+ | Tim Quinlan, 333 East St, Hebron, CT 06248-1102 |
| 7259360 | ##+ | Tracey & Tyler Malley, 92 North School St, Manchester, CT 06042-2013 |

TOTAL: 90 Undeliverable, 19 Duplicate, 18 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2021      Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Trustee James Berman aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron Romney | on behalf of Plaintiff James Berman aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron Romney | on behalf of Plaintiff James Berman  Chapter 7 Trustee aromney@zeislaw.com, swenthen@zeislaw.com |
| Abigail Hausberg | on behalf of U.S. Trustee U. S. Trustee USTPREGION02.NH.ECF@USDOJ.GOV |
| Alan B. Silver | on behalf of Defendant Michael Davidson asilver@silverandkatz.com |
| Alan B. Silver | on behalf of Creditor Jeremy Groll asilver@silverandkatz.com |
| Alan J. Rome | on behalf of Defendant Christine Young skatz@rckklaw.com |
| Alan J. Rome | on behalf of Defendant Andrew Halsted skatz@rckklaw.com |
| Andrew M. Osborne | on behalf of Trustee James Berman aosborne@osbornefontelaw.com |
| Anthony J. Natale | on behalf of Miscellaneous Proceeding Party Lawrence J. Marks  Trustee anatale@natalelawfirm.com |
| Arthur Halsey Rice | on behalf of Defendant Elaine Stein arice.ecf@rprslaw.com |
| Arthur Halsey Rice | on behalf of Defendant AUG LLC arice.ecf@rprslaw.com |
| Arthur Halsey Rice | on behalf of Defendant Robert Stein arice.ecf@rprslaw.com |
| Arthur Halsey Rice | on behalf of Defendant AUG Partners  LLC arice.ecf@rprslaw.com |
| Arthur Halsey Rice | on behalf of Defendant Elaine Stein  as Successor Trustee of Paul Slayton Trust Agreement dated February 19, 2002 arice.ecf@rprslaw.com |
| Arthur Halsey Rice | |

on behalf of Defendant Robert Stein as Trustee of Robert Stein 1992 Revocable Trust arice.ecf@rprslaw.com

Arthur Halsey Rice

on behalf of Defendant Elaine Stein as Trustee of Elaine Stein 1992 Revocable Trust arice.ecf@rprslaw.com

Arthur Halsey Rice

on behalf of Defendant AUG II LLC arice.ecf@rprslaw.com

Austin J. McGuigan

on behalf of Defendant Edward Malley amcguigan@rms-law.com

Austin J. McGuigan

on behalf of Defendant Tracy Malley amcguigan@rms-law.com

Barbara H. Katz

on behalf of Defendant Brian Murray barbarakatz@snet.net

Barry L. Thompson

on behalf of Defendant Barbara Preisser blt@t-vlaw.com

Barry L. Thompson

on behalf of Defendant Robert Wright blt@t-vlaw.com

Barry L. Thompson

on behalf of Defendant Ronald Wright blt@t-vlaw.com

Charles A. Maglieri

on behalf of Defendant Judith Malley office@charlesmaglieri.com
cam@charlesmaglieri.com;maglieri92027@notify.bestcase.com

Charles Scott Schwefel

on behalf of Defendant Devcon Enterprises Inc. scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant Scott LaBonte scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant Sal Cranston LLC scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant Sal North Haven LLC scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant Roland LaBonte Trustee of The Scott A. LaBonte Dynasty Trust scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant RCZS LLC scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant Sally LaBonte scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant Cakemaker LLC scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant Sally Labonte Trustee of The Scott A. LaBonte Revocable Trust scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant Marketplace Port St. Lucie LP scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant Devcon Manchester LLC scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant Sally Labonte Trustee of The Scott A. LaBonte Dynasty Trust scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant Scott Labonte Trustee of The Scott A. LaBonte Revocable Trust scott@shipmanlawct.com

Charles Scott Schwefel

on behalf of Defendant Devcon Commons LLC scott@shipmanlawct.com

Christopher Carrozzella

on behalf of Defendant Tammy Antonaras cazzlawbankruptcy@yahoo.com G21473@notify.cincompass.com

Christopher Carrozzella

on behalf of Defendant Konstantinos Antonaras cazzlawbankruptcy@yahoo.com G21473@notify.cincompass.com

Christopher Carrozzella

on behalf of Defendant Cromwell Liquors LLC cazzlawbankruptcy@yahoo.com, G21473@notify.cincompass.com

Christopher H. Blau

on behalf of Plaintiff James Berman cblau@zeislaw.com

District/off: 0205-2

Date Rcvd: Dec 06, 2021

User: admin

Form ID: 112

Page 13 of 26

Total Noticed: 418

Christopher H. Blau

on behalf of Plaintiff James Berman  Chapter 7 Trustee for the Substantively Consolidated Estate of Michael S. Goldberg, LLC and Michael S. Goldberg cblau@zeislaw.com

Christopher H. Blau

on behalf of Trustee James Berman cblau@zeislaw.com

Claudia M. Sklar

on behalf of Creditor John Radocchia csklar@npmlaw.com  cnoiva@npmlaw.com

Craig A. Pugatch

on behalf of Defendant Elaine Stein  as Successor Trustee of Paul Slayton Trust Agreement dated February 19, 2002 capugatch.ecf@rprslaw.com

Craig A. Pugatch

on behalf of Defendant AUG LLC capugatch.ecf@rprslaw.com

Craig A. Pugatch

on behalf of Defendant AUG Partners  LLC capugatch.ecf@rprslaw.com

Craig A. Pugatch

on behalf of Defendant AUG II  LLC capugatch.ecf@rprslaw.com

Craig A. Pugatch

on behalf of Defendant Robert Stein capugatch.ecf@rprslaw.com

Craig A. Pugatch

on behalf of Defendant Robert Stein  as Trustee of Robert Stein 1992 Revocable Trust capugatch.ecf@rprslaw.com

Craig A. Pugatch

on behalf of Defendant Elaine Stein capugatch.ecf@rprslaw.com

Craig A. Pugatch

on behalf of Defendant Elaine Stein  as Trustee of Elaine Stein 1992 Revocable Trust capugatch.ecf@rprslaw.com

Craig S. Taschner

on behalf of Defendant Polivy & Taschner  LLC, Trustee ctaschner@aol.com

David A. Hill, Jr.

on behalf of Interested Party Charter Oak Law  P.C. dhill@fpllp.com

David L. Rosendorf

on behalf of Defendant Robert H. Fier dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Tovah Marmer dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Stuart J. Cohen dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Jason Lieblich dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Nancy Adelis dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Bruce J. Etkin  as Trustee of Bruce J. Etkin Revocable Living Trust dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Kirk Elyakin dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Joshua Marmer dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Sidney Richman dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Marilyn Elyakin dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Stefani J. Marmer  as Trustee of Marmer Family Trust dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Strategem Associates  Inc. dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Mark Marmer dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Jeffrey Webster dlr@kttlaw.com

District/off: 0205-2                          User: admin                              Page 14 of 26
Date Rcvd: Dec 06, 2021                       Form ID: 112                          Total Noticed: 418

David L. Rosendorf

on behalf of Defendant Thomas Almy dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Jeremy Marmer dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Debra Hoffman  Trustee of Hoffman Family Trust dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Financial Security Services Defined Benefit Plan for the Benefit of Jay Marmer dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant N. Louis Shipley dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Barry Gorsun dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Financial Security Services  LLC dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Deborah Yalowitz Haile dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Stuart J. Cohen  Beneficiary of Stuart J. Cohen IRA dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Jeffrey Chizmas dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Edward B. Caudill dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Marcus Family Partnership dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Mark Moskowitz  Trustee of Cat's Paw Trust dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Jay Marmer dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Financial Security Services Defined Benefit Plan f/b/o Steven E. Marcus dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Jill S. Kadingo dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Howard McDonald Haile dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Stefani J. Marmer dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Property Administration Specialists 401(k) Plan f/b/o Mr. Elliot D. Pollack dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Robert Jerome dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Morgan Stanley & Co.  Incorporated, as Custodian of Stuart Cohen IRA dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Shirley Marmer dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Richard M. Kadingo dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant Jess Kravitz dlr@kttlaw.com

David L. Rosendorf

on behalf of Defendant B. James Doerksen dlr@kttlaw.com

David M. S. Shaiken

on behalf of Defendant Marcello Pace david@shipmanlawct.com

David M. S. Shaiken

on behalf of Defendant Craig Marquis david@shipmanlawct.com

David M. S. Shaiken

on behalf of Defendant Michael Pace david@shipmanlawct.com

District/off: 0205-2                          User: admin                          Page 15 of 26
Date Rcvd: Dec 06, 2021                       Form ID: 112                         Total Noticed: 418

David M. S. Shaiken
   on behalf of Defendant Daniel Gregor david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Sal North Haven  LLC david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Sally LaBonte david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Scott Labonte  Trustee of The Scott A. LaBonte Revocable Trust david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Devcon Enterprises  Inc. david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Scott LaBonte david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant SAL Middletown  LLC david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Sally Labonte  Trustee of The Scott A. LaBonte Revocable Trust david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant SAL NH Investments  LLC david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Intervenor Sally Labonte  Trustee, Scott A. Labonte Dynasty Trust david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Sal Cranston  LLC david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Interested Party Scott A. LaBonte david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Sally Labonte  Trustee of The Scott A. LaBonte Dynasty Trust david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Cakemaker  LLC david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Sal Cranston  LLC david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Devcon Commons  LLC david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Marketplace Port St. Lucie  LP david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Intervenor Scott Labonte  as Trustee of the Scott A. Labonte Revocable Trust david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Roland LaBonte  Trustee of The Scott A. LaBonte Dynasty Trust david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Intervenor Sally Labonte  as Trustee of the Scott A. Labonte Revocable Trust david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant Devcon Manchester  LLC david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant SAL North Haven  LLC david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant SAL Smithfield  LLC david@shipmanlawct.com

David M.S. Shaiken
   on behalf of Defendant RCZS  LLC david@shipmanlawct.com

Douglas S. Skalka
   on behalf of Defendant Lewis Slayton dskalka@npmlaw.com  smowery@npmlaw.com;npm.bankruptcy@gmail.com

Douglas S. Skalka
   on behalf of Defendant Gary Slayton dskalka@npmlaw.com  smowery@npmlaw.com;npm.bankruptcy@gmail.com

Edward Muska
   on behalf of Defendant Joseph McCormack paradiso@pm.necoxmail.com

Elizabeth J. Austin
   on behalf of Defendant Michael Hartling eaustin@pullcom.com  rmccoy@pullcom.com

Elizabeth J. Austin
on behalf of Defendant John Deluca eaustin@pullcom.com  rmccoy@pullcom.com

Elizabeth J. Austin
on behalf of Defendant Gary Rawson eaustin@pullcom.com  rmccoy@pullcom.com

Elizabeth J. Austin
on behalf of Defendant Alan Berman eaustin@pullcom.com  rmccoy@pullcom.com

Elizabeth J. Austin
on behalf of Defendant Keith Wilcox eaustin@pullcom.com  rmccoy@pullcom.com

Frederic P. Rickles
on behalf of Defendant Miller Motor Cars fpr@gtlsny.com

Gary J. Greene
on behalf of Defendant Charles Burdick bankruptcy@greenelawpc.com

Gary J. Greene
on behalf of Defendant Brian Ciraldo bankruptcy@greenelawpc.com

George D. Sullivan
on behalf of Defendant Morgan Stanley & Co.  Incorporated, as Custodian of Stuart Cohen IRA sullivang@gtlaw.com,
larussoj@gtlaw.com

George M. Purtill
on behalf of Creditor Alex Britnell george.m.purtill@snet.net

George M. Purtill
on behalf of Defendant Hamilton Consulting Services  LLC george.m.purtill@snet.net

George M. Purtill
on behalf of Defendant Alexander Britnell george.m.purtill@snet.net

Gerald L. Garlick
on behalf of Other Prof. Lori Slack ggarlick@gllawgroup.com

Gerald L. Garlick
on behalf of Other Prof. Bank of America  N.A. ggarlick@gllawgroup.com

Gregory F. Arcaro
on behalf of Debtor Michael S. Goldberg garcaro@grafsteinlaw.com
5806@notices.nextchapterbk.com;office@grafsteinlaw.com;ArcaroGR49801@notify.bestcase.com

Harold L. Rosnick
on behalf of Defendant Jason Ross hal@millerandrosnick.com

Ilan Markus
on behalf of Defendant Jay Marmer imarkus@barclaydamon.com  docketing@barclaydamon.com;mcenkus@barclaydamon.com

Ilan Markus
on behalf of Defendant Jenny Angelillo imarkus@barclaydamon.com
docketing@barclaydamon.com;mcenkus@barclaydamon.com

Ilan Markus
on behalf of Interested Party Jenny Angelillo and the Vito A. Angelillo Trust imarkus@barclaydamon.com
docketing@barclaydamon.com;mcenkus@barclaydamon.com

Ilan Markus
on behalf of Defendant Barry Gorsun imarkus@barclaydamon.com  docketing@barclaydamon.com;mcenkus@barclaydamon.com

James Berman
on behalf of Debtor Michael S. Goldberg jberman@zeislaw.com  kjoseph@zeislaw.com

James Berman
on behalf of Debtor Michael S. Goldberg  L.L.C jberman@zeislaw.com, kjoseph@zeislaw.com

James Berman
on behalf of Plaintiff James Berman jberman@zeislaw.com  kjoseph@zeislaw.com

James Berman
on behalf of Trustee James Berman jberman@zeislaw.com  ct21@ecfcbis.com

James Berman
jberman@zeislaw.com  ct21@ecfcbis.com

James J. Healy
on behalf of Accountant Joseph W. Sparveri  Jr. jhealy@cemlaw.com

James J. Healy
on behalf of Accountant CohnReznick LLP jhealy@cemlaw.com

James M. Moriarty

|  |  |
|---|---|
|  | on behalf of Trustee James Berman jmoriarty@zeislaw.com  kjoseph@zeislaw.com |
| James M. Moriarty |  |
|  | on behalf of Defendant James Berman jmoriarty@zeislaw.com  kjoseph@zeislaw.com |
| James M. Moriarty |  |
|  | on behalf of Plaintiff James Berman  Chapter 7 Trustee for the Substantively Consolidated Estate of Michael S. Goldberg, LLC and Michael S. Goldberg jmoriarty@zeislaw.com, kjoseph@zeislaw.com |
| James M. Moriarty |  |
|  | on behalf of Plaintiff James Berman jmoriarty@zeislaw.com  kjoseph@zeislaw.com |
| Jed Horwitt |  |
|  | on behalf of Trustee James Berman jhorwitt@zeislaw.com  kjoseph@zeislaw.com |
| Jed Horwitt |  |
|  | on behalf of Defendant James Berman jhorwitt@zeislaw.com  kjoseph@zeislaw.com |
| Jed Horwitt |  |
|  | on behalf of Plaintiff James Berman jhorwitt@zeislaw.com  kjoseph@zeislaw.com |
| Jed Horwitt |  |
|  | on behalf of Trustee's Attorney Zeisler & Zeisler  P.C. jhorwitt@zeislaw.com, kjoseph@zeislaw.com |
| Jefferson Hanna, III |  |
|  | on behalf of Defendant Cactus Concrete Construction Co.  Inc. jeffersonhanna@sbcglobal.net |
| Jeffrey Hellman |  |
|  | on behalf of Plaintiff James Berman  Chapter 7 Trustee jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com |
| Jeffrey Hellman |  |
|  | on behalf of Plaintiff James Berman jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jeffrey Hellman |  |
|  | on behalf of Trustee James Berman jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jeffrey M. Sklarz |  |
|  | on behalf of Plaintiff James Berman  Chapter 7 Trustee jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com |
| Jenna N. Sternberg |  |
|  | on behalf of Defendant Raymond Stevenson jsternberg@boatmanlaw.com  abaldwin@boatmanlaw.com |
| Jenna N. Sternberg |  |
|  | on behalf of Defendant Barbara Parker jsternberg@boatmanlaw.com  abaldwin@boatmanlaw.com |
| Jenna N. Sternberg |  |
|  | on behalf of Defendant James F. Wiley jsternberg@boatmanlaw.com  abaldwin@boatmanlaw.com |
| Jenna N. Sternberg |  |
|  | on behalf of Defendant Angela Patrick jsternberg@boatmanlaw.com  abaldwin@boatmanlaw.com |
| Jenna N. Sternberg |  |
|  | on behalf of Defendant Kathy Wiley jsternberg@boatmanlaw.com  abaldwin@boatmanlaw.com |
| Jenna N. Sternberg |  |
|  | on behalf of Defendant Justin Giorlando jsternberg@boatmanlaw.com  abaldwin@boatmanlaw.com |
| Jenna N. Sternberg |  |
|  | on behalf of Defendant Alexander Patrick jsternberg@boatmanlaw.com  abaldwin@boatmanlaw.com |
| Jenna N. Sternberg |  |
|  | on behalf of Defendant Christina Clinton jsternberg@boatmanlaw.com  abaldwin@boatmanlaw.com |
| Joanna M. Kornafel |  |
|  | on behalf of Plaintiff James Berman jkornafel@gs-lawfirm.com  ctecf_admin@gs-lawfirm.com;jkornafel@ecf.courtdrive.com |
| John A. Barbieri |  |
|  | on behalf of Defendant Deborah Bianca jabarbieri.atty@att.net  r40081@notify.bestcase.com |
| John A. Barbieri |  |
|  | on behalf of Defendant Paul Tanasi jabarbieri.atty@att.net  r40081@notify.bestcase.com |
| John F. Carberry |  |
|  | on behalf of Interested Party Cummings & Lockwood LLC jcarberry@cl-law.com |
| John J. O'Neil, Jr. |  |
|  | on behalf of Defendant Patricia Lombardo fodlaw@yahoo.com |
| John J. O'Neil, Jr. |  |
|  | on behalf of Defendant Judith Lombardo fodlaw@yahoo.com |
| John J. O'Neil, Jr. |  |

on behalf of Defendant Paul D. Lombardo fodlaw@yahoo.com

John J. O'Neil, Jr.

on behalf of Defendant Paul Lombardo fodlaw@yahoo.com

John J. O'Neil, Jr.

on behalf of Defendant Theresa Lombardo fodlaw@yahoo.com

John L. Cesaroni

on behalf of Defendant Jack Banks jcesaroni@zeislaw.com

John L. Cesaroni

on behalf of Plaintiff James Berman  Chapter 7 Trustee for the Substantively Consolidated Estate of Michael S. Goldberg, LLC
and Michael S. Goldberg jcesaroni@zeislaw.com

John L. Cesaroni

on behalf of Defendant David Berlin jcesaroni@zeislaw.com

John L. Cesaroni

on behalf of Trustee's Attorney Zeisler & Zeisler  P.C. jcesaroni@zeislaw.com

John L. Cesaroni

on behalf of Spec. Counsel Neligan LLP jcesaroni@zeislaw.com

John L. Cesaroni

on behalf of Plaintiff James Berman jcesaroni@zeislaw.com

John L. Cesaroni

on behalf of Plaintiff James Berman  Chapter 7 Trustee jcesaroni@zeislaw.com

John L. Cesaroni

on behalf of Trustee James Berman jcesaroni@zeislaw.com

John L. Cesaroni

on behalf of Other Prof. FTI Consulting  Inc. jcesaroni@zeislaw.com

John P. Fahey

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
Mortgage Acquisition Trust jfahey@kordeassociates.com, bankruptcy@kordeassociates.com

Joseph B. Burns

on behalf of Defendant Edward Malley jburns@rms-law.com

Joseph G. Fortner, Jr.

on behalf of Creditor Anthony G. Pasqualone fortner@halloran-sage.com

Kellianne Baranowsky

on behalf of Plaintiff James Berman kbaranowsky@gs-lawfirm.com  aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky

on behalf of Plaintiff James Berman  Chapter 7 Trustee kbaranowsky@gs-lawfirm.com,
aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kevin L. Mason

on behalf of Defendant Salvatore Indomenico kmason@attorneykevinmason.com

Kim L. McCabe

on behalf of U.S. Trustee U. S. Trustee kim.mccabe@usdoj.gov

Lawrence S. Grossman

on behalf of Plaintiff James Berman LGrossman@gs-lawfirm.com
aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eros
s@gs-lawfirm.com

Linda Clifford Hadley

on behalf of Other Prof. Bank of America  N.A. lhadley@sgllawgroup.com

Linda Clifford Hadley

on behalf of Other Prof. Lori Slack lhadley@sgllawgroup.com

Linda N. Mayo

on behalf of Other Prof. Webster Bank  N.A. linda.mayo@griffinlawfirm.com

Linda N. Mayo

on behalf of Other Prof. Webster Bank N.A. Garnishee linda.mayo@griffinlawfirm.com

Linda N. Mayo

on behalf of Other Prof. Webster Bank NA Garnishee linda.mayo@griffinlawfirm.com

Marc T. Miller

on behalf of Creditor John Radocchia mmiller@oamlaw.com

Mark Shipman

District/off: 0205-2                          User: admin                          Page 19 of 26
Date Rcvd: Dec 06, 2021                       Form ID: 112                         Total Noticed: 418

on behalf of Defendant Roland LaBonte  Trustee of The Scott A. LaBonte Dynasty Trust mark@shipmanlawct.com

Mark Shipman

on behalf of Defendant Devcon Enterprises  Inc. mark@shipmanlawct.com

Mark Shipman

on behalf of Defendant Scott Labonte  Trustee of The Scott A. LaBonte Revocable Trust mark@shipmanlawct.com

Mark Shipman

on behalf of Defendant Scott LaBonte mark@shipmanlawct.com

Mark Shipman

on behalf of Defendant RCZS  LLC mark@shipmanlawct.com

Mark Shipman

on behalf of Defendant Marketplace Port St. Lucie  LP mark@shipmanlawct.com

Mark Shipman

on behalf of Defendant Sally Labonte  Trustee of The Scott A. LaBonte Dynasty Trust mark@shipmanlawct.com

Mark Shipman

on behalf of Defendant Sally Labonte  Trustee of The Scott A. LaBonte Revocable Trust mark@shipmanlawct.com

Mark Shipman

on behalf of Defendant Sally LaBonte mark@shipmanlawct.com

Mark Shipman

on behalf of Defendant Cakemaker  LLC mark@shipmanlawct.com

Mark H. Dean

on behalf of Defendant Marilyn P. LaBonte mdean@mhdpc.net

Mark H. Dean

on behalf of Defendant Roland LaBonte mdean@mhdpc.net

Mark H. Dean

on behalf of Interested Party Scott A. LaBonte mdean@mhdpc.net

Mark H. Dean

on behalf of Interested Party DEI Property Management  LLC mdean@mhdpc.net

Mark H. Dean

on behalf of Defendant Roland G. LaBonte  Trustee of the Roland G. LaBonte Revocable Trust mdean@mhdpc.net

Mark H. Dean

on behalf of Interested Party Marilyn P. LaBonte  Trustee of the Marilyn P. LaBonte 2015 Revocable Trust mdean@mhdpc.net

Mark H. Dean

on behalf of Interested Party Roland G. LaBonte mdean@mhdpc.net

Mark H. Dean

on behalf of Interested Party Marilyn P. LaBonte  Trustee of the Marilyn P. LaBonte Revocable Trust mdean@mhdpc.net

Mark H. Dean

on behalf of Interested Party Roland G. LaBonte  Trustee of the Roland G. LaBonte Revocable Trust mdean@mhdpc.net

Mark H. Dean

on behalf of Defendant Roland G. LaBonte mdean@mhdpc.net

Mark H. Dean

on behalf of Interested Party Marilyn P. LaBonte mdean@mhdpc.net

Mark H. Dean

on behalf of Defendant Scott A. LaBonte mdean@mhdpc.net

Mark H. Dean

on behalf of Defendant Marilyn P. LaBonte  Trustee of the Marilyn P. LaBonte 2015 Revocable Trust mdean@mhdpc.net

Mark H. Dean

on behalf of Defendant DEI Property Management  LLC mdean@mhdpc.net

Mark H. Dean

on behalf of Defendant Marilyn P. Labonte  Trustee of the Marilyn P. LaBonte Revocable Trust mdean@mhdpc.net

Matthew R. Potter

on behalf of Defendant Nicholas J Palermo mpotter@beckeldergill.com

Michael Broderick, III

on behalf of Defendant Ryan Gomes michael@mbrodericklawfirmllc.com

Michael Broderick, III

on behalf of Defendant Ryan Gomes  Inc. michael@mbrodericklawfirmllc.com

District/off: 0205-2
Date Rcvd: Dec 06, 2021

User: admin
Form ID: 112

Page 20 of 26
Total Noticed: 418

Michael P. Barry
on behalf of Defendant Angelo Scalise mbarry@bhl-law.com

Michael S. Wrona
on behalf of Creditor Anthony G. Pasqualone wrona@halloransage.com  santos@halloransage.com

Patrick M. Birney
on behalf of Defendant Norma Veden pbirney@rc.com  ctrivigno@rc.com

Patrick M. Birney
on behalf of Interested Party Robert A. Landino pbirney@rc.com  ctrivigno@rc.com

Patrick R. Linsey
on behalf of Plaintiff James Berman plinsey@npmlaw.com  agarcia@npmlaw.com

Patrick W. Boatman
on behalf of Defendant Danny J. Bellman pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Darren Carbone pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Jacqueline Sonidis pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Thomas Quinlan pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Kathy Wiley pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Gerard Supino pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Conrad Quinlan pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Creditor Gerard Supino pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Jeffrey Maguire pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Paul Dutra pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant James F. Wiley pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant James Quinlan pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Christina Clinton pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Justin Giorlando pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Richard Quinlan pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Interested Party Danny J. Bellman pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Barbara Parker pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Raymond Stevenson pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Angela Patrick pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Tracy Molloy pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Harry Stevenson pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Creditor Tracy Molloy pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Patrick W. Boatman
on behalf of Defendant Alexander Patrick pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

District/off: 0205-2
Date Rcvd: Dec 06, 2021
User: admin
Form ID: 112
Page 21 of 26
Total Noticed: 418

Patrick W. Boatman
on behalf of Defendant Peter Kolb pboatman@boatmanlaw.com  abaldwin@boatmanlaw.com

Richard N. Freeth
on behalf of Creditor David Reid rfreeth@me.com

Robert A. White
on behalf of Defendant David Gluck rwhite@murthalaw.com

Robert A. White
on behalf of Defendant Craig Hart rwhite@murthalaw.com

Robert A. White
on behalf of Defendant Judith Gluck rwhite@murthalaw.com

Robert A. White
on behalf of Defendant Christine Woods rwhite@murthalaw.com

Robert A. White
on behalf of Defendant Frank Federici rwhite@murthalaw.com

Robert E. Kaelin
on behalf of Creditor Joseph Fulliero rkaelin@murthalaw.com

Robert F. Cohen
on behalf of Defendant Robert Trapp rfcohen@hotmail.com

Robert F. Cohen
on behalf of Defendant Maria Trapp rfcohen@hotmail.com

Robert W. Lynch, Jr.
on behalf of Defendant Peter P. Carbone rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Robert Stein rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Elaine Stein  Successor Trustee of Paul Slayton Trust Agreement rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Robert Klein rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Michael Stein rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Lori A. Shanley rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Nicholas R. Scola rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Elaine Stein  as Trustee of Elaine Stein 1992 Revocable Trust rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Elaine Stein  as Successor Trustee of Paul Slayton Trust Agreement dated February 19, 2002 rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Jeffrey Stein rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Robert Stein  as Trustee of Robert Stein 1992 Revocable Trust rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant AUG LLC rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Summertime Properties  LLC rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Lori Shanley  as Executor/Personal Representative of the Estate of Peter P. Carbone rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant AUG Partners  LLC rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant Robert Stein  Trustee of the Robert Stein 1992 Revocable Trust rwlynch@ltke.com

Robert W. Lynch, Jr.
on behalf of Defendant AUG II  LLC rwlynch@ltke.com

Robert W. Lynch, Jr.

District/off: 0205-2                                    User: admin                                    Page 22 of 26
Date Rcvd: Dec 06, 2021                              Form ID: 112                                  Total Noticed: 418

on behalf of Defendant Elaine Stein  Trustee of the Elaine Stein 1992 Revocable Trust rwlynch@ltke.com

Robert W. Lynch, Jr.

on behalf of Defendant Jill Marquardt rwlynch@ltke.com

Robert W. Lynch, Jr.

on behalf of Defendant Robert Stein  General Partner of Stein L.P. rwlynch@ltke.com

Robert W. Lynch, Jr.

on behalf of Defendant Gayle Brown rwlynch@ltke.com

Robert W. Lynch, Jr.

on behalf of Defendant Elaine Stein rwlynch@ltke.com

Roland Gary Jones

on behalf of Defendant John Hrobsky rgj@rolandjones.com

Ronald Ian Chorches

on behalf of Defendant Andrea Bagnall ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Lois Donnelly ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Tyler Westcott ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant James Goldberg ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Tyler Westcott  Trustee ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Mary Costa ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Michael Malley ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Interested Party Jon C. Leary ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Lucy Tine ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Jeffrey Ahlquist ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Margo Wright ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant John Hrobsky ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Christopher Gilnack ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Linda Ahlstrand ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Kyle Bagnall ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Joseph Michaud ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Laura Leary ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Richard Costa ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Kablik & Leary  P.C. ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches

on behalf of Defendant Agnes Goldberg ronchorcheslaw@sbcglobal.net

Ross G. Fingold

on behalf of Intervenor SAL Middletown  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Defendant Devcon Commons  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor SAL NB Investments  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor RSC Guilford  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Defendant Sal North Haven  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Devcon Enterprises  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Devcon Berdon  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Labonte  Scott, as Trustee of the Scott A. Labonte Revocable Trust rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Devfresh LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor SAL EH Investments  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Joseph W. Sparveri  Jr. rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Devman LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor SAL EL Investments  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Defendant Sal Cranston  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Devford  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Sally Labonte  as Trustee of the Scott A. Labonte Revocable Trust rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor SAL GH Investments  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Sal East Haven  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Labonte  Sally and Sparveri, Jr., Joseph W., as Trustees of the Scott A. LaBonte Dynasty Trust rfingold@lawssf.com

Ross G. Fingold

on behalf of Defendant Scott LaBonte rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor SAL Smithfield  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Defendant Devcon Manchester  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Scott Labonte As Trustee of the Scott A.LaBonte Dynasty Trust rfingold@lawssf.com

Ross G. Fingold

on behalf of Defendant RCZS  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Defendant Shelley Pollack rfingold@lawssf.com

Ross G. Fingold

on behalf of Defendant Richard Polidori rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Scott Labonte  as Trustee of the Scott A. Labonte Revocable Trust rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Devwest  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Devcon Shops  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Sally Labonte  Trustee, Scott A. Labonte Dynasty Trust rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Devcon Fairhaven  LLC rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor Sally Labonte rfingold@lawssf.com

Ross G. Fingold

on behalf of Intervenor SAL NH Investments  LLc rfingold@lawssf.com

Sal Meli

on behalf of Defendant Miller Motor Cars sm@gtlsny.com

Saul Oscar Leopold

on behalf of Creditor Rushmore Loan Management Services  LLC in its capacity as servicer for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Tr sleopold@leopoldassociates.com,
ecf@leopoldassociates.com;LeopoldAssociatesX6371@projects.filevine.com;jmilanese@leopoldassociates.com

Scott M. Charmoy

on behalf of Defendant James Kaiser scottcharmoy@charmoy.com
ecf-3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Scott M. Charmoy

on behalf of Defendant Irene Kaiser scottcharmoy@charmoy.com
ecf-3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Sean M. Fisher

on behalf of Defendant Margaret Paolucci sfisher@bswlaw.com

Stephen M. Kindseth

on behalf of Plaintiff James Berman  Chapter 7 Trustee for the Substantively Consolidated Estate of Michael S. Goldberg, LLC and Michael S. Goldberg skindseth@zeislaw.com, swenthen@zeislaw.com;kjoseph@zeislaw.com

Stephen M. Kindseth

on behalf of Trustee James Berman skindseth@zeislaw.com  swenthen@zeislaw.com;kjoseph@zeislaw.com

Stephen M. Kindseth

on behalf of Plaintiff James Berman skindseth@zeislaw.com  swenthen@zeislaw.com;kjoseph@zeislaw.com

Stephen M. Kindseth

on behalf of Trustee's Attorney Zeisler & Zeisler  P.C. skindseth@zeislaw.com, swenthen@zeislaw.com;kjoseph@zeislaw.com

Steven P. Ciardiello

on behalf of Creditor Luke Taffuri ciardiello.law@snet.net

Steven P. Ciardiello

on behalf of Creditor Kevin Fournier ciardiello.law@snet.net

Steven P. Ciardiello

on behalf of Creditor Peter Reilly ciardiello.law@snet.net

Steven P. Ciardiello

on behalf of Creditor Raymond Faltinsky ciardiello.law@snet.net

Thomas C. Boscarino

on behalf of Defendant Kristen Sardo tboscarino@bgtlaw.com

Thomas C. Boscarino

on behalf of Defendant Anthony Sardo tboscarino@bgtlaw.com

Thomas C. Boscarino

on behalf of Defendant John Muirhead tboscarino@bgtlaw.com

Thomas C. Boscarino

on behalf of Defendant Michael Sardo tboscarino@bgtlaw.com

Thomas J. Finn

on behalf of Creditor Kevin Fournier tfinn@mccarter.com  nvargas@mccarter.com

Thomas J. Sansone

on behalf of Interested Party Robert A. Landino tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Interested Party Centerplan Smithfield  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Defendant Centerplan Cranston  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Counter-Claimant Centerplan  NB, LLC tsansone@carmodylaw.com

District/off: 0205-2

Date Rcvd: Dec 06, 2021

User: admin

Form ID: 112

Page 25 of 26

Total Noticed: 418

Thomas J. Sansone

on behalf of Interested Party Acquisition Holdings  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Defendant Acquisition Holdings LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Plaintiff Centerplan Cranston  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Defendant College Square LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Plaintiff Centerplan Smithfield  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Interested Party Centerplan Cranston  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Plaintiff Acquisition Holdings  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Plaintiff Centerplan  NB, LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Defendant Siebar Middletown  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Interested Party Siebar Middletown LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Plaintiff Centerplan Middletown  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Interested Party Centerplan  NB, LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Plaintiff Centerplan North Haven  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Defendant Centerplan College Square  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Defendant Robert A. Landino tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Interested Party College Square LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Interested Party Centerplan North Haven  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Plaintiff Robert A. Landino tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Defendant Centerplan North Haven  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Defendant Centerplan Middletown  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Defendant Centerplan Smithfield  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Interested Party Centerplan College Square  LLC tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Interested Party Centerplan Middletown  LLC tsansone@carmodylaw.com

Thomas J. Seigel

on behalf of Plaintiff James Berman swenthen@zeislaw.com

Thomas J. Seigel

on behalf of Plaintiff James Berman  Chapter 7 Trustee swenthen@zeislaw.com

Thomas J. Seigel

on behalf of Defendant Robert Bilella swenthen@zeislaw.com

Timothy D. Miltenberger

on behalf of Defendant Carl Pavano tim@coanmiltenberger.com

Timothy D. Miltenberger

on behalf of Defendant Cheryl Dexter tmiltenberger@coanlewendon.com

District/off: 0205-2
Date Rcvd: Dec 06, 2021

User: admin
Form ID: 112

Page 26 of 26
Total Noticed: 418

Timothy T. Corey

on behalf of Interested Party Danny J. Bellman tcorey@hinckleyallen.com

U. S. Trustee

USTPRegion02.NH.ECF@USDOJ.GOV

Vincent J. Purnhagen

on behalf of Defendant Stacy Resch vinpurnhagen@gmail.com

William S. Fish

on behalf of Creditor JAAZ  LLC wfish@hinckleyallen.com, jmccarthy@hinckleyallen.com

William S. Fish

on behalf of Creditor Raymond Faltinsky wfish@hinckleyallen.com  jmccarthy@hinckleyallen.com

William S. Fish

on behalf of Petitioning Creditor Bruce Weinstein wfish@hinckleyallen.com  jmccarthy@hinckleyallen.com

William S. Fish

on behalf of Creditor Liquidity Solutions Inc wfish@hinckleyallen.com  jmccarthy@hinckleyallen.com

William S. Fish

on behalf of Petitioning Creditor McGee Boynton Beach L.P wfish@hinckleyallen.com  jmccarthy@hinckleyallen.com


TOTAL: 405

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 6, 2021

In re:

    Michael S. Goldberg, L.L.C

    Michael S. Goldberg
    Debtor*

Case Number: 09−23370
Chapter: 7

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **January 11, 2022** at **10:00 AM** to consider and act upon the following matter(s):

    **Final Application for Compensation and Reimbursement of Expenses for Lorium, PLLC, Other Professional, Fee: $6,264.00, Expenses: $570.70. Filed by Lorium, PLLC, Other Prof. (Re: Doc #2050)**

**OBJECTION(S) DUE:** January 4, 2022 before 4:00 p.m. Untimely objections may not be considered.

**TO THE FILING PARTY:** If you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

Dated: December 6, 2021

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − pe